UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Oct 21  10 35 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

Lillie Washington,

     Plaintiff,

v.

Central Connecticut Coast YMCA,

     Defendant.

NO.   3:01cv1838 (MRK)

## ORDER ON PENDING MOTIONS

The parties having conferred with the Court on October 20, 2003 regarding the above-captioned case, the following is ordered:

1. Defendant's Motion for Contempt and Sanctions [Doc. #39] is DENIED, though the Court will consider a request for reimbursement of expenses incurred in preparing the Motion, as set forth in paragraph 8 below;

2. Defendant's Motion for Extension [Doc. #42] is DENIED;

3. All dispositive motions will be filed by November 10, 2003. Any response to such motions will be filed within 21 days. The Joint Trial Memorandum will be submitted 30 days after this Court's ruling on any dispositive motions.

4. By October 24, 2003, Plaintiff's counsel will provide Defendant with the $300 reimbursement ordered by Judge Hall on May 28, 2002;

1

5. Defendant will provide Plaintiff's counsel with an authorization form for obtaining Plaintiff's tax returns from the IRS. Plaintiff will sign and return this form within seven business days of receipt;

6. As of October 20, 2003, Plaintiff has provided Defendant with a declaration of nonexistence of further responsive documents as required by Magistrate Judge Fitzsimmons' order of August 22, 2003;

7. The only further discovery authorized by the Court is the resumption, if necessary, of Plaintiff's deposition by Defendant, at Defendant's discretion;

8. Defendant will submit to the Court a statement of the fees and costs incurred as a result of Plaintiff's failure to properly comply with the Court's order of August 22, 2003. Plaintiff will have ten (10) business days after receipt of Defendant's statement to provide the Court with reasons, if any, why it should not order Plaintiff and/or Plaintiff's counsel to reimburse Defendant for those fees and costs.

**Plaintiff has now failed to comply with a number of orders issued by the Court. This will serve as a warning that if any further orders of this Court are not properly and promptly complied with in accordance with their terms, the case will be dismissed and sanctions will be imposed on both Plaintiff and Plaintiff's counsel for repeated failure to comply with the Court's orders.**



IT IS SO ORDERED.

Mark R. Kravitz, U.S.D.J.

Dated at New Haven, Connecticut: <u>October 20, 2003</u>