10/01/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Monday October 20, 2003

2:00 p.m.

CASE NO.   3-01-cv-1838 Washington v Central CT Coast
------------------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| Matthew P. Lundy | Pullman & Comley, 850 Main St., Po Box 7006, Bridgeport, CT 203-330-2000 |
| Robert Burdette Mitchell | Pullman & Comley, 850 Main St., Po Box 7006, Bridgeport, CT 203-330-2000 |
| Caleb McIvor Pilgrim | 1404 Whalley Ave., 2nd Fl., New Haven, CT 203-387-2524 |
| Margaret M. Sheahan | Pullman & Comley, 850 Main St., Po Box 7006, Bridgeport, CT 203-330-2000 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

STATUS CONFERENCE HELD
DATE: 10/20/03

2:50 - 3:10 p.m.