FILED

Oct 23  3 00 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LILLIE WASHINGTON,<br><br>                PLAINTIFF,<br><br>VS.<br><br>CENTRAL CONNECTICUT COAST YMCA,<br><br>                DEFENDANT. | CIVIL ACTION<br>NO. 3:01 CV-1838 (MRK)<br><br><br><br><br><br>OCTOBER 22, 2003 |

### DEFENDANT'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR CONTEMPT AND SANCTIONS

Pursuant to the Court's instruction in the status conference on October 20, 2003, Defendant supplements its September 16, 2003 Motion for Contempt and Sanctions.

In preparing its Motion for Contempt and Sanctions, Defendant incurred the following expenses:

| | | |
|---|---|---|
| Margaret M Sheahan | .40 hours; rate - $270.00; | Total fees: $108.00 |
| Elisa M. Paliani | 3.50 hours; rate - $125.00; | Total fees: $437.50 |
| | Total expense incurred: | $545.50 |

A copy of the relevant time charges are attached hereto.

PULLMAN & COMLEY, LLC
850 MAIN STREET   P.O. BOX 7006
BRIDGEPORT, CT 06601-7006
FED. TAX I.D. #06-0662400

Central Connecticut Coast YMCA                    Date 09/12/03
1240 Chapel Street                             Invoice 156938
New Haven, CT  06511                            Matter 67123.2
                                                  Page 1

Our Matter # 67123.2       Invoice # 156938    For Services Through 08/31/03
Lillie Washington vs. Central CT Coast YMCA

08/06/03    ~~Draft Requests for Admission regarding Plaintiff's employment history,~~ draft Motion for Contempt and Sanctions

            EMP                    .9̶0̶ hrs.  .40                    11̶2̶.50  50.00

08/07/03    Draft Motion for Contempt and Sanctions

            EMP                    2.80 hrs.                         350.00

PULLMAN & COMLEY, LLC
850 MAIN STREET   P.O. BOX 7006
BRIDGEPORT, CT 06601-7006
FED. TAX. I.D. #06-0662400

Central Connecticut Coast YMCA
1240 Chapel Street
New Haven, CT   06511

Date 09/12/03
Invoice 156938
Matter 67123.2
Page 2

| | | | |
|---|---|---|---|
| 08/25/03 | Review draft motion for contempt ~~and requests for admissions~~ | | |
| | MMS | .~~40~~ 20 hrs. | ~~108~~.00  54.00 |

**PULLMAN & COMLEY, LLC**
850 MAIN STREET  P.O. BOX 7006
BRIDGEPORT, CT 06601-7006
FED. TAX. I.D. #06-0662400

Central Connecticut Coast YMCA
1240 Chapel Street
New Haven, CT  06511

Date 10/10/03
Invoice 157873
Matter 67123.2
Page 1

Please return this form with your check payable to "PULLMAN & COMLEY, LLC" — Thank You

Our Matter # 67123.2        Invoice # 157873        For Services Through 09/30/03
Lillie Washington vs. Central CT Coast YMCA

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 09/11/03 | Revisions to Motion for Contempt and Sanctions; ~~revisions to Request for Admissions~~ | EMP | ~~.60~~ .30 hrs. | ~~75.00~~ 37.50 |
| 09/16/03 | ~~Requests for admission;~~ motion to compel | MMS | ~~.40~~ .20 hrs. | ~~108.00~~ 54.00 |

## CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed on October 22, 2003 to all counsel and pro se parties of record.

For the plaintiff LILLIE WASHINGTON:

    Caleb M. Pilgrim
    1404 Whalley Avenue
    Second Floor
    New Haven, CT 06515
    (203)387-2524

Margaret M. Sheahan
Commissioner of the Superior Court

BPRT/67123.2/EMP/495353v1

-3-