UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Lillie Washington, | : | |
| | : | |
| Plaintiff, | : | NO.   3:01cv1838 (MRK) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| Central Connecticut Coast YMCA, | : | |
| | : | |
| Defendant. | : | |

## ORDER TO SHOW CAUSE

Plaintiff is hereby ordered to show cause why this case should not be dismissed for failure to comply with the Court's order of October 20, 2003. Plaintiff is directed to file affidavits and briefs in opposition to dismissal by **November 12, 2003**. Defendant is also invited to file affidavits and briefs, if any, in support of dismissal by **November 12, 2003**.

**This Court will hold a hearing on the motion to dismiss on November 13, 2003 at 12:30 p.m. Plaintiff is required to attend the hearing. Plaintiff is warned that if she does not attend the hearing, the case could be dismissed on that basis alone.**

Plaintiff is again ordered to comply with the Court's order of October 20, 2003, including providing Defendant with an authorization form for obtaining Plaintiff's tax returns from the IRS, providing Defendant with a declaration of nonexistence of further responsive documents, and providing Defendant with the $300 reimbursement ordered by Judge Hall. Plaintiff will also provide the Court with reasons why the costs incurred by Defendant and detailed in Defendant's

1

Supplemental Memorandum in Support of Motion for Contempt and Sanctions [doc. #45] of October 23, 2003, should not be imposed on Plaintiff or Plaintiff's counsel or both.

The dispositive motion deadline is stayed until a ruling on this Order to Show Cause.

IT IS SO ORDERED.

/s/     Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: November 4, 2003