UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 NOV 12  P 5:06

LILLIE WASHINGTON,
    Plaintiff,

CIVIL ACTION
NO. 3:01cv1838(jch)

v.

CENTRAL CONNECTICUT COAST
  YMCA.
    Defendant

NOVEMBER 10, 2003

## RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff hereby responds to this Court's Order to Show Cause dated November 4, 2003 as follows. In support, counsel represents as follows:

1. This matter came before this Court, by way of status conference, on October 20, 2003.

2. Among other things, the Court ordered the plaintiff's counsel to pay reimbursement of $300.00 to the defendant, and comply with outstanding discovery.

3. On or about October 22, 2003, Plaintiff's counsel traveled abroad, (Exhibit A) and as soon as practical thereafter, on November 4, 2003, Plaintiff's counsel paid the $300.00 reimbursement, as ordered by the Court. (Exhibit B)

4. Any delay in paying the $300.00, and complying with the discovery was due solely to the fact that counsel was out of his office in the period immediately after the status conference of October 20, 2003, and counsel's desire not to misstate his client's

1

position in any way as to any documents in her possession.

5. Plaintiff has also complied with the Court's Order as to discovery, and filed the attached Response to Request for Production of Documents. (Exhibit C).

6. Consistent with her continuing duty to disclose pursuant to Rule 26© through (e), plaintiff's counsel has advised the plaintiff that she should also supplement, correct, complete, and disclose any other documents, which she may locate well before trial.

7. As to the Tax Information Authorizations for "filing years 1996 through 2005" – IRS Form 8821 - forwarded by the defendant to the plaintiff under cover of letter dated October 21, 2003, (Exhibit D) on Friday, October 24, 2003, plaintiff's counsel, by certified mail, forwarded the Tax Information Authorizations to the plaintiff. (Exhibit E)

8. Counsel has telephoned the plaintiff at her home, at U.S. Surgical, her last known place of employment, but has had no response thereto, and, as recently as November 10, 2003, at approximately 9.00 p.m., spoken with a female at the plaintiff's home, which female identified herself as "Heather", and stated that the plaintiff was "sleeping". Plaintiff's counsel advised "Heather" to notify plaintiff that plaintiff should attend the Court's hearing scheduled for November 13, 2003.

9. To date, Plaintiff's counsel has not received the signed Tax Information Authorization or any other correspondence from the plaintiff, as requested.

2

10. On Friday, October 31, 2003, defendant's counsel telephoned these Offices, for the first time since the status conference on October 20, 2003. Plaintiff returned the defendant's call on Tuesday morning, November 4, 2003, at which time, defendant's counsel indicated that she had called the court, and wished to conference the court immediately.

11. Plaintiff submits that plaintiff has delivered to the defendant all discovery known to be in plaintiff's possession, except for the tax authorizations and possibly some job applications the plaintiff may have made since the defendant terminated her employment.

12. Plaintiff therefore submits that the defendant is not substantially prejudiced by any failure on counsel's part to produce the authorizations, and some of the job applications, which were indicated in the plaintiff's deposition.

13. This matter is scheduled for settlement conference on December 4, 2003.

14. Plaintiff would be irreparably prejudiced by a dismissal of her case.

WHEREFORE: Plaintiff moves that this Court should deny the deny the defendant's Motion for Sanctions, and costs, and not dismiss the plaintiff's case. Alternatively, if for any reason this Court should be inclined to grant the defendant's motion, this Court should stay any decision, pending outcome of the settlement conference scheduled for December 4, 2003.

Respectfully Submitted,
THE PLAINTIFF
LILLIE WASHINGTON

By: _____
Caleb M. Pilgrim
**Law Offices of Caleb M. Pilgrim, LLC**
1404 Whalley Avenue - 2nd Floor
New Haven, CT 06510
Tel: 203-387-2524
Federal Bar No. ct 14857

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 10th. day of November, 2003 to:

Lillie Washington
1264 Capitol Avenue
Bridgeport, CT 06606

Attorney Margaret M. Sheahan
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06601-7006

_____
Caleb M. Pilgrim

4



EXHIBIT A

**Law Offices of Caleb M. Pilgrim, L.L.C.** • P.O. Box 3649 • New Haven, CT 06515
TEL: 203 387-2524 • FAX: 203 387-2527 • EMAIL: pilgrimesq@aol.com

*Attorney At Law*

November 4, 2003

Attorney Margaret M. Sheehan
Pullman & Comley, LLC
Attorneys at Law
850 Main Street
Bridgeport, CT 06601-7006

RE: Lillie Washington vs. Central Connecticut Coast YMCA

Enclosed for your attention is a check in the amount of $300 in the above-captioned matter.

Very truly yours,
Law Offices of Caleb M. Pilgrim, LLC

Caleb M. Pilgrim

CMP/edw.

Enc(s)

**EXHIBIT B**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LILLIE WASHINGTON,<br>Plaintiff, | CIVIL ACTION<br>NO. 3:01cv-1838 (MRK) |
| v. | |
| CENTRAL CONNECTICUT COAST<br>YMCA.<br>Defendant | NOVEMBER 12, 2003 |

## RESPONSE TO REQUESTS FOR PRODUCTION

Plaintiff's counsel hereby gives notice that so far as is known, plaintiff has no additional documents in her possession. Should the plaintiff discover any additional documents, and these concern her tax returns and job applications, plaintiff has been advised to comply with her duty of continuing disclosure.

Respectfully Submitted,

By: _____
Caleb M. Pilgrim
**Law Offices of Caleb M. Pilgrim, LLC**
1404 Whalley Avenue - 2nd Floor
New Haven, CT 06510
Tel: 203-387-2524
Federal Bar No. ct 14857

## CERTIFICATION

This is to certify that a copy of the foregoing was hand delivered to this 12th. day of November, 2003 to Lillie Washington, 1264 Capitol Avenue, Bridgeport, CT 06606, and the foregoing faxed and mailed, postage prepaid Attorney Margaret M. Sheahan, Pullman & Comley, LLC., 850 Main Street, Bridgeport, CT 06601-7006

_____
Caleb M. Pilgrim

**EXHIBIT C**

1

# PULLMAN & COMLEY, LLC
*Attorneys At Law*

ELIZABETH J. AUSTIN
RAYMOND E. BALDWIN, JR.
MORRIS W. BANKS
COLLIN P. BARON
DEBORAH S. BRECK
CHARLES K. CAMPBELL, JR.
FRANK B. CLEARY
SHEILA ANNE DENTON
JAMES O. DOWLING, JR.
ANDREW C. GLASSMAN
LAWRENCE J. GOLDEN
IRVE J. GOLDMAN
BARRY D. GREENE
NANCY A. D. HANCOCK
JOSHUA A. HAWKS-LADDS
DAVID O. JACKSON
GEORGE J. KASPER
JOHN J. KINDL
MICHAEL A. KURS
NANCY DeFONCE LaPERA

MICHAEL N. LaVELLE
JOSEPH M. LOY
LISA A. MAGLIOCHETTI
THOMAS F. MAXWELL, JR.
EDWARD P. McCREERY, III
ANDREW J. McDONALD
ROBERT B. MITCHELL
HERBERT H. MOORIN
D. ROBERT MORRIS
ALAN S. PARKER
MARIE V. PHELAN
ELLIOTT B. POLLACK
MICHAEL G. PROCTOR
LEWIS RABINOVITZ
RICHARD C. ROBINSON
THOMAS A. ROUSE
GREGORY F. SERVODIDIO
RONALD CASE SHARP
MARGARET M. SHEAHAN
JAMES T. SHEARIN

H. WILLIAM SHURE
CHRISTOPHER J. SMITH
JOHN F. STAFSTROM, JR.
JAMES B. STEWART
GROVE W. STODDARD
MARSHALL J. TOUPONSE
JAMES W. VENMAN
WILLIAM J. WENZEL
BARRIE K. WETSTONE
JAMES P. WHITE, JR.
MARJORIE WILDER

SAMUEL A. GILLILAND
(1930-1994)

LAURA A. BELLOTTI
CHRISTIAN G. BELTZ
ALLISON M. BOGOSIAN
KATHERINE E. CAULFIELD
ADAM J. COHEN
AMY A. D'ADDETTA

JOSHUA A. DOLGER
ERIC J. GEORGE
DARYL L. GORDON
JESSICA GROSSARTH
MATTHEW M. HAUSMAN
TRACY WHEELER LENNON
MATTHEW P. LUNDY
NORMA R. MANDULAK
JULIE A. MORGAN
PETER S. OLSON
MARY BETH KASPER RAPICE
BRIAN C. ROCHE
LORILYN M. ROSALES
LORI L. UNDERBERGER
GWEN P. WEISBERG
MICHAEL L. WOLF
AIMEE J. WOOD

Reply to:     Bridgeport
Telephone:   (203) 330-2138
E-Mail:      msheahan@pullcom.com

October 21, 2003

Caleb M. Pilgrim, Esq.
1404 Whalley Avenue
Second Floor
New Haven, CT 06515

     Re:     **Lillie Washington v. Central Connecticut Coast YMCA**
            **Civil Action No. 3:01 CV-1838 (JCH)**

Dear Mr. Pilgrim:

As we discussed with Judge Kravitz during yesterday's status conference, enclosed please find five identical copies of IRS Form 8821, Tax Information Authorization, authorizing this firm to obtain copies of Ms. Washington's federal income tax returns for filing years 1996 through 2005.

Please have your client sign all five copies and return them to my attention as soon as possible. Thank you.

                                              Sincerely,

                                              Margaret M. Sheahan

BPRT/67123.2/EMP/495345v1

**EXHIBIT D**

850 MAIN STREET  P.O. BOX 7006  BRIDGEPORT, CT 06601-7006  (203) 330-2000  FAX (203) 576-8888
90 STATE HOUSE SQUARE  HARTFORD, CT 06103-3702  (860) 424-4300  FAX (860) 424-4370
ONE CENTURY TOWER  265 CHURCH STREET  NEW HAVEN, CT 06510-7000  (203) 773-3006  FAX (203) 776-7075
720 HOPMEADOW STREET  SIMSBURY, CT 06070-2225  (860) 651-9348  FAX (860) 651-1431
200 PEQUOT AVENUE  P.O. BOX 510  SOUTHPORT, CT 06890-0510  (203) 254-5000  FAX (203) 254-5070
300 ATLANTIC STREET  STAMFORD, CT 06901-3522  (203) 324-5000  FAX (203) 363-8659
www.pullcom.com

Form **8821**
(Rev. January 2000)
Department of the Treasury
Internal Revenue Service

# Tax Information Authorization

▶ IF THIS AUTHORIZATION IS NOT SIGNED AND DATED, IT WILL BE RETURNED.

OMB No. 1545-1165
For IRS Use Only
Received by:
Name ____
Telephone ( )
Function ____
Date / /

### 1 Taxpayer information.

Taxpayer name(s) and address (please type or print)

Lillie Washington
1264 Capitol Avenue
Bridgeport, CT 06606

Social security number(s): 093 : 42 : 3897

Employer identification number:

Daytime telephone number: ( 203 )

Plan number (if applicable):

### 2 Appointee.

Name and address (please type or print)

Margaret M. Sheahan, Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

CAF No. NONE
Telephone No. ( 203 ) 330-2138
Fax No. ( 203 ) 330-2288
Check if new:   Address ☐
                Telephone No. ☐

**3 Tax matters.** The appointee is authorized to inspect and/or receive confidential tax information in any office of the IRS for the tax matters listed on this line.

| (a) Type of Tax (Income, Employment, Excise, etc.) | (b) Tax Form Number (1040, 941, 720, etc.) | (c) Year(s) or Period(s) | (d) Specific Tax Matters (see instr.) |
|---|---|---|---|
| Income | 1040, W-2, and Schedules | 1996-2005 | Income Tax Return filings |
| | | | |
| | | | |

**4 Specific use not recorded on Centralized Authorization File (CAF).** If the tax information authorization is for a specific use not recorded on CAF, check this box. (See the instructions on page 2.) . . . . . . . . . . . . . . . ▶ ☒
If you checked this box, skip lines 5 and 6.

**5 Disclosure of tax information** (you **must** check the box on line 5a or b unless the box on line 4 is checked):

  a If you want copies of tax information, notices, and other written communications sent to the appointee on an ongoing basis, check this box . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

  b If you do not want any copies of notices or communications sent to your appointee, check this box . . . . . . . ▶ ☐

**6 Retention/revocation of tax information authorizations.** This tax information authorization automatically revokes all prior authorizations for the same tax matters you listed above on line 3 unless you checked the box on line 4. If you do not want to revoke a prior tax information authorization, you MUST attach a copy of any authorizations you want to remain in effect AND check this box . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐
To revoke this tax information authorization, see the instructions on page 2.

**7 Signature of taxpayer(s).** If a tax matter applies to a joint return, **either** husband or wife must sign. If signed by a corporate officer, partner, guardian, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute this form with respect to the tax matters/periods covered.

| Signature | Date | Signature | Date |
|---|---|---|---|
| Print Name | Title (if applicable) | Print Name | Title (if applicable) |

## General Instructions

*Section references are to the Internal Revenue Code unless otherwise noted.*

**Purpose of form.** Form 8821 authorizes any individual, corporation, firm, organization, or partnership you designate to inspect and/or receive your confidential information in any office of the IRS for the type of tax and the years or periods you list on this form. You may file your own tax information authorization without using Form 8821, but it must include all the information that is requested on the form.

Form 8821 does not authorize your appointee to advocate your position with respect to the Federal tax laws; to execute waivers, consents, or closing agreements; or to otherwise represent you before the IRS. If you want to authorize an individual to represent you, use **Form 2848,** Power of Attorney and Declaration of Representative.

Use **Form 56,** Notice Concerning Fiduciary Relationship, to notify the IRS of the existence of a fiduciary relationship. A fiduciary (trustee, executor, administrator, receiver, or guardian) stands in the position of a taxpayer and acts as the taxpayer. Therefore, a fiduciary does not act as an appointee and should not file Form 8821. If a fiduciary wishes to authorize an appointee to inspect and/or receive confidential tax information on behalf of the fiduciary, Form 8821 must be filed and signed by the fiduciary acting in the position of the taxpayer.

**Taxpayer identification numbers (TINs).** TINs are used to identify taxpayer information with corresponding tax returns. It is important that you furnish correct names, social security numbers (SSNs), individual taxpayer identification numbers (ITINs), or employer identification numbers (EINs) so that the IRS can respond to your request.

For Privacy Act and Paperwork Reduction Act Notice, see page 2.   Cat. No. 11596P   Form **8821** (Rev. 1-2000)

# Caleb M. Pilgrim

LAW OFFICES OF CALEB M. PILGRIM, L.L.C. • P.O. BOX 3649 • NEW HAVEN, CT 06515
TEL: 203 387-2524 • FAX: 203 387-2527 • EMAIL: pilgrimesq@juno.com

Attorney At Law

October 28, 2003

Ms. Lillie Washington
1264 Capitol Avenue
Bridgeport, CT06606

Re:    **Lillie Washington vs. Central Connecticut Coast YMCA**

Dear Ms. Washington:

Enclosed for your attention are five identical copies of IRS Form 8821, Tax Information Authorization. Please sign all five copies and return to this office **immediately**, so that Pullman & Comley can obtain your federal income tax returns for filing years 1996 through 2005. Also enclosed is notice of a settlement conference on December 4, 2003 at 10 am, please attend this settlement conference.

Finally, please also find enclosed the court reporter's invoice for $600.91 for the depositions of Eileen Krause, Helen Brena, and Suzanne Friedbacher. The reporter has to be paid, and we would therefore appreciate your remitting your check to us upon receipt of this letter. If you have any further questions, please do not hesitate to call us.

Very truly yours,
Law Offices of Caleb M. Pilgrim, LLC

*[signature]*

Caleb M. Pilgrim
CMP/edw

Enc(s)

**EXHIBIT E**

CAROL C. MINTO
1 Twin Circle Road
West Haven, Connecticut 06516
203-932-0197
Fax: 203-937-9244

---

September 22, 2003

Caleb M. Pilgrim, Esq.
Attorney-at-Law
1404 Whalley Avenue
New Haven, Connecticut 06515

FOR SERVICES RENDERED:

| | |
|---|---:|
| Reporter's attendance fee at Depositions taken July 23, 2003, in the matter of **Lillie Washington Versus Central Connecticut Coast YMCA**: | $ 85.00 |
| **Testimony of Eileen Krause, Helen Brena, and Suzanne Friedbacher** for original and one copy to Mr. Pilgram; one copy to Ms. Sheahan | $481.90 |
| Tax | 34.01 |
| TOTAL: | $600.91 |

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

CALEB M. PILGRIM
LAW OFFICES OF CALEB M. PILGRIM
1404 WHALLEY AVENUE
NEW HAVEN, CT 06515