UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LILLIE WASHINGTON, | CIVIL ACTION NO. 3:01 CV-1838 (JCH) |
| PLAINTIFF | |
| VS. | |
| CENTRAL CONNECTICUT COAST YMCA, | |
| DEFENDANT | MARCH 22, 2002 |

### DEFENDANT'S MOTION TO COMPEL

Pursuant to Fed. R. Civ. P. 37(a) and D. Conn. L. Civ. R. 9(d), Defendant Central Connecticut Coast YMCA moves this Court for an order compelling Plaintiff to answer Defendant's First Set of Interrogatories Request for Production of Documents dated and served December 13, 2001 and to make her Initial Disclosure required under Fed. R. Civ. P. 26(a), plus an award of attorneys' fees incurred in making this motion.

Attached hereto as Exhibit A is an Affidavit of defense counsel, Margaret M. Sheahan, certifying Defendant's attempts to obtain discovery responses without Court intervention.

In support of its motion, Defendant asserts the following:

1. Plaintiff commenced this action against Defendant Central Connecticut Coast YMCA by Complaint filed in Connecticut Superior Court with a Return Date of September 11, 2001. Plaintiff's Complaint alleges causes of action for violations of 42 U.S.C. § 1981 and Title



Motion Granted. Plaintiff has failed to comply with Plaintiff's reasonable discovery. Plaintiff's completely failed to comply with . . . June 19, 2002. Failure to . . . will result . . . Ordered. June (Space US) 6/24/02 in Sanction . . .

# PULLMAN & COMLEY, LLC

*Attorneys At Law*

ELIZABETH J. AUSTIN          NANCY DUPONC              RONALD CASE SHARP          KATHERINE E. CAULFIELD
RAYMOND E. BALDWIN, JR.      MICHAEL N. LaVY           MARGARET M. SHEAHAN        ADAM J. COHEN
MORRIS W. BANKS              JOSEPH W. LODATO          JAMES T. SHEARIN           RICHARD S. DiPRETA
COLLIN P. BARON             LISA A. MAGLIOCHETTI      H. WILLIAM SHURE           ROD W. FARRELL
DEBORAH S. BRECK            THOMAS E MAXWELL, III     CHRISTOPHER J. SMITH       ERIC J. GEORGE
CHARLES K. CAMPBELL, JR.    EDWARD P. McCREERY, III   JOHN S. STAFSTROM, JR.     MATTHEW W. HAUSMAN
FRANK S. CLEARY             ANDREW J. McDONALD        JAMES S. STEWART           TRACY WHEELER LENNON
SHEILA ANNE DENTON          ROBERT B. MITCHELL        GROVE W. STODDARD          MATTHEW P. LUNDY
JAMES G. DOWLING, JR.       HERBERT H. MOORIN         MARSHALL J. TOUPONSE       NORMA R. MANDULAK
ANDREW C. GLASSMAN          D. ROBERT MORRIS          JAMES W. VENMAN            JENNIFER E. McGRATH
LAWRENCE J. GOLDEN          ALAN S. PARKER            JOHN R. WARD               JULIA A. MORGAN
IRVE J. GOLDMAN             MARIE W. PHELAN           WILLIAM J. WENZEL          PETER S. OLSON
BARRY D. GREENE             ELLIOTT B. POLLACK        BARRIE K. WETSTONE         MARY BETH KASPER RAPICE
NANCY A. D. HANCOCK         MICHAEL D. PROCTOR        JAMES R WHITE, JR.         BRIAN C. ROCHE
JOSHUA A. HAWKS-LADDS       LEWIS RABINOVITZ          MARJORIE WILDER            PATRICIA SQUIRES
DAVID O. JACKSON            RICHARD C. ROBINSON                                  LORI L. UNDERBERGER
GEORGE J. KASPER            THOMAS A. ROUSE           SAMUEL A. GILLILAND        GWEN P. WEISBERG
JOHN L. KINDL              ALAN L. SCHEER            (1930-1994)                AIMEE J. WOOD
MICHAEL A. KURS            GREGORY P. SERVODIDIO     CHRISTIAN G. BELTZ

Reply to:    Bridgeport
Telephone:  (203) 330-2138
E-Mail:    MMS@pullcom.com

December 13, 2001

Caleb M. Pilgrim, Esq.
1404 Whalley Avenue
Second Floor
New Haven, CT 06515

    Re:    **Lillie Washington v. Central Connecticut Coast YMCA**
           **Civil Action No. 3:01 CV-1838 (JCH)**

Dear Mr. Pilgrim:

    We have been ordered by the Court to undertake settlement discussions. Please convey to me at your earliest convenience your client's current demand. For your convenience, I enclose a copy of correspondence conveying my client'' most recent proposal, which I am prepared to recommend be renewed.

                Sincerely,

                Margaret M. Sheahan

Enclosure

BPRT/67123.2/EMP/411038v1



850 MAIN STREET  P.O. BOX 7006  BRIDGEPORT, CT 06601-7006  (203) 330-2000  FAX (203) 576-8888
200 PEQUOT AVENUE  P.O. BOX 510  SOUTHPORT, CT 06490-0510  (203) 254-5000  FAX (203) 254-5070
ONE CENTURY TOWER  265 CHURCH STREET  NEW HAVEN, CT 06510-7000  (203) 773-3006  FAX (203) 776-7075
90 STATE HOUSE SQUARE  HARTFORD, CT 06103-3702  (860) 424-4300  FAX (860) 424-4370
350 BEDFORD STREET  STAMFORD, CT 06901-1743  (203) 324-5000  FAX (203) 363-8659
720 HOPMEADOW STREET  SIMSBURY, CT 06070-2225  (860) 651-9348  FAX (860) 651-1431
www.pullcom.com

*************** −COMM. IAL− ******************* DATE MAR−28−2002 ** TIME 10:53 ********

```
        MODE = MEMORY TRANSMISSION              START=MAR-28 10:40    END=MAR-28 10:53

        FILE NO.=740

STN    COMM.    ONE-TOUCH/    STATION NAME/EMAIL ADDRESS/TELEPHONE NO.    PAGES    DURATION
NO.              ABBR NO.

001     OK        ⊠           12033872527#                               007/007   00:07:35
```

−PULLMAN & COMLEY BPT   −

***************************** −PULLMAN & COMLEY− ***** −          − *********

## PULLMAN & COMLEY, LLC
### 850 MAIN ST.
### P.O. BOX 7006
### BRIDGEPORT, CT 06601-7006
### TEL. (203) 330-2000 − FAX (203) 576-8888

## FACSIMILE MESSAGE COVER PAGE

| FROM: | MARGARET M. SHEAHAN | DATE: | MARCH 28, 2002 |
|---|---|---|---|
| PHONE: | (203) 330-2138 | OUR FILE NUMBER: | 67123.2 |

**PLEASE DELIVER AS SOON AS POSSIBLE TO:**

|  | RECIPIENT | COMPANY | FAX NO. | PHONE NO. |
|---|---|---|---|---|
| 1. | CALEB PILGRIM |  | 203-387-2527 |  |

TOTAL NUMBER OF PAGES INCLUDING THIS PAGE: .
IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL          AT:

## CONFIDENTIALITY NOTE:

THE INFORMATION CONTAINED IN THIS TELEFACSIMILE IS CONFIDENTIAL AND
PRIVILEGED, AND IS INTENDED ONLY FOR THE USE OF THE NAMED RECEIVER. IF
YOU ARE NOT THE NAMED RECEIVER OR THE PERSON RESPONSIBLE FOR
DELIVERING THIS TELEFACSIMILE TO THE NAMED RECEIVER, YOU ARE NOTIFIED
THAT ANY USE OF THIS TELEFACSIMILE OR ITS CONTENTS, INCLUDING ANY
DISSEMINATION OR COPYING, IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED
THIS FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY PULLMAN & COMLEY,
LLC BY TELEPHONE AT (203) 330-2000, AND RETURN THE ORIGINAL TO US AT THE
ABOVE ADDRESS, VIA MAIL. WE WILL REIMBURSE YOUR TELEPHONE AND
POSTAGE EXPENSE FOR DOING SO. THANK YOU.

MESSAGE:*******************************************************

Please let me have your comments and additions to the attached today.
Our office is closed tomorrow for the holiday. Therefore, with your
permission, I will sign the Report for you and send it to the court today for
filing Monday, which is the deadline. If we do not hear from you today, we
will amend the attached to reflect that it is Defendant's Report only and file
it on Monday.

BPRT/67123.2/EMV/423671v1

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LILLIE WASHINGTON,<br><br>     PLAINTIFF<br><br>VS.<br><br>CENTRAL CONNECTICUT COAST YMCA,<br><br>     DEFENDANT | CIVIL ACTION<br>NO. 3:01 CV-1838 (JCH)<br><br><br><br><br>MARCH ___, 2002 |

## JOINT STATUS REPORT

Pursuant to the Court's December 10, 2001 order, the parties jointly submit this status report.

## NATURE OF THE CASE

Plaintiff brings this action pursuant to 42 U.S.C. § 1981 and Title VII of the Civil Rights Act of 1964 as amended, 42 U.S.C. § 2000e, et seq., alleging discrimination in the terms and conditions of her employment with the Defendant based on her race.

## DISPUTED FACTS

1. Plaintiff alleges she is a Human Resources Director "by occupation." Defendant claims her position with YMCA was the first and only position Plaintiff ever held as a Human Resources Director.

2.      Plaintiff alleges that she received no negative evaluations from Defendant and that she performed over and above the call of duty.  Defendant contends that there were problems with Plaintiff's job performance and those problems were addressed with her as they came to the attention of her supervisor.

3.      Plaintiff alleges she was not paid the same salary as others employees in a Director position because of her race.  Defendant contends that the different Director positions were paid different rates based on the responsibilities and requirements of each position, and that Plaintiff was paid within range for a Human Resources Director position in this area.

4.      Plaintiff alleges her supervisor made demands on her which were not made on other similarly situated employees.  Defendant claims that any such demands are the result of difficulties in Plaintiff's job performance.

5.      Plaintiff alleges her supervisor requested to see all Plaintiff's personal material before it was placed in her personnel file.  Defendant claims the supervisor never requested to see any personal materials, only job related documents, i.e. Plaintiff's written response to her performance evaluation.

6.      Plaintiff alleges she was constructively discharged.   Defendant maintains that Plaintiff resigned her position when confronted by her supervisor regarding problems with her job performance.

DISCOVERY

Plaintiff has not served her Initial Disclosure as required by Fed. R. Civ. P. 26(a).

Defendant served its First Set of Interrogatories and Request for Production of Documents on December 13, 2001. Plaintiff has never responded. By correspondence to Attorney Pilgrim dated March 8, 2002, defense counsel requested responses to Defendant's Interrogatories and Production Requests, or in the alternative, that Attorney Pilgrim make contact with defense counsel to discuss Plaintiff's failure to respond. To date, Plaintiff has not provided discovery responses nor contacted defense counsel. On March 22, 2002, Defendant filed a Motion to Compel Plaintiff to respond.

Defendant intends to take Plaintiff's deposition once it receives written discovery responses.

## DISPOSITIVE MOTIONS

Defendant intends to file a dispositive motion if the results of discovery support same.

## ADDITIONAL PLEADINGS

None anticipated.

## TRIAL READY

Counsel anticipate this case will be ready for trial by January 30, 2003 or 60 days after the Court rules on Defendant's dispositive motion.

## ADDITIONAL PREPARATION

Other than discussed above, none anticipated.

## WHAT THE COURT CAN DO TO FACILITATE THE PROGRESS OF THIS CASE

Defendant can suggest no intervention. other than ruling on its discovery motion.

-3-

## SETTLEMENT

"Do the parties believe a settlement conference or assignment to a special master would be beneficial at this time?  If not, explain what additional discovery or motion practice is necessary to facilitate settlement discussions."  "The amounts of any demand or offer should <u>not</u> be disclosed in the status report."

On December 13, 2001, defense counsel wrote to Attorney Pilgrim advising him of the Court's requirement to undertake settlement discussions and requesting a demand from the Plaintiff.  Defendant also renewed Defendant's most recent proposal.

## TRIAL BY MAGISTRATE

Plaintiff _____ to trial by a Magistrate Judge.  Defense counsel would recommend referral to a Magistrate Judge for trial.

THE DEFENDANT
Central Connecticut Coast YMCA


By:  _____
Margaret M. Sheahan
Federal Bar No. ct05862
For:  Pullman & Comley, LLC
      850 Main Street, P.O. Box 7006
      Bridgeport, CT  06601-7006
      (203) 330-2000
      Facsimile (203) 576-8888
Its Attorneys


-4-

THE PLAINTIFF
Lillie Washington


By: _____
Caleb M. Pilgrim
Federal Bar No. ct_____
    1404 Whalley Avenue
    Second Floor
    New Haven, CT 06515
    (203)387-2524
Her Attorney

## CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed on March ___, 2002 to all counsel and pro se parties of record.

For the plaintiff LILLIE WASHINGTON:

     Caleb M. Pilgrim
     1404 Whalley Avenue
     Second Floor
     New Haven, CT 06515
     (203)387-2524

                                     Margaret M. Sheahan
                                     Commissioner of the Superior Court

BPRT/67123.2/EMP/423438v1



# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| LILLIE WASHINGTON, | CIVIL ACTION |
| PLAINTIFF | NO. 3:01 CV-1838 (JCH) |
| VS. | |
| CENTRAL CONNECTICUT COAST YMCA, | |
| DEFENDANT | APRIL 2, 2002 |

## DEFENDANT'S STATUS REPORT

Pursuant to the Court's December 10, 2001 order, Defendant submits this status report.

## NATURE OF THE CASE

Plaintiff brings this action pursuant to 42 U.S.C. § 1981 and Title VII of the Civil Rights Act of 1964 as amended, 42 U.S.C. § 2000e, et seq., alleging discrimination in the terms and conditions of her employment with the Defendant based on her race.

## DISPUTED FACTS

1.  Plaintiff alleges she is a Human Resources Director "by occupation." Defendant claims her position with YMCA was the first and only position Plaintiff ever held as a Human Resources Director.

2.  Plaintiff alleges that she received no negative evaluations from Defendant and that she performed over and above the call of duty. Defendant contends that there were

problems with Plaintiff's job performance and those problems were addressed with her as they came to the attention of her supervisor.

3.     Plaintiff alleges she was not paid the same salary as others employees in a Director position because of her race. Defendant contends that the different Director positions were paid different rates based on the responsibilities and requirements of each position, and that Plaintiff was paid within range for a Human Resources Director position in this area.

4.     Plaintiff alleges her supervisor made demands on her which were not made on other similarly situated employees. Defendant claims that any such demands are the result of difficulties in Plaintiff's job performance.

5.     Plaintiff alleges her supervisor requested to see all Plaintiff's personal material before it was placed in her personnel file. Defendant claims the supervisor never requested to see any personal materials, only job related documents, i.e. Plaintiff's written response to her performance evaluation.

6.     Plaintiff alleges she was constructively discharged. Defendant maintains that Plaintiff resigned her position when confronted by her supervisor regarding problems with her job performance.

DISCOVERY

Plaintiff has not served her Initial Disclosure as required by Fed. R. Civ. P. 26(a).

Defendant served its First Set of Interrogatories and Request for Production of Documents on December 13, 2001. Plaintiff has not responded. By correspondence to

-2-

Attorney Pilgrim dated March 8, 2002, defense counsel requested responses to Defendant's Interrogatories and Production Requests, or in the alternative, that Attorney Pilgrim make contact with defense counsel to discuss Plaintiff's failure to respond. To date, Plaintiff has not provided discovery responses. On March 22, 2002, Defendant filed a Motion to Compel Plaintiff to respond. Plaintiff has indicated that discovery responses will be forthcoming.

Defendant intends to take Plaintiff's deposition once it receives written discovery responses.

## DISPOSITIVE MOTIONS

Defendant intends to file a dispositive motion if the results of discovery support same.

## ADDITIONAL PLEADINGS

None anticipated.

## TRIAL READY

Counsel anticipate this case will be ready for trial by January 30, 2003 or 60 days after the Court rules on Defendant's dispositive motion.

## ADDITIONAL PREPARATION

Other than discussed above, none anticipated.

## WHAT THE COURT CAN DO TO FACILITATE THE PROGRESS OF THIS CASE

Defendant can suggest no intervention. other than ruling on its discovery motion.

## SETTLEMENT

On December 13, 2001, defense counsel wrote to Attorney Pilgrim advising him of the Court's requirement to undertake settlement discussions and requesting a demand from the

-3-

Plaintiff.    Defendant also renewed Defendant's    most recent proposal.    Plaintiff has not responded.

<u>TRIAL BY MAGISTRATE</u>

    Defense counsel would recommend referral to a Magistrate Judge for trial.

THE DEFENDANT
Central Connecticut Coast YMCA

By: _____

Margaret M. Sheahan
Federal Bar No. ct05862
For: Pullman & Comley, LLC
    850 Main Street, P.O. Box 7006
    Bridgeport, CT  06601-7006
    (203) 330-2000
    Facsimile (203) 576-8888
Its Attorneys

## CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed on April 2, 2002 to all counsel and pro se parties of record.

For the plaintiff LILLIE WASHINGTON:

     Caleb M. Pilgrim
     1404 Whalley Avenue
     Second Floor
     New Haven, CT 06515
     (203)387-2524

                           Margaret M. Sheahan
                           Commissioner of the Superior Court

BPRT/67123.2/EMP/423438v1

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LILLIE WASHINGTON,<br><br>                    PLAINTIFF<br><br>    VS.<br><br>CENTRAL CONNECTICUT COAST YMCA,<br><br>                    DEFENDANT | CIVIL ACTION<br>NO. 3:01 CV-1838 (JCH)<br><br><br><br><br>MAY *14*, 2002 |

## DEFENDANT'S MOTION FOR ORDER

Defendant Central Connecticut Coast YMCA, by and through undersigned counsel, hereby moves this Court for an order pursuant to Fed. R. Civ. P. 16(f) and L. Civ. R. 11(f), requiring Plaintiff to reimburse Defendant for the reasonable expense incurred as a result of Plaintiff's noncompliance with the Court's Status Conference Order directing parties to appear on April 12, 2002.

Attached hereto is a Verification by defense counsel setting out the necessary fees incurred by Defendant related to preparation for and attendance at the April 12, 2002 conference.



Done at Bridgeport, Connecticut, this 14 day of May, 2002.

THE DEFENDANT
Central Connecticut Coast YMCA

By: _Margaret M. Sheahan_

Margaret M. Sheahan
Federal Bar No. ct05862
For: Pullman & Comley, LLC
     850 Main Street, P.O. Box 7006
     Bridgeport, CT 06601-7006
     (203) 330-2000
     Facsimile (203) 576-8888
Its Attorneys

-2-

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

LILLIE WASHINGTON,

                    PLAINTIFF

    VS.

CENTRAL CONNECTICUT COAST YMCA,

                    DEFENDANT

CIVIL ACTION
NO. 3:01 CV-1838 (JCH)

MAY _14_, 2002

## VERIFICATION OF FEES

I, Margaret M. Sheahan, being first duly sworn according to law, depose and say:

1.    I am over the age of eighteen and believe in the obligation of an oath.

2.    I am counsel of record for Defendant Central Connecticut Coast YMCA.

3.    The statements made in the accompanying motion for attorney's fees are true and accurate

      to the best of my knowledge.

4.    The fees and costs were necessarily incurred in preparation for and attendance at the April

      12, 2002 status conference scheduled by the Honorable Janet C. Hall, and the services for

      which the fees have been charged were actually and necessarily performed.

5.    A true and accurate bill of costs totaling $1,980.00 is attached hereto.

Margaret M. Sheahan

Subscribed and sworn to before me
this *14th* day of May, 2002

Notary Public
My Commission Expires:

-2-

**PULLMAN & COMLEY, LLC**
850 MAIN STREET   P.O. BOX 7006
BRIDGEPORT, CT 06601-7006
FED. TAX. I.D. #06-0662400

Central Connecticut Coast YMCA
1240 Chapel Street
New Haven, CT  06511

Date 04/16/02
Invoice 138977
Matter 67123.2
Page 1

Our Matter # 67123.2        Invoice # 138977        For Services Through 03/31/02
Lillie Washington vs. Central CT Coast YMCA

| Date | Description | | |
|---|---|---|---|
| 03/15/02 | Telephone conference with Judge Hall's chambers re R16 conference; attempt communication with C. Pilgrim re same; letter to Judge Hall re same | | |
| | MMS | .50 hrs. | 150.00 |
| 03/18/02 | Letter to Judge Hall re scheduling | | |
| | MMS | .10 hrs. | 30.00 |
| 03/27/02 | Attention to Status Report preparation | | |
| | MMS | .50 hrs. | 150.00 |
| 03/28/02 | Status report; telephone conference with C. Pilgrim re status conference and his motion to change status conference date; file note re same | | |
| | MMS | .80 hrs. | 240.00 |

PAGE  '21

DATE PRINTED  05/06/02 12:12 PM
BILL-THRU DATE: FEES 04/30/02  COSTS 04/30/02

BILLING MEMO #  522699

BILLING ATTORNEY:

MMS

CLIENT --- 67123    Central Connecticut Coast YMC

MATTER --- 67123.2    Little Washington vs. Central CT Coast YMCA

BILLING NOTES

* * * UNBILLED TIME (Through 04/30/02) * * *

| DATE | PROF | ACTUAL HOURS | RATE | DOLLARS | WORK DESCRIPTION | PRINTED HOURS | SUMMARY PHRASE | ENTRY # |
|------|------|--------------|------|---------|------------------|---------------|----------------|---------|
| 04/08/02 | MMS | .50 | 300.00 | 150.00 | Client communication; court communication re status of R16 conference schedule; communications with Mr. Mitchell re coverage | .50 | | 10773610 |
| 04/09/02 | RXM | .50 | 300.00 | 150.00 | Office conference with Ms. Sheahan regarding court conference issues | .50 | | 10760380 |
| 04/09/02 | MMS | ~~1.00~~ .30 | 300.00 | ~~300.00~~ 90.00 | ~~Review interrogatories and production request responses; draft letter to Attorney Pilgrim re same;~~ prepare Mr. Mitchell for R16 conference | 1.00 | | 10773661 |
| 04/11/02 | MMS | .20 | 300.00 | 60.00 | Attention to R16 conference | .20 | | 10773715 |
| 04/12/02 | RXM | 2.70 | 300.00 | 810.00 | Preparation for Court conference; attendance at Court conference | 2.70 | | 10782349 |
| 04/22/02 | MMS | .50 | 300.00 | 150.00 | Attention to federal court order to show cause for failure of Plaintiff to appear at status conference | .50 | | 10798873 |

## CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed on May 14 , 2002 to all counsel and pro se parties of record.

For the plaintiff LILLIE WASHINGTON:

Caleb M. Pilgrim
1404 Whalley Avenue
Second Floor
New Haven, CT 06515
(203)387-2524

Margaret M. Sheahan
Commissioner of the Superior Court

BPRT/67123.2/EMP/425987v1

# PULLMAN & COMLEY, LLC
*Attorneys At Law*

ELIZABETH J. AUSTIN · RAYMOND E. BALDWIN, JR. · MORRIS W. BANKS · COLLIN P. BARON · DEBORAH S. BRECK · CHARLES K. CAMPBELL, JR. · FRANK B. CLEARY · SHEILA ANNE DENTON · JAMES G. DOWLING, JR. · ANDREW C. GLASSMAN · LAWRENCE J. GOLDEN · IRVE J. GOLDMAN · BARRY D. GREENE · NANCY A. D. HANCOCK · JOSHUA A. HAWKS-LADDS · DAVID O. JACKSON · GEORGE J. KASPER · JOHN J. KINDL · MICHAEL A. KURS · NANCY DeFONCE LaPERA

MICHAEL N. LaV · JOSEPH M. LODATU · LISA A. MAGLIOCCHETTI · THOMAS F. MAXWELL, JR. · EDWARD P. McCREERY, III · ANDREW J. McDONALD · ROBERT B. MITCHELL · HERBERT H. MOORIN · D. ROBERT MORRIS · ALAN S. PARKER · MARIE V. PHELAN · ELLIOTT B. POLLACK · MICHAEL G. PROCTOR · LEWIS RABINOVITZ · RICHARD C. ROBINSON · THOMAS A. ROUSE · ALAN L. SCHEER · GREGORY F. SERVODIDIO · RONALD CASE SHARP · MARGARET M. SHEAHAN

JAMES T. SHEARIN · H. WILLIAM SHURE · CHRISTOPHER J. SMITH · JOHN F. STAFSTROM, JR. · JAMES B. STEWART · GROVE W. STODDARD · MARSHALL J. TOUPONSE · JAMES W. VENMAN · JOHN R. WARD · WILLIAM J. WENZEL · BARRIE K. WETSTONE · JAMES P. WHITE, JR. · MARJORIE WILDER · SAMUEL A. GILLILAND *(1930-1994)* · CHRISTIAN G. BELTZ · ALLISON M. BOGOSIAN · KATHERINE E. CAULFIELD · ADAM J. COHEN

ERIC J. GEORGE · MATTHEW M. HAUSMAN · TRACY WHEELER LENNON · MATTHEW P. LUNDY · NORMA R. MANDULAK · DOUGLAS R. MORABITO · JULIE A. MORGAN · PETER S. OLSON · MARY BETH KASPER RAPICE · BRIAN C. ROCHE · PATRICIA SQUIRES · LORI L. UNDERBERGER · GWEN F. WEISBERG · AIMEE J. WOOD

Reply to:      Stamford
Telephone:   (203) 674-7901
E-Mail:       MMS@pullcom.com

July 3, 2002

Caleb M. Pilgrim, Esq.
P.O. Box 3649
New Haven, CT  06515

   Re:   *Washington v. Central Connecticut Coast YMCA,*
         *USDC Civil Action No. 3:01 CV-1838 (JCH)*

Dear Mr. Pilgrim:

   Enclosed for your convenience are two previous letters I sent to you regarding the insufficiency of Ms. Washington's discovery responses, along with a copy of the court's order compelling compliance with Defendant's discovery requests by June 19, 2002. Although some supplementation was received dated April 24, 2002, there has been no response to our May 29th letter identifying the remaining deficiencies.

   I trust you will forward further supplementation as soon as you are able, however, we expect to receive this information within the next 30 days, including responses to the requested production of documents and Ms. Washington's sworn verification as to the truth of the interrogatory responses. If for any reason you are unable to provide responses by August 2, 2002, please call me to discuss alternative arrangements. Absent either responses or communication from you by that date, we will be forced to move for sanctions for failure to comply with the court's order.

                        Yours truly,

                        *Margaret M. Sheahan*

                        Margaret M. Sheahan

enclosures

BPRT/67123.2/EMP/435077v1



850 MAIN STREET  P.O. BOX 7006  BRIDGEPORT, CT 06601-7006  (203) 330-2000  FAX (203) 576-8888
200 PEQUOT AVENUE  P.O. BOX 510  SOUTHPORT, CT 06490-0510  (203) 254-5070  FAX (203) 254-5070
ONE CENTURY TOWER  265 CHURCH STREET  NEW HAVEN, CT 06510-7000  (203) 773-5006  FAX (203) 776-7075
90 STATE HOUSE SQUARE  HARTFORD, CT 06103-3702  (860) 424-4300  FAX (860) 424-4370
350 BEDFORD STREET  STAMFORD, CT 06901-1743  (203) 324-5000  FAX (203) 363-8659
720 HOPMEADOW STREET  SIMSBURY, CT 06070-2225  (860) 651-9348  FAX (860) 651-1431
*www.pullcom.com*

**PULLMAN & COMLEY, LLC**
*Attorneys At Law*

ELIZABETH J. AUSTIN
RAYMOND E. BALDWIN, JR.
MORRIS W. BANKS
COLLIN P. BARON
DEBORAH S. BRECK
CHARLES K. CAMPBELL, JR.
FRANK B. CLEARY
SHEILA ANNE DENTON
JAMES G. DOWLING, JR.
ANDREW C. GLASSMAN
LAWRENCE I. GOLDEN
IRVE J. GOLDMAN
BARRY D. GREENE
NANCY A. D. HANCOCK
JOSHUA A. HAWKS-LADDS
DAVID G. JACKSON
GEORGE J. KASPER
JOHN J. KNOL
MICHAEL A. KURS
NANCY DeFONCE LAPERA

MICHAEL N. LaVELLE
JOSEPH M. LODATO
LISA A. MAGLIOCHETTI
THOMAS J. MAXWELL, JR.
EDWARD P. McCREERY, III
ANDREW J. McDONALD
ROBERT B. MITCHELL
HERBERT H. MOORIN
D. ROBERT MORRIS
ALAN E. PARKER
MARIE V. PHELAN
ELLIOTT B. POLLACK
MICHAEL G. PROCTOR
LEWIS RABINOVITZ
RICHARD C. ROBINSON
THOMAS A. ROUSE
ALAN I. SCHEER
GREGORY E. SERVODIDIO
RONALD CASE SHARP
MARGARET M. SHEAHAN

JAMES T. SHEARIN
N. WILLIAM SHURE
CHRISTOPHER J. SMITH
JOHN R. STAFSTROM, JR.
JAMES B. STEWART
GROVE W. STODDARD
MARSHALL J. TOUPONSE
JAMES W. VENMAN
JOHN R. WARD
WILLIAM J. WENZEL
BARRIE K. WETSTONE
JAMES R WHITE, JR.
MARJORIE WILDER
SAMUEL A. GILLILAND
(1930-1994)

CHRISTIAN G. BELTZ
ALLISON M. BOGOSIAN
KATHERINE E. CAULFIELD
ADAM J. COHEN

ERIC J. GEORGE
MATTHEW M. HAUSMAN
TRACY WHEELER LENNON
MATTHEW R LUNGY
NORMA R. MANDULAK
DOUGLAS P. MORABITO
JULIE A. MORGAN
PETER S. OLSON
MARY BETH KASPER RAPICE
BRIAN C. ROCHE
PATRICIA SQUIRES
LORI L. UNDERBERGER
OWEN P. WEISBERG
AIMEE J. WOOD

Reply to:        Stamford
Telephone:    (203) 674-7901
E-Mail:          MMS@pullcom.com

May 29, 2002

Caleb M. Pilgrim, Esq.
P.O. Box 3649
New Haven, CT  06515

    *Re:    Washington v. Central Connecticut Coast YMCA,
            USDC Civil Action No. 3:01 CV-1838 (JCH)*

Dear Mr. Pilgrim:

    I have received your April 24, 2002 letter supplementing Plaintiff's Responses To Defendant's First Set of Interrogatories.  There are still a few items missing.

    Interrogatory No. 1 – Monroe Personnel is repeated with the exact same job description and supervisor but more than double the pay.  However, in Plaintiff's response to this interrogatory, she also identified Dawn Advantage Human Resources in Shelton, Connecticut, which is missing from the supplement.

    Interrogatory No. 2 – Your April 24th letter references only one application, however, Plaintiff's response identified 17 applications besides Norwalk Hospital.  Medium of communication, compensation and benefits offered and result of contacts are still missing for those 17 other applications.

    Interrogatory No. 6 – The identity of Plaintiff's physician has not been provided.

    Finally, Plaintiff has neither sworn to the truth of her answers to March 20, 2002 Interrogatory responses nor the supplemental responses contained in your April 24th letter.  Please provide a verification by Ms. Washington.

    We look forward to receiving responsive documents to Production Request No. 1, 2, 3, 4, 5, 7, 8 and 9 as soon as possible.

                            Yours truly,

                            Margaret M. Sheahan

BPRT/67123.2/EMP/429511v1

850 MAIN STREET  P.O. BOX 7006  BRIDGEPORT, CT 06601-7006  (203) 330-2000  FAX (203) 576-8888
200 PEQUOT AVENUE  P.O. BOX 510  SOUTHPORT, CT 06490-0510  (203) 254-5000  FAX (203) 254-5070
ONE CENTURY TOWER  265 CHURCH STREET  NEW HAVEN, CT 06510-7000  (203) 773-3006  FAX (203) 776-7075
90 STATE HOUSE SQUARE  HARTFORD, CT 06103-3702  (860) 424-4300  FAX (860) 424-4370
350 BEDFORD STREET  STAMFORD, CT 06901-1743  (203) 324-5000  FAX (203) 363-8659
720 HOPMEADOW STREET  SIMSBURY, CT 06070-2225  (860) 651-9348  FAX (860) 651-1431

# PULLMAN & COMLEY, LLC
*Attorneys At Law*

ELIZABETH J. AUSTIN
RAYMOND E. BALDWIN, JR.
MORRIS W. BANKS
COLLIN P. BARON
DEBORAH K. BRECK
CHARLES K. CAMPBELL, JR.
FRANK B. CLEARY
SHEILA ANNE DENTON
JAMES G. DOWLING, JR.
ANDREW C. GLASSMAN
LAWRENCE J. GOLDEN
IRVE J. GOLDMAN
BARRY D. GREENE
NANCY A. D. HANCOCK
JOSHUA A. HAWKS-LADDS
DAVID O. JACKSON
GEORGE J. KASPER
JOHN J. KINDL
MICHAEL A. KURS
NANCY DEFONCE LAPERA

MICHAEL N. LaVELLE
JOSEPH M. LODATO
LISA A. MAGLIOCHETTI
THOMAS F. MAXWELL, JR.
EDWARD P. McCREERY, III
ANDREW J. McDONALD
ROBERT B. MITCHELL
HERBERT H. MOOREN
D. ROBERT MORRIS
ALAN S. PARKER
MARIE V. PHELAN
ELLIOTT B. POLLACK
MICHAEL G. PROCTOR
LEWIS RABINOVITZ
RICHARD C. ROBINSON
THOMAS A. ROUSE
ALAN I. SCHEER
GREGORY P. SERVODIDIO
RONALD CASE SHARP
MARGARET M. SHEAHAN

JAMES T. SHEARIN
H. WILLIAM SHURE
CHRISTOPHER J. SMITH
JOHN F. STAPSTROM, JR.
JAMES B. STEWART
GROVE W. STODDARD
MARSHALL J. TOUPONSE
JAMES W. VENMAN
JOHN R. WARD
WILLIAM J. WENZEL
BARRIE K. WETSTONE
JAMES R WHITE, JR.
MARJORIE WILDER

SAMUEL A. GILLILAND
(1930-1994)

CHRISTIAN G. BELTZ
ALLISON M. BOGOSIAN
KATHERINE E. CAULFIELD
ADAM J. COHEN

RICHARD S. DiPRETA
ROD W. FARRELL
ERIC J. GEORGE
MATTHEW M. HAUSMAN
TRACY WHEELER LENNON
MATTHEW P. LUNDY
NORMA R. MANDULAK
JENNIFER T. McGRATH
DOUGLAS R MORABITO
JULIE A. MORGAN
PETER S. OLSON
MARY BETH KASPER RAPICE
BRIAN C. ROCHE
JONATHAN M. SHAPIRO
PATRICIA SQUIRES
LORI L. UNDERBERGER
GWEN E. WEISBERG
AIMEE J. WOOD

Reply to:        Stamford
Telephone:    (203) 674-7901
E-Mail:          MMS@pullcom.com

April 9, 2002

Caleb M. Pilgrim, Esq.
P.O. Box 3649
New Haven, CT  06515

> Re:    *Washington v. Central Connecticut Coast YMCA,*
>          *USDC Civil Action No. 3:01 CV-1838 (JCH)*

Dear Mr. Pilgrim:

I have received and reviewed Plaintiff's Responses To Defendant's First Set of Interrogatories and noted they are incomplete as noted below.

Interrogatory No. 1 - Job titles, supervisors' names, job duties, compensation and benefits information are missing.

Interrogatory No. 2 - Medium of communication, compensation and benefits offered and result of contacts are missing.

Interrogatory No. 3 - Not answered at all.  Defendant is entitled to information available to Plaintiff now about persons with information pertaining to her complaint.  Supplementation can disclose additional information acquired later.

Interrogatory No. 4 - Amounts, calculation methods and supporting data are missing.

Interrogatory No. 6 - Identifying information of Plaintiff's doctor, dates of consultation, diagnosis, treatment received, treatment recommended and whether Plaintiff followed each recommendation is missing.

Production Request No. 1, 2, 3, 4, 5, 7, 8 and 9 - No responsive documents were identified or forwarded.

850 MAIN STREET  P.O. BOX 7006  BRIDGEPORT, CT 06601-7006  (203) 330-2000  FAX (203) 576-8888
300 PEQUOT AVENUE  P.O. BOX 510  SOUTHPORT, CT 06490-0510  (203) 254-5000  FAX (203) 254-5070
ONE CENTURY TOWER  265 CHURCH STREET  NEW HAVEN, CT 06510-7000  (203) 773-3006  FAX (203) 776-7075
90 STATE HOUSE SQUARE  HARTFORD, CT 06103-3702  (860) 424-4300  FAX (860) 424-4370
350 BEDFORD STREET  STAMFORD, CT 06901-1743  (203) 324-5000  FAX (203) 363-8659
720 HOPMEADOW STREET  SIMSBURY, CT 06070-2225  (860) 651-9348  FAX (860) 651-1431

PULLMAN & COMLEY, LLC

Page 2

Please provide the missing information and material as soon as possible. If Response is not forthcoming by April 30, I will have to file a motion to compel and seek an award of the fees incurred in doing so.

Please let me know if you have any questions.

Yours truly,

Margaret M. Sheahan

MMS:smj

cc:    Suzanne Friedbacher

BPRT/67123.1/MMS/425076v1

**PULLMAN & COMLEY, LLC**
*Attorneys At Law*

ELIZABETH J. AUSTIN
RAYMOND E. BALDWIN, J
MORRIS W. BANKS
COLLIN P. BARON
DEBORAH S. BRECK
CHARLES K. CAMPBELL, J
FRANK B. CLEARY
SHEILA ANNE DENTON
JAMES G. DOWLING, JR.
ANDREW C. GLASSMAN
LAWRENCE J. GOLDEN
IRVE J. GOLDMAN
BARRY D. GREENE
NANCY A. D. HANCOCK
JOSHUA A. HAWKS-LADD
DAVID O. JACKSON
GEORGE J. KASPER
JOHN J. KINDL
MICHAEL A. KURS
NANCY DeFONCE LAPERA

Reply to:      Stamford
Telephone:   (203) 674-7901
E-Mail:       MMS@pullcom.com

September 26, 2002

Caleb M. Pilgrim, Esq.
P.O. Box 3649
New Haven, CT 06515

Re: *Washington v. Central Connecticut Coast YMCA,*
*USDC Civil Action No. 3:01 CV-1838 (JCH)*

Dear Mr. Pilgrim: ·

I am concerned that the discovery I served last December has still not been fully answered.

The interrogatory answers have been received in full now but have not been signed and sworn by the Plaintiff. Please use the enclosed Verification for that purpose and return it as soon as you can. In addition, the answer made to Interrogatory No. 1 includes an incorrect address for Lackner & Associates, Inc. The address in the answer, 1030 North Street in Chicago, is not even a place of business. Please amend the answer appropriately and have the amendment signed and sworn by Ms. Washington. A final point on the interrogatories is that your responses have now identified Ms. Washington's primary care physician as someone she told about stress. Please have the enclosed Medical Authorization for this physician's records completed and returned at once.

No answer whatsoever has been made to Production Requests 1, 2, 3, 4, 5, 7, 8 and 9. Please respond immediately.

Mr. Pilgrim, I plan to depose Ms. Washington on October 8 (notice enclosed). If I have not received the complete document production and answer Verification by the preceding Friday, October 4, 2002, I will have no choice but to move to compel Ms. Washington's compliance and for costs and fees. I trust we can avoid this.

Yours truly,

Margaret M. Sheahan

MMS:smj
Enclosures

BPRT/67123.2/MMS/450947v1
850 MAIN STREET  P.O. BOX 7006  BRIDGEPORT, CT 06601-7006  (203) 330-2000  FAX (203) 576-8888
300 PEQUOT AVENUE  P.O. BOX 510  SOUTHPORT, CT 06490-0510  (203) 254-5000  FAX (203) 254-5070
ONE CENTURY TOWER  265 CHURCH STREET  NEW HAVEN, CT 06510-7000  (203) 773-3006  FAX (203) 776-7075
90 STATE HOUSE SQUARE  HARTFORD, CT 06103-3702  (860) 424-4300  FAX (860) 424-4370
350 BEDFORD STREET  STAMFORD, CT 06901-1743  (203) 324-5000  FAX (203) 363-8659
720 HOPMEADOW STREET  SIMSBURY, CT 06070-2225  (860) 651-9348  FAX (860) 651-1431
*www.pullcom.com*

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

Postage  $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees  $
Postmark Here

Sent To  Caleb M. Pilgrim, Esq.
Street, Apt. No.; or PO Box No.  P.O. Box 3649
City, State, ZIP+4  New Haven, CT 06515

PS Form 3800, January 2001          See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Caleb M. Pilgrim, Esq.
P.O. Box 3649
New Haven, CT  06515

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _caleron ATg_  ☐ Agent
                  ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery
_CALEB PILGRIM_

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7001-2510-0008-6403-9592

PS Form 3811, August 2001      Domestic Return Receipt      102595-01-M-2509

## VERIFICATION

I, Lillie Washington, hereby certify that I have reviewed the below-listed documents, a copy of which are attached hereto, and that the information contained in those documents is true and accurate to the best of my knowledge and belief:

Attached documents:   Responses to Interrogatories dated March 20, 2002
Letter from Caleb Pilgrim dated April 24, 2002
Letter from Caleb Pilgrim dated July 12, 2002


_____
Lillie Washington

Subscribed and sworn to before me
this ____ day of _____, 2002


_____
Commissioner of the Superior Court
Notary Public

BPRT/67123.2/EMP/449759v1

## MEDICAL AUTHORIZATION

To:    Benjamin Wiseman, M.D.
       4699 Main Street
       Bridgeport, CT 06606

Re:    Lillie Washington

       You are hereby authorized to disclose, make available and furnish to any representative
of:

                        Pullman & Comley, LLC
                        850 Main Street
                        Bridgeport, Connecticut  06601-7006

any and all information, reports, records, notes, x-rays and any other documentation of any kind
pertaining to any medical, psychiatric, alcohol and/or drug abuse information.

                    **A copy hereof shall be valid as the original.**


_____                _____
Date                               Lillie Washington


BPRT/1.1/P&C/322204v1

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LILLIE WASHINGTON, | CIVIL ACTION |
| PLAINTIFF | NO. 3:01 CV-1838 (JCH) |
| VS. | |
| CENTRAL CONNECTICUT COAST YMCA, | |
| DEFENDANT | SEPTEMBER 25, 2002 |

### DEFENDANT'S NOTICE OF DEPOSITION

TO:    Lillie Washington
       c/o Caleb M. Pilgrim
       1404 Whalley Avenue
       Second Floor
       New Haven, CT 06515

PLEASE TAKE NOTICE that the Defendant will take the deposition of Plaintiff

*Lillie Washington,* with respect to the allegations made in the complaint in this matter, at the

offices of *Pullman & Comley, LLC, 850 Main Street, Bridgeport, Connecticut,* on *Tuesday,*

*October 8, 2002* at *10:00 a.m.* before a court reporter, or some other proper authority. Oral

examination will continue from day to day until completed. You are invited to attend and

cross-examine.