Done at Bridgeport, Connecticut, this 25th day of September, 2002.

THE DEFENDANT
Central Connecticut Coast YMCA

By: _Margaret M. Sheahan_

Margaret M. Sheahan
Federal Bar No. ct05862
For:  Pullman & Comley, LLC
      850 Main Street, P.O. Box 7006
      Bridgeport, CT  06601-7006
      (203) 330-2000
      Facsimile (203) 576-8888
Its Attorneys

-2-

## CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed, certified, return receipt requested, on September 25, 2002 to all counsel and pro se parties of record.

For the plaintiff LILLIE WASHINGTON:

> Caleb M. Pilgrim
> 1404 Whalley Avenue
> Second Floor
> New Haven, CT 06515
> (203)387-2524

Margaret M. Sheahan
Commissioner of the Superior Court

BPRT/67123.2/EMP/449778v1

Motion to Dismiss is denied, without prejudice to renew if further instances of plaintiff or her counsel failing to comply with court Orders or rules, occur. The court held a hearing on this Motion on the record on June 30, 2003, and took the motion under advisement-pending plaintiff's compliance with court-ordered discovery. Plaintiff's counsel has reported that the discovery, including depositions, have been completed. See July 4, 2003 letter. In light of that compliance, the court denies the Motion to Dismiss without prejudice. SO ORDERED. 9/12/03

Janet C. Hall, United States District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF CONNECTICUT

ON,

PLAINTIFF

CIVIL ACTION
NO. 3:01 CV-1838 (JCH)

TICUT COAST YMCA.

DEFENDANT

DECEMBER ___, 2002

## DEFENDANT'S MOTION TO DISMISS

ntral Connecticut Coast YMCA hereby moves to dismiss this action

v. P. 16(f), 37(b)(2)(C) and (d) and 41(b) for Plaintiff's failure to prosecute

the discovery process, and failure to comply with Court ordered discovery.

.enced this action by Complaint filed in Connecticut Superior Court with a

ıber 11, 2001. Plaintiff's Complaint alleges causes of action for violations

ıd Title VII of the Civil Rights Act of 1964 as amended, 42 U.S.C. § 2000e.

f race discrimination. Defendant removed the Complaint to this District

7, 2001 and filed an Answer on October 3, 2001.



**PULLMAN & COMLEY, LLC**
*Attorneys At Law*

ELIZABETH J. AUSTIN
RAYMOND E. BALDWIN, JR
MORRIS W. BANKS
COLLIN P. BARON
DEBORAH S. BRECK
CHARLES K. CAMPBELL, JR.
FRANK A. CLEARY
SHEILA ANNE DENTON
JAMES G. DOWLING, JR.
ANDREW C. GLASSMAN
LAWRENCE J. GOLDEN
IRVE J. GOLDMAN
BARRY D. GREENE
NANCY A. D. HANCOCK
JOSHUA A. HAWKS-LADDS
DAVID O. JACKSON
GEORGE J. KASPER
JOHN J. KINDL
MICHAEL A. KURS

NANCY DEFONCE LAPERA
MICHAEL W. LEVELLE
JOSEPH M. LUDGATO
LISA A. MAGLIOCHETTI
THOMAS F. MAXWELL, JR.
EDWARD F. McCREERY, III
ANDREW J. McDONALD
ROBERT B. MITCHELL
HERBERT H. MOORIN
D. ROBERT MORRIS
ALAN S. PARKER
MARIE V. PHELAN
ELLIOTT B. POLLACK
MICHAEL G. PROCTOR
LEWIS RABINOVITZ
RICHARD C. ROBINSON
THOMAS A. ROUSE
GREGORY F. SERVODIDIO
RONALD CASE SHARP

MARGARET M. SHEAHAN
JAMES T. SHEARIN
H. WILLIAM SHURE
CHRISTOPHER J. SMITH
JOHN F. STAPSTROM, JR.
JAMES B. STEWART
GROVE W. STODDARD
MARSHALL J. TOUPONSE
JAMES W. VENMAN
WILLIAM J. WENZEL
BARRIE K. WETSTONE
JAMES R WHITE, JR.
MARJORIE WILDER
SAMUEL A. GILLILAND
(1930-1994)

LAURA A. BELLOTTI
CHRISTIAN G. BELTZ
ALLISON M. BOOGHAN

KATHERINE E. CAULFIELD
ADAM J. COHEN
ERIC J. GEORGE
DARYL L. GORDON
JESSICA GRUSSARTH
MATTHEW M. HAUSMAN
TRACY WHEELER LENNON
MATTHEW P. LUNDY
NORMA R. MANDULAK
JULIE A. MORGAN
PETER S. OLSON
MARY BETH KASPER RAPICE
BRIAN C. ROCHE
PATRICIA SQUIRES
LORI L. UNDERBERGER
GWEN P. WEISBERG
MICHAEL L. WOLF
AIMEE J. WOOD

Reply to:    Bridgeport
Telephone:   (203) 330-2138
E-Mail:      MMS@pullcom.com

October 7, 2002

VIA FAX: (203) 387-2527 & MAIL

Caleb Pilgrim, Esq.
1404 Whalley Avenue-Second Floor
New Haven, CT 06515

Re: Lillie Washington's Deposition

Dear Mr. Pilgrim:

When my staff attempted to confirm tomorrow's scheduled deposition of your client today, I learned that you are not available to participate. We spoke by telephone and you were reluctant to schedule it for Thursday of this week. You agreed to call me at about 2:30 p.m. today to discuss the rescheduling. I am willing to extend courtesy to you because you have told me you are ill and scheduled to participate in a pretrial conference tomorrow, Mr. Pilgrim, but my responsibilities to my client and the Court will not permit indefinite suspension of this matter. We are fast approaching the mandated close of discovery in this case and of Ms. Washington's deposition is necessary.

I will reschedule for next Tuesday, October 15 at 10:00 a.m. unless you inform me by noon tomorrow of an alternative that works for you and your client to which I can in good conscience agree.

Very truly yours,

*Margaret M. Sheahan*

Margaret M. Sheahan

cc:    Suzanne Friedbacher

BPRT/67123.2/MMS/452170v1

850 MAIN STREET  P.O. BOX 7006  BRIDGEPORT, CT 06601-7006  (203) 330-2000  FAX (203) 576-8888
200 PEQUOT AVENUE  P.O. BOX 510  SOUTHPORT, CT 06490-0510  (203) 254-5000  FAX (203) 254-5070
ONE CENTURY TOWER  265 CHURCH STREET  NEW HAVEN, CT 06510-7000  (203) 773-3006  FAX (203) 776-7075
90 STATE HOUSE SQUARE  HARTFORD, CT 06103-3702  (860) 424-4300  FAX (860) 424-4370
350 BEDFORD STREET  STAMFORD, CT 06901-1743  (203) 324-5000  FAX (203) 363-8659
720 HOPMEADOW STREET  SIMSBURY, CT 06070-2225  (860) 651-9348  FAX (860) 651-1431
www.pullcom.com

**Paliani, Elisa M.**

| | |
|---|---|
| **From:** | Sheahan, Margaret M. |
| **Sent:** | Tuesday, October 08, 2002 2:35 PM |
| **To:** | 'calab.pilgrim@snet.net' |
| **Cc:** | Paliani, Elisa M. |
| **Subject:** | RE: Lillie Washington's Deposition |
| | |
| **Importance:** | High |

Mr. Pilgrim, I am afraid this will not work. We have a deadline for discovery that the court specifically stated is not subject to extension. If you cannot give me a date this week or next, then I will have to go forward with the Tuesday, October 15 date. If you and your client do not attend, I will alert the court accordingly. If you cannot attend anyday other than October 29, I suggest you make immediate application to the court for relief from the deadline of October 30.

Margaret M. Sheahan
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06601-7006
(203) 330-2138

350 Bedford Street
Stamford, CT 06901-1743
(203) 674-7901

-----Original Message-----
From: Caleb Pilgrim [mailto:calab.pilgrim@snet.net]
Sent: Tuesday, October 08, 2002 5:32 PM
To: MMS@pullcom.com
Subject: Lillie Washington's Deposition

October 8, 2002

Attorney Margaret M. Sheehan
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

RE: Washington v. Coastal YMCA - Plaintiff's Deposition

Dear Attorney Sheehan:

I refer to your letter of yesterday evening. Next Tuesday, October 15, 2002, is impossible for me, as I am scheduled to be in Massachusetts on that date. I therefore propose (as a definite date) that the deposition be held on Tuesday, October 29, 2002 at 10.00 a.m. If necessary, we may file separately or jointly for any modification of the discovery deadlines.

Immediately after Ms. Washington's deposition, on the same date, I would wish to take the deposition of two of your witnesses, and will notice those depositions very shortly. Based on my discussions with Ms. Washington, I anticipate that these depositions will be quite brief, and to the point. Thank you for your kind co-operation in this matter.



Very truly yours,

1

Law Offices of Caleb M. Pilgrim, LLC.


Caleb M. Pilgrim


CMP/edw

************* -COMM. JO L- ***************** DATE OCT-10-2002  Y TIME 12:51 *******

```
MODE = MEMORY TRANSMISSION           START=OCT-10 12:49    END=OCT-10 12:51

  FILE NO.=662

STN    COMM.    ONE-TOUCH/   STATION NAME/EMAIL ADDRESS/TELEPHONE NO.    PAGES    DURATION
NO.             ABBR NO.

001    CK       a            12033872527#                               003/003   00:01:02
```

                                            -PULLMAN & COMLEY BPT    -

***************************************** -PULLMAN & COMLEY- ***** -   203 330 2288- *********

### PULLMAN & COMLEY, LLC
#### ATTORNEYS AT LAW
**850 MAIN STREET**
P.O. BOX 7006
BRIDGEPORT, CONNECTICUT 06601—7006
TEL. (203) 330-2000 — FAX (203) 576-8838

## FACSIMILE MESSAGE COVER PAGE

DATE:                           October 10, 2002

TELEFACSIMILE NUMBER:           (203) 387-2527

PLACE TRANSMITTING TO:

RECEIVER:                       Caleb Pilgrim, Esq.

SENDER:                         Margaret M. Sheahan, Esq.

# OF PAGES W/COVER PAGE:        3

OUR FILE NUMBER:                67123.2

OPERATOR:  Francine Parente
PHONE NO.:  (203) 330-2146

### CONFIDENTIALITY NOTE:

THE INFORMATION CONTAINED IN THIS TELEFACSIMILE IS CONFIDENTIAL AND PRIVILEGED, AND IS INTENDED ONLY FOR THE USE OF THE NAMED RECEIVER. IF YOU ARE NOT THE NAMED RECEIVER OR THE PERSON RESPONSIBLE FOR DELIVERING THIS TELEFACSIMILE TO THE NAMED RECEIVER, YOU ARE NOTIFIED THAT ANY USE OF THIS TELEFACSIMILE OR ITS CONTENTS, INCLUDING ANY DISSEMINATION OR COPYING, IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY PULLMAN & COMLEY, LLC BY TELEPHONE AT (203) 330-2000, AND RETURN THE ORIGINAL TO US AT THE ABOVE ADDRESS, VIA MAIL. WE WILL REIMBURSE YOUR TELEPHONE AND POSTAGE EXPENSE FOR DOING SO. THANK YOU.

MESSAGE:**************************************************************************

    To confirm your receipt of the e mail that I faxed to you the day
before yesterday.

HPRT/67123.2/MMS/422073v1

1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

LILLIE WASHINGTON,                    CIVIL ACTION NO.
                    PLAINTIFF         3:01 CV-1838 (JCH)

            VS.                       OCTOBER 15, 2002
CENTRAL CONNECTICUT COAST YMCA,
                    DEFENDANT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

NOTICED DEPOSITION OF LILLIE WASHINGTON

APPEARANCES:

    FOR THE PLAINTIFF:

        (Not present)
        CALEB M. PILGRIM, ESQ.
        1404 Whalley Avenue
        New Haven, Connecticut   06515

    FOR THE DEFENDANT:

        PULLMAN & COMLEY
        350 Bedford Street
        Stamford, Connecticut   06901
          By:  MARGARET M. SHEAHAN, ATTORNEY

POST REPORTING SERVICE
HAMDEN, CT   (800) 262-4102

2

DEPOSITION OF LILLIE WASHINGTON
OCTOBER 15, 2002

1        . . .Noticed Deposition of Lillie

2 Washington, taken on behalf of the Defendant in the

3 above-entitled cause, wherein Lillie Washington is

4 Plaintiff and Central Connecticut Coast YMCA is

5 Defendant, pending in the United States District Court,

6 District of Connecticut, pursuant to notice, before

7 Walter J. Krzepek, a Notary Public in and for the State

8 of Connecticut, County of New Haven, held on October 15,

9 2002, at 10:35 o'clock A.M. at the offices of Pullman &

10 Comley, 850 Main Street, Bridgeport, Connecticut, at

11 which time the parties were represented as hereinbefore

12 set forth. . .

13

14

15

16

17

18

19

20

21

22

23

24

POST REPORTING SERVICE
HAMDEN, CT   (800) 262-4102

DEPOSITION OF LILLIE WASHINGTON
OCTOBER 15, 2002

1          MS. SHEAHAN:  My name is Margaret M.

2   Sheahan and I'm an attorney with Pullman & Comley.  I

3   represent the defendant, Central Connecticut Coast YMCA.

4          We're convening the deposition that had

5   been noticed of the plaintiff in this action, Lillie

6   Washington.

7          This deposition was scheduled to commence

8   at 10:00 o'clock, and it is 10:35, and neither the

9   witness nor her counsel has arrived nor made any contact

10  with me.

11         I'm going to have marked as an exhibit,

12  Defendant's Notice of Deposition.

13         (Whereupon, Defendant's Notice of

14  Deposition was marked as Defendant's Exhibit No. 1 for

15  Identification.)

16         MS. SHEAHAN:  The Notice of Deposition,

17  dated September 25, 2002, noticed the deposition of the

18  plaintiff, Lillie Washington, to occur on Tuesday,

19  October 8th, at 10:00 a.m.

20         It was served on her attorney, Caleb

21  Pilgrim, by mail, on September 25, 2002.

22         I'm going to mark another document, as

23  Exhibit 2.

24         (Whereupon, a letter dated October 7,

POST REPORTING SERVICE
HAMDEN, CT  (800) 262-4102

DEPOSITION OF LILLIE WASHINGTON
OCTOBER 15, 2002

1   2002, from Attorney Sheahan to Attorney Pilgrim, was

2   marked as Defendant's Exhibit No. 2 for Identification.)

3            MS. SHEAHAN:  Exhibit 2 is an October 7,

4   2002, letter from me to Attorney Pilgrim and I will read

5   it into the record.

6            To paraphrase, it regards a telephone

7   conversation that I had with Mr. Pilgrim on the 7th of

8   October, in which he confirmed what his staff had

9   informed mine.

10            That he was not going to appear at the

11   deposition scheduled for Ms. Washington on the 8th of

12   October, the following day, and neither was his client.

13            He then agreed to call me at 2:30 in the

14   afternoon of the 7th, to discuss rescheduling.  I told

15   him that because he claimed to be sick and scheduled for

16   a court appearance the following day, that I would re-

17   schedule but that I insisted on resolving this timing

18   issue promptly because of the approaching mandated close

19   of discovery.

20            The final paragraph of the letter reads as

21   follows:  I will reschedule for next Tuesday, October 15

22   at 10:00 a.m. unless you inform me by noon tomorrow of an

23   alternative that works for you and your client to which I

24   can in good conscience agree.

POST REPORTING SERVICE
HAMDEN, CT  (800) 262-4102

5

DEPOSITION OF LILLIE WASHINGTON
OCTOBER 15, 2002

1          I'm going to mark another document as

2     Exhibit 3.

3          (Whereupon, a printout of two e-mails

4     dated October 8, 2002, was marked as Defendant's Exhibit

5     No. 3 for Identification.)

6          MS. SHEAHAN:  Exhibit 3 is a printout of

7     two e-mails, both dated Tuesday, October 8th.  One is the

8     earlier and that is from Attorney Pilgrim to myself.  It

9     refers to my letter of the previous evening, which is

10    Exhibit 2, and has been described in the record.

11          In this letter, Mr. Pilgrim tells me that

12    October 15, 2002, is impossible for him and that he,

13    therefore, proposes that the deposition occur on Tuesday,

14    October 29th, at 10:00 a.m.; suggesting that if necessary

15    we may file separately or jointly for modification of the

16    discovery deadline.

17          This letter also informs me, for the first

18    time, of Mr. Pilgrim's desire to take the deposition of

19    "two of your witnesses", not otherwise identified, which

20    he proposes to take on the same day as Ms. Washington's

21    deposition.

22          This e-mail arrived in my electronic

23    mailbox in the afternoon of Tuesday, October 8th.

24          I responded immediately with a response

POST REPORTING SERVICE
HAMDEN, CT  (800) 262-4102

DEPOSITION OF LILLIE WASHINGTON
OCTOBER 15, 2002

1    that's also printed on Exhibit 3, in which I told Mr.

2    Pilgrim that his suggestion would not work.  That the

3    current deadline for discovery is close and had been

4    specifically identified by the Court as not being subject

5    to extension.

6              And I asked, "If you cannot give me a date

7    this week or next, then I will have to go forward with

8    the Tuesday, October 15th date."

9              And one more document to mark, Exhibit 4.

10             (Whereupon, a three page printout was

11   marked as Defendant's Exhibit No. 4 for Identification.)

12             MS. SHEAHAN:  Exhibit 4 is a three page

13   document which is a printout of the two e-mails that

14   comprise Exhibit 3, plus a facsimile cover page that

15   shows that on October 10th, these printouts were sent to

16   Mr. Pilgrim's office and also show that the transmission

17   was successful.

18             The message on the fax cover sheet is

19   simply to confirm your receipt of the e-mail that I faxed

20   to you the day before yesterday.

21             After making those communications to Mr.

22   Pilgrim, I received no further communication from him,

23   including no notice that he made any appeal to the Court

24   regarding the discovery deadline or the scheduling of

POST REPORTING SERVICE
HAMDEN, CT  (800) 262-4102

DEPOSITION OF LILLIE WASHINGTON
OCTOBER 15, 2002

7

1    this deposition.

2                    And that concludes today's proceedings.

3                    (Whereupon, at 10:45 o'clock A.M., the

4    proceedings were concluded.)

5

8

DEPOSITION OF LILLIE WASHINGTON
OCTOBER 15, 2002

INDEX OF DEFENDANT'S EXHIBITS FOR IDENTIFICATION

| DESCRIPTION | NO. | PAGE |
| --- | --- | --- |
| Defendant's Notice of Deposition | 1 | 3 |
| Letter dated October 7, 2002 | 2 | 3 |
| Printout of two e-mails | 3 | 5 |
| Three page printout | 4 | 6 |

POST REPORTING SERVICE
HAMDEN, CT   (800) 262-4102

C E R T I F I C A T E

STATE OF CONNECTICUT)
                        ) ss.
COUNTY OF NEW HAVEN )

          I, Walter J. Krzepek, a Notary Public duly commissioned and qualified in and for the State of Connecticut, do hereby certify that the foregoing record is a correct and verbatim transcript of the proceeding hereinbefore set forth.

          I further certify that I am neither attorney or counsel for, nor related to or employed by any of the parties to the action in which this proceeding is taken; and further that I am not a relative or employee of any attorney or counsel employed by the parties thereto, or financially interested in the action.

          In witness whereof I have hereunto set my hand and affixed my notarial seal this 16th day of October, 2002.

                        Walter J. Krzepek

My commission expires September 30, 2005.

POST REPORTING SERVICE
HAMDEN, CT (800) 262-4102

# Caleb M. Pilgrim

                                                                    ⚖
LAW OFFICES OF CALEB M. PILGRIM, L.L.C. • P.O. BOX 3649 • NEW HAVEN, CT 06515
TEL: 203 387-2524 • FAX: 203 387-2527 • EMAIL: pilgrimesq@juno.com     *Attorney At Law*

October 25, 2002

**BY FACSIMILE**

Attorney Margaret M. Sheahan
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

Re:    <u>Lillie Washington v. Central Connecticut Coast YMCA</u>

Dear Attorney Sheahan:

This will confirm my message left on your voice mail this afternoon, in which I
indicated that I would be unable to make Ms. Washington's deposition at 10.00
a.m. on Tuesday, October 29, 2002, because of a formal Workers' Compensation
hearing previously scheduled for the same morning. As such, as indicated in my
message, I shall be available as of 2.30 p.m, that same afternoon, and am
prepared to continue until the end of Ms. Washington's deposition.

In a related vein, you will have also have received the deposition notices for
Helen Brena, Eileen Krause, and The Keeper of Records for Central Connecticut
Coast YMCA, for the depositions scheduled to be held at my offices on
Wednesday, October 30, 3002, beginning at 9.00 a.m. Thank you for your kind
co-operation in this matter.

Very truly yours,
Law Offices of Caleb M. Pilgrim, L.L.C.

Caleb M. Pilgrim

CMP/edw



# PULLMAN & COMLEY, LLC
*Attorneys At Law*

ELIZABETH E. AUSTIN
RAYMOND E. BALDWIN, JR.
MORRIS W. BANKS
COLLIN P. BARON
DEBORAH S. BRECK
CHARLES K. CAMPBELL, JR.
FRANK R. CLEARY
SHEILA ANNE DENTON
JAMES G. DOWLING, JR.
ANDREW C. GLASSMAN
LAWRENCE J. GOLDEN
IRVE J. GOLDMAN
BARRY D. GREENE
NANCY A. D. HANCOCK
JOSHUA A. HAWKS-LADDS
DAVID O. JACKSON
GEORGE J. KASPER
JOHN J. KINDL
MICHAEL A. KURS

NANCY DeFONCE ... PERA
MICHAEL N. LaVELLE
JOSEPH M. LODATO
LISA A. MAGLIOCCHETTI
THOMAS F. MAXWELL, JR.
EDWARD P. McCREERY, III
ANDREW J. McDONALD
ROBERT B. MITCHELL
HERBERT H. MOORIN
D. ROBERT MORRIS
ALAN S. PARKER
MARIE V. PHELAN
ELLIOTT B. POLLACK
MICHAEL G. PROCTOR
LEWIS RABINOVITZ
RICHARD C. ROBINSON
THOMAS A. ROUSE
GREGORY F. SERVODIDIO
RONALD CASE SHARP

MARGARET M. SHEAHAN
JAMES T. SHEARIN
H. WILLIAM SHURE
CHRISTOPHER J. SMITH
JOHN F. STAFSTROM, JR.
JAMES B. STEWART
GROVE W. STODDARD
MARSHALL J. TOUPONSE
JAMES W. VENMAN
WILLIAM J. WENZEL
BARRIE K. WETSTONE
JAMES R WHITE, JR.
MARJORIE WILDER
SAMUEL A. GILLILAND
(1930-1994)
LAURA A. BELLOTTI
CHRISTIAN G. BELTZ
ALLISON M. BOGOSIAN

KATHERINE E. CALUFIELD
ADAM J. COHEN
ERIC J. GEORGE
DARYL L. GORDON
JESSICA GROSSARTH
MATTHEW W. HAUSMAN
TRACY WHEELER LENNON
MATTHEW P. LUNDY
NORMA R. MANDULAK
JULIE A. MORGAN
PETER S. OLSON
MARY BETH KASPER RAPICE
BRIAN C. ROCHE
PATRICIA SQUIRES
LORI L. UNDERBERGER
GWEN P. WEISBERG
MICHAEL L. WOLF
AIMEE J. WOOD

Reply to:     Bridgeport
Telephone:   (203) 330-2138
E-Mail:      MMS@pullcom.com

## VIA FACSIMILE - (203) 387-2527

October 25, 2002

Caleb Pilgrim, Esq.
1404 Whalley Avenue
New Haven, CT 06511

     Re:    *Lillie Washington v. YMCA*

Dear Mr. Pilgrim:

     I received a verbal phone message from your office staff today asking to reschedule Ms. Washington's deposition to 2:30 in the afternoon on Tuesday, October 29, 2002.

     I cannot complete her deposition in the limited time that would be available to me because of my own commitments for that evening, despite your offer to continue as long as it takes. Therefore, I need you to arrange your schedule to arrive at 10:00 a.m. as the Re-Notice states.

     I remind you that this is the date you told me is the sole time prior to the October 30th close of discovery that you could be available. As you know, your failure to reply to my recent communication to you caused me to convene a deposition which you and your client did not attend earlier this month. I cannot accommodate your request for Tuesday.

              Sincerely,

              Margaret M. Sheahan

MMS:smj

***Dictated but not Read***

BPRT/67123.2/MMS/454669v1

850 MAIN STREET   P.O. BOX 7006   BRIDGEPORT, CT 06601-7006   (203) 330-2000   FAX (203) 576-8888
200 PEQUOT AVENUE   P.O. BOX 510   SOUTHPORT, CT 06490-0510   (203) 254-5000   FAX (203) 254-5070
ONE CENTURY TOWER   265 CHURCH STREET   NEW HAVEN, CT 06510-7000   (203) 773-5006   FAX (203) 776-7075
90 STATE HOUSE SQUARE   HARTFORD, CT 06103-3702   (860) 424-4300   FAX (860) 424-4370
350 BEDFORD STREET   STAMFORD, CT 06901-1743   (203) 324-5000   FAX (203) 363-8659
720 HOPMEADOW STREET   SIMSBURY, CT 06070-2225   (860) 651-9348   FAX (860) 651-1431
*www.pullcom.com*

**PULLMAN & COMLEY, LLC**
*Attorneys At Law*

ELIZABETH J. AUSTIN
RAYMOND E. BALDWIN, JR.
MORRIS W. BANKS
COLLIN P. BARON
DEBORAH S. BRECK
CHARLES K. CAMPBELL, JR.
FRANK R. CLARY
SHEILA ANNE DENTON
JAMES O. DOWLING, JR.
ANDREW C. GLASSMAN
LAWRENCE J. GOLDEN
IRVE J. GOLDMAN
BARRY D. GREENE
NANCY A. D. HANCOCK
JOSHUA A. HAWKS-LADDS
DAVID O. JACKSON
GEORGE J. KASPER
JOHN J. KINDL
MICHAEL A. KURS

NANCY DINNOCE J. ERA
MICHAEL N. LaVELLE
JOSEPH M. LoBATO
LISA A. MAGLIOCHETTI
THOMAS F. MAXWELL, JR.
EDWARD P. McCREERY, III
ANDREW J. McDONALD
ROBERT B. MITCHELL
HERBERT H. MOORIN
D. ROBERT MORRIS
ALAN S. PARKER
MARIE V. PHELAN
ELLIOTT B. POLLACK
MICHAEL G. PROCTOR
LEWIS RABINOVITZ
RICHARD C. ROBINSON
THOMAS A. ROUSE
GREGORY F. SERVODIDIO
RONALD CASE SHARP

MARGARET M. SHEAHAN
JAMES T. SHEARIN
H. WILLIAM SHURE
CHRISTOPHER J. SMITH
JOHN F. STAFSTROM, JR.
JAMES B. STEWART
GROVE W. STODDARD
MARSHALL J. T. TOUPONSE
JAMES W. VENMAN
WILLIAM J. WENZEL
BARRIE K. WETSTONE
JAMES F. WHITE, JR.
MARJORIE WILDER
SAMUEL A. GILLILAND
(1930-1994)

LAURA A. BELLOTTI
CHRISTIAN G. BELTZ
ALLISON M. BOGOSIAN

KATHERINE E. CAULFIELD
ADAM J. COHEN
ERIC J. GEORGE
DARYL L. GORDON
JESSICA GROSSARTH
MATTHEW M. HAUSMAN
TRACY WHEELER LENNON
MATTHEW R LUNDY
NORMA R. MANDULAK
JULIE A. MORGAN
PETER S. OLSON
MARY BETH KASPER RAPICE
BRIAN C. ROCHE
PATRICIA SQUIRES
LORI L. UNDERBERGER
GWEN R. WEISBERG
MICHAEL L. WOLF
AIMEE J. WOOD

Reply to:      Bridgeport
Telephone:  (203) 330-2138
E-Mail:       MMS@pullcom.com

October 28, 2002

**Via Facsimile (203-387-2527)**
**Via email (pilgrimesq@juno.com)**

Caleb M. Pilgrim, Esq.
P.O. Box 3469
New Haven, CT 06515

Re:  Lillie Washington v. Central Connecticut Coast YMCA

Dear Mr. Pilgrim:

I received a voice mail message from your assistant on Friday, October 25, 2002, to which I responded by fax. On Saturday, October 26, 2002, I received notices of deposition for three YMCA witnesses scheduled for October 30. This morning, I received your letter dated October 25, 2002. Both your assistant's message and your letter informed me that you cannot be available for the October 29 deposition of your client, the plaintiff in this action, until 2:30 p.m., although it has been noticed for 10:00a.m

As my letter informed you, despite your offer to continue into the evening hours to complete Ms. Washington's deposition, I will not have enough time to depose her properly if we begin so late.

With respect to the depositions you have noticed for October 30, 2002, I cannot make myself available for that purpose on that date because of my commitment to participate in a deposition in another matter that day of a witness about to leave the jurisdiction forever.

As you know, I have noticed and re-noticed Ms. Washington's deposition and rearranged the schedule several times in order to complete it within the Court's designated period for the completion of discovery by October 30. In fact, the re-notice for the 29th was in response to your identification of that date as the only one this month you could do it. Furthermore, the notices you faxed to my office on Friday when business kept me away from my office are the first you have made of the three depositions you now propose to conduct.

I believe it is through your actions alone that we are now in a situation that prevents us from completing discovery within the Court's deadline.

850 MAIN STREET  P.O. BOX 7006  BRIDGEPORT, CT 06601-7006  (203) 330-2000 FAX (203) 576-8888
200 PEQUOT AVENUE  P.O. BOX 310  SOUTHPORT, CT 06490-0510  (203) 254-5000  FAX (203) 254-5070
ONE CENTURY TOWER  265 CHURCH STREET  NEW HAVEN, CT 06510-7000  (203) 773-3006  FAX (203) 776-7
90 STATE HOUSE SQUARE  HARTFORD, CT 06103-3702  (860) 424-4300  FAX (860) 424-4370
350 BEDFORD STREET  STAMFORD, CT 06901-1743  (203) 324-5000  FAX (203) 363-8659
720 HOPMEADOW STREET  SIMSBURY, CT 06070-2225  (860) 651-9348  FAX (860) 651-1431
www.pullcom.com

## PULLMAN & COMLEY, LLC

Page 2

I am willing nevertheless to agree with you that all noticed depositions may be taken next week so long as you will consent to the extension of the deadline for the filing of summary judgment motions. I believe we should speak today to agree on times. I would like to take Ms. Washington's next Tuesday beginning at 9:30 a.m. I will attempt to secure the availability of the YMCA witnesses you have identified for Wednesday or Friday.

We should also attempt to speak jointly to the Judge's chambers staff to alert them to our problem and proposed solution. I have a speaking engagement at a Hartford college early this evening that requires me to be on the road by 3:30. Please call me at my Stamford office at 203-674-7901 as soon as possible but no later than then.

Very truly yours,

Margaret M. Sheahan

cc:    Suzanne Friedbacher

BPRT/67123.2/MMS/454751v1

# Caleb M. Pilgrim

Attorney At Law

LAW OFFICES OF CALEB M. PILGRIM, L.L.C. • P.O. BOX 3649 • NEW HAVEN, CT 06515
TEL: 203 387-2524 • FAX: 203 387-2527 • EMAIL: pilgrimesq@juno.com

October 31, 2002

Attorney Margaret Sheahan
Pullman & Comley, LLC.
850 Main Street
Bridgeport, CT

RE: <u>Lillie Washington's Deposition – November 1, 2002</u>

Dear Peggy:

Ms. Washington has today indicated that she cannot attend this Friday's
deposition. Given the extraordinary circumstances of this case, we will probably
need Judge Hall's guidance, one way or the other. While I am not inviting such
a course of action, Judge Hall may herself wish to address the matter with Ms.
Washington, or intimate whatever action she deems appropriate.

I do apologize to you for my client's inability to attend. It appears that Ms.
Washington will not be available until the second week of December, 2002,
although I personally am ready to go forward. I am at a deposition this after
noon with Dr. Kenneth Kramer, begin around 3.00 p.m, but very much wish to
discuss the matter with you.

Very truly yours,
Law Offices of Caleb M. Pilgrim, L.L.C.

Caleb M. Pilgrim

CMP/edw



# PULLMAN & COMLEY, LLC
*Attorneys At Law*

ELIZABETH J. AUSTIN
RAYMOND E. BALDWIN, JR.
MORRIS W. BANKS
COLLIN P. BARON
DEBORAH S. BRECK
CHARLES E. CAMPBELL, JR.
FRANK B. CLEARY
SHEILA ANNE DENTON
JAMES C. DOWLING, JR.
ANDREW C. GLASSMAN
LAWRENCE J. GOLDEN
IRVE J. GOLDMAN
BARRY D. GREENE
NANCY A. D. HANCOCK
JOSHUA A. HAWKS-LADDS
DAVID O. JACKSON
GEORGE J. KASPER
JOHN J. KINDL
MICHAEL A. KURS

NANCY ONFONL.    .ERA
MICHAEL N. LaVELLE
JOSEPH M. LODATO
LISA A. MAGLIOCCHETTI
THOMAS P. MAXWELL, JR.
EDWARD P. McCREERY, III
ANDREW J. McDONALD
ROBERT B. MITCHELL
HERBERT H. MOORIN
D. ROBERT MORRIS
ALAN S. PARKER
MARIE V. PHELAN
ELLIOTT B. POLLACK
MICHAEL G. PROCTOR
LEWIS RABINOVITZ
RICHARD C. ROBINSON
THOMAS A. ROUSE
GREGORY E. SERVODIDIO
RONALD CASE SHARP

MARGARET M. SHEAHAN
JAMES T. SHEARIN
H. WILLIAM SHURE
CHRISTOPHER J. SMITH
JOHN F. STAFSTROM, JR.
JAMES B. STEWART
GROVE W. STODDARD
MARSHALL J. TOUPONSE
JAMES M. WENAAN
WILLIAM J. WENZEL
BARRIE K. WETSTONE
JAMES P. WHITE, JR.
MARJORIE WILDER

SAMUEL A. GILLILAND
(1930-1994)

LAURA A. BELLOTTI
CHRISTIAN G. BELTZ
ALLISON M. BOGOSIAN

KATHERINE E. CAULFIELD
ADAM J. COHEN
ERIC J. GEORGE
DARYL L. GORDON
JESSICA GROSSARTH
MATTHEW M. HAUSMAN
TRACY WHEELER LENNON
MATTHEW E. LUNDY
NORMA R. MANDULAK
JULIE A. MORGAN
PETER S. OLSON
MARY BETH KASPER RAPICE
BRIAN C. ROCHE
PATRICIA SQUIRES
LORI L. UNDERBERGER
GWEN P. WEISBERG
MICHAEL L. WOLF
AIMEE J. WOOD

Reply to:       Bridgeport
Telephone:    (203) 330-2138
E-Mail:         MMS@pullcom.com

November 1, 2002

**By Facsimile (203-3872527), E-Mail and Regular Mail**

Caleb M. Pilgrim, Esq.
P.O. Box 3649
New Haven, CT 06515

Re:  Lillie Washington v. Central Connecticut Coast YMCA

Dear Mr. Pilgrim:

This letter confirms that your client, Plaintiff in this action, will not appear today at her twice postponed deposition, of which you informed my office by facsimile late yesterday.

This letter also confirms that your client has informed you that she is unwilling to be deposed prior to December 9, 2002.

This letter further confirms that you have cancelled the depositions of Helen Brena, Eileen Krause and the Defendant's Keeper of Records we had arranged to conduct next Wednesday, November 6, 2002.

If I have misstated any of the above points, please correct my misimpression in writing at your very earliest opportunity.

Thank you.

Very truly yours,

Margaret M. Sheahan

cc:    Suzanne Friedbacher

BPRT/67123.2/MMS/455514v1

850 MAIN STREET   P.O. BOX 7006   BRIDGEPORT, CT 06601-7006   (203) 330-2000   FAX (203) 576-8888
200 PEQUOT AVENUE   P.O. BOX 510   SOUTHPORT, CT 06490-0510   (203) 254-5000   FAX (203) 254-5070
ONE CENTURY TOWER   265 CHURCH STREET   NEW HAVEN, CT 06510-7000   (203) 773-3006   FAX (203) 776-7075
90 STATE HOUSE SQUARE   HARTFORD, CT 06103-3702   (860) 424-4300   FAX (860) 424-4370
350 BEDFORD STREET   STAMFORD, CT 06901-1743   (203) 324-5000   FAX (203) 363-8659
720 HOPMEADOW STREET   SIMSBURY, CT 06070-2225   (860) 651-9348   FAX (860) 651-1431
www.pullcom.com

# Caleb M. Pilgrim

Attorney At Law

LAW OFFICES OF CALEB M. PILGRIM, L.L.C. • P.O. BOX 3649 • NEW HAVEN, CT 06515
TEL: 203 387·2524 • FAX: 203 387·2527 • EMAIL: pilgrimesq@juno.com

November 13, 2002

**_BY FACSIMILE_**

Attorney Margaret N. Sheahan
Pullman & Comley, LLC
850 Main Street, P.O. Box 7007
Bridgeport, CT 06601-7006

RE: <u>Washington v. Coastal YMCA</u>

Dear Attorney Sheahan:

I refer to your recent letter concerning your depositions of Lillie Washington scheduled for Friday, November 1, 2002, and my deposition of Helen Breña and Eileen Krause, scheduled for Wednesday, November 6, 2002.

I agree that you canceled Ms. Washington's deposition, because of Ms. Washington's inability to attend.  Ms. Washington's inability to attend the deposition was due to some extraordinary personal circumstances.  Because of Ms. Washington's inability to attend any depositions until the second week of December, 2002 - which I explained to you - it was also agreed that we would postpone the depositions of Helen Breña and Eileen Krause until Ms. Washington would be available to attend.  As plaintiff, and as a party, she has the right - and it is in her best interests - to attend any such depositions.

Finally, it was also agreed that, in the interim, you would consult with your client to determine whether your client would make a reasonable offer to dispose of this case, rather than engage in further motion practice. In the event that you have consulted with your client, kindly contact me at your earliest convenience so that we may attempt to resolve this matter. I believe that this does not misstate the record in any way.

Very truly yours,
Law Offices of Caleb M. Pilgrim, L.L.C.

Caleb M. Pilgrim

CMP/edw

# PULLMAN & COMLEY, LLC
*Attorneys At Law*

ELIZABETH J. AUSTIN
RAYMOND E. BALDWIN, JR.
MORRIS W. BANKS
COLLIN R. BARON
DEBORAH S. BRECK
CHARLES K. CAMPBELL, JR.
FRANK K. CLEARY
SHEILA ANNE DENTON
JAMES O. DOWLING, JR.
ANDREW C. GLASSMAN
LAWRENCE J. GOLDEN
IRVE J. GOLDMAN
BARRY D. GREENE
NANCY A. D. HANCOCK
JOSHUA A. HAWKS-LADDS
DAVID O. JACKSON
GEORGE J. KASPER
JOHN J. KINDL
MICHAEL A. KURS

NANCY DEFONCE LAPERA
MICHAEL N. LAVELLE
JOSEPH M. LODATO
LISA A. MAGLIOCHETTI
THOMAS E. MAXWELL, JR.
EDWARD R. McCREERY, III
ANDREW J. McDONALD
ROBERT B. MITCHELL
HERBERT H. MOORIN
D. ROBERT MORRIS
ALAN E. PARKER
MARIE V. PHELAN
ELLIOTT B. POLLACK
MICHAEL G. PROCTOR
LEWIS RABINOVITZ
RICHARD G. ROBINSON
THOMAS A. ROUSE
GREGORY E. SERVODIDIO
RONALD CASE SHARP

MARGARET M. SHEAHAN
JAMES T. SHEARIN
M. WILLIAM SHURE
CHRISTOPHER J. SMITH
JOHN F. STAFSTROM, JR.
JAMES R. STEWART
GROVE W. STODDARD
MARSHALL J. TOUPONSE
JAMES W. VENMAN
WILLIAM J. WENZEL
BARRIE K. WETSTONE
JAMES E. WHITE, JR.
MARJORIE WILDER
SAMUEL A. GILLILAND
(1930-1994)
LAURA A. BELLOTTI
CHRISTIAN G. BELTZ
ALLISON N. BOGOSIAN

KATHERINE E. CAULFIELD
ADAM J. COHEN
ERIC J. GEORGE
DARYL L. GORDON
JESSICA GROSSARTH
MATTHEW M. HAUSMAN
TRACY WHEELER LENNON
MATTHEW R. LUNDY
NORMA R. MANDULAK
JULIE A. MORGAN
PETER B. OLSON
MARY BETH KASPER RAPICE
BRIAN C. ROCHE
PATRICIA SQUIRES
LORI L. UNDERBERGER
OWEN R. WEISBERG
MICHAEL L. WOLF
AIMEE J. WOOD

Reply to:    Bridgeport
Telephone:    (203) 330-2138
E-Mail:    MMS@pullcom.com

*VIA:    Facsimile and U.S. Mail*

November 14, 2002

Caleb Pilgrim, Esq.
1404 Whalley Avenue
New Haven, CT 06511

   Re:    *Lillie Washington v. Central Connecticut Coast YMCA*

Dear Mr. Pilgrim:

   I have your letter of November 13, 2002.

   You did not tell me Ms. Washington's inability to attend was due to "some extraordinary personal circumstances." You told me that she was not ill. You told me she was not out of town. Your told me that she was not attending and you expressed personal frustrations about that fact.

   You did not postpone the depositions of Helen Brena, Eileen Krause and the "Keeper of Records." You cancelled them. We did not have the option of delaying the depositions until mid-December. Discovery closed October 31 and our motion for permission to take the November 1 and 6 depositions on those dates was pending.

   My client is unwilling to offer any settlement terms other than those proffered in 2001 and again at the beginning of this year; these are still available for Ms. Washington to accept.



850 MAIN STREET   P.O. BOX 7006   BRIDGEPORT, CT 06601-7006   (203) 330-2000   FAX (203) 576-8888
200 PEQUOT AVENUE   P.O. BOX 510   SOUTHPORT, CT 06490-0510   (203) 254-5000   FAX (203) 254-5070
ONE CENTURY TOWER   265 CHURCH STREET   NEW HAVEN, CT 06510-7000   (203) 773-3006   FAX (203) 776-7075
90 STATE HOUSE SQUARE   HARTFORD, CT 06103-3702   (860) 424-4300   FAX (860) 424-4370
350 BEDFORD STREET   STAMFORD, CT 06901-1743   (203) 324-5000   FAX (203) 363-8659
720 HOPMEADOW STREET   SIMSBURY, CT 06070-2225   (860) 651-9348   FAX (860) 651-1431
www.pullcom.com

PULLMAN & COMLEY, LLC

Page 2

With the above corrections, I agree with the content of your November 13, 2002 letter.

Yours truly,

Margaret M. Sheahan

P.S.   Your motion for enlargement of the discovery period asserts you were unable to reach me. Neither I nor any of my staff received a call, a voice mail message, a letter, a fax, an e mail or any other indication you wanted to communicate with me.

cc:   Helen Brena
       Suzanne Freidbacher

MMS:fp

BPRT/67123.2/MMS/457193v1

1              UNITED STATES DISTRICT COURT

2           FOR THE DISTRICT OF CONNECTICUT

3

4     *  *  *  *  *  *  *  *  *  *

5   LILLIE WASHINGTON,               *

6             Plaintiff,             *

7             VS.                    *    Civil Action
                                          3:01 CV-1838
8   CENTRAL CONNECTICUT COAST    *         (JCH)
    YMCA,
9                                    *

            Defendant.               *
10                                   *

11   *  *  *  *  *  *  *  *  *  *

12                               Bridgeport, CT

13                               July 16, 2003

14                               10:30 a.m.

15                     —   —   —

16        DEPOSITION OF LILLIE WASHINGTON

17                     —   —   —

18   APPEARANCES:

19        FOR THE PLAINTIFF:

20        LAW OFFICE OF CALEB M. PILGRIM
          BY: CALEB A. PILGRIM, ESQ.
21            1404 Whalley Avenue
              New Haven, CT 06515

22        FOR THE DEFENDANT:

23        LAW OFFICE OF PULLMAN & COMLEY, LLC
          BY: MARGARET M. SHEAHAN, ESQ.
24            850 Main Street
              Bridgeport, CT 06601-7006
25

              CAMPANO & ASSOCIATES

           COURT REPORTING SERVICES

1    experienced since you left the Y?

2        A.   About three months, four months.

3    I'm not sure.

4        Q.   Okay.  And when was that?

5        A.   I think in 2002.

6        Q.   Okay.

7        A.   Sometime in 2002, not exactly sure.

8        Q.   Do you know what time of year?

9        A.   I don't remember.

10       Q.   Why was it that you weren't getting

11   any assignments?

12       A.   I don't know.  Each time I called,

13   they explained to me that things were slow.

14       Q.   So is it correct, that during the

15   time you weren't working you weren't offered

16   any assignments?

17       A.   Correct.

18       Q.   And were you working with multiple

19   temporary agencies at that time?

20       A.   Yes.

21       Q.   The same ones that you've been

22   working with throughout?

23       A.   Yes.

24       Q.   Do you have documents that show all

25   the positions that you've had since you left

CAMPANO & ASSOCIATES

COURT REPORTING SERVICES

1    the Y?

2        A.   I think so, yes.

3            MS. SHEAHAN:   To the extent

4    they have not been produced, Mr. Pilgrim,

5    they really need to be produced.

6            MR. PILGRIM:   What I'm going to

7    suggest is that once we've accumulated all

8    the documents, you can leave the deposition

9    open to next Wednesday or Thursday.  You'll

10    have them before then, so you can go through

11    them if you need to.

12            Obviously, they speak for

13    themselves.  Once you get them from Miss

14    Washington, you'll have them.

15            MS. SHEAHAN:   There are a

16    number of production requests that were

17    promulgated over a year ago to which the

18    response was made the documents will be

19    produced as soon as they're available.  I

20    would like all that documentation and I'd

21    like it right away.

22            I think it's problematic that I

23    don't have it now.  But I will leave the

24    deposition open until some further time.  I

25    can't tell you whether it's going to be

34

FILED

2003 JUL 31 P 12: 43

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF CONNECTICUT**

CIVIL ACTION
NO. 3:01 CV-1838 (JCH)

.INTIFF

\.AST YMCA,

\.ENDANT          JULY 30, 2003

[DANT'S MOTION FOR ORDER

ourt's order on June 30, 2003, Defendant moves for an order

mary judgment motions.

th the Court's June 30, 2003 order, Defendant reports that

:e defendant representative witnesses have been conducted.

:rification of her earlier interrogatory responses and produced

requested.  Plaintiff owes documentation on eight production

1 a promise to produce as available.  Plaintiff's counsel has

ve documents are available for production and has been asked

\.onse.  On the other hand, Plaintiff testified to the existence of

1 may still be among the missing.

01CV1838 (JCH)   22 August 2003

Defendant's Motion for Order [Doc. #34] is GRANTED. Plaintiff will produce or verify the nonexistence of the documents requested in defendant's December 13, 2001 Request for Production within fourteen (14) days of this order. Plaintiff will immediately contact the Court if there is any issue that will prevent compliance with this deadline. Defendant will file its Motion for Summary Judgment on or before October 15, 2003. A settlement conference is scheduled for October 2, 2003 at 2 p.m. SO ORDERED. US ...

HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE

# Caleb M. Pilgrim

LAW OFFICES OF CALEB M. PILGRIM, L.L.C. • P.O. BOX 3649 • NEW HAVEN, CT 06515
TEL: 203 387-2524 • FAX: 203 387-2527 • EMAIL: pilgrimesq@ool.com

### Attorney At Law

November 4, 2003



RECEIVED
NOV 0 5 2003
By

Attorney Margaret M. Sheehan
Pullman & Comley, LLC
Attorneys at Law
850 Main Street
Bridgeport, CT 06601-7006

RE:    Lillie Washington vs. Central Connecticut Coast YMCA

Enclosed for your attention is a check in the amount of $300 in the above-captioned matter.

Very truly yours,
Law Offices of Caleb M. Pilgrim, LLC

Caleb M. Pilgrim

CMP/edw.

Enc(s)

---

**LAW OFFICES OF CALEB M. PILGRIM, L.L.C.**          2592
1404 WHALLEY AVENUE, 2ND FLOOR
P.O. BOX 3649
NEW HAVEN, CONNECTICUT 06515          51-7013/2111
(203) 387-2524                         DATE 10/29/03

PAY
TO THE
ORDER OF _Pullman & Comley_____ $ 300 00/═

_three hundred_____ DOLLARS

NEW HAVEN SAVINGS BANK                 VOID AFTER 90 DAYS
NEW HAVEN, CT 06510

FOR _Lillie Washington v. YMCA_      Caleb M. Pilgrim

⑈002592⑈ ⑊211170130⑊ 571 04777 5⑈