HONORABLE M. R. Krantz
DEPUTY CLERK K. Ghilardi   RPTR/ERO/TAPE K. Falcone
CT/evmhrg (January 10, 2002)

TOTAL TIME: 2 hours 05 minutes

DATE Nov 13, 2003   START TIME 12:35   END TIME 2:15
LUNCH RECESS FROM 1:50 TO 1:55
RECESS FROM ___ TO ___ (if more than 1/2 hour)

Washington

CIVIL NO. 301CV1838MRK

vs.

Caleb McIvor Pilgrim
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Central Conn Coast YMCA

Margaret M Sheahan
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☐ (mhrgh) Motion Hearing            ☐ (confmhrg.) Confirmation Hearing   ☑ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing     ☐ (evidhrg.) Evidentiary Hearing     ☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing   ☐ (fairhrg.) Fairness Hearing        ☐ (stlmthrg.) Settlement Hearing
☐ (mischrg.) Miscellaneous Hearing

MOTION DOCUMENT NO.

☑ #47   Motion  Order to show cause                  ☑ granted ☐ denied ☐ advisement
☑ #     Motion  Mot. to withdraw atty Pla.           ☐ granted ☑ denied ☐ advisement
☐ #     Motion  _____                              ☐ granted ☐ denied ☐ advisement
☐ #     Motion  _____                              ☐ granted ☐ denied ☐ advisement
☐ #     Motion  _____                              ☐ granted ☐ denied ☐ advisement
☐ #     Motion  _____                              ☐ granted ☐ denied ☐ advisement
☐ #     Motion  _____                              ☐ granted ☐ denied ☐ advisement
        Oral Motion _____                          ☐ granted ☐ denied ☐ advisement
        Oral Motion _____                          ☐ granted ☐ denied ☐ advisement
        Oral Motion _____                          ☐ granted ☐ denied ☐ advisement
        Oral Motion _____                          ☐ granted ☐ denied ☐ advisement

☐ Brief(s) due ___   ☐ Proposed Findings due ___   Response due ___

~~Order to show cause as put forth in Court~~

~~Mot. to withdraw still need to be docketed~~

Pla. + Atty to comply with Rule 16 6(2) as to sanctions/payment.

_____ Hearing continued until _____ at _____