UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 NOV 12 P 5:06

```
.............................................
LILLIE WASHINGTON,            .    CIVIL ACTION
       Plaintiff,             .    NO. 3:01cv-1838 (MRK)
                              .
v.                            .
                              .
CENTRAL CONNECTICUT COAST     .
       YMCA.                  .
       Defendant              .    NOVEMBER 12, 2003
```

### NOTICE OF FILING OF REQUEST FOR LEAVE TO FILE EX PARTE MOTION TO WITHDRAW APPEARANCE

Plaintiff's counsel hereby gives notice of filing of his request for leave to file ex parte motion to withdraw his appearance in the above-captioned matter

Respectfully Submitted,

By: *[signature]*

Caleb M. Pilgrim
**Law Offices of Caleb M. Pilgrim, LLC**
1404 Whalley Avenue - 2nd Floor
New Haven, CT 06510
Tel: 203-387-2524
Federal Bar No. ct 14857

### CERTIFICATION

This is to certify that a copy of the foregoing was hand delivered to this 12th. day of November, 2003 to Lillie Washington, 1264 Capitol Avenue, Bridgeport, CT 06606, and Notice of the foregoing Ex Parte Request faxed and mailed, postage prepaid Attorney Margaret M. Sheahan, Pullman & Comley, LLC, 850 Main Street, Bridgeport, CT 06601-7006

*[signature]*
Caleb M. Pilgrim

1

## CERTIFICATION

This is to certify that a copy of the foregoing was hand delivered to this 12th. day of November, 2003 to Lillie Washington, 1264 Capitol Avenue, Bridgeport, CT 06606, and Notice of the foregoing Ex Parte Request faxed and mailed, postage prepaid Attorney Margaret M. Sheahan, Pullman & Comley, LLC., 850 Main Street, Bridgeport, CT 06601-7006

_____
Caleb M. Pilgrim