UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | | |
|---|---|---|---|
| Lillie Washington, | : | | |
| | : | | |
| Plaintiff, | : | NO. | 3:01cv1838 (MRK) |
| | : | | |
| v. | : | | |
| | : | | |
| Central Connecticut Coast YMCA, | : | | |
| | : | | |
| Defendant. | : | | |

**<u>ORDER</u>**

Counsel for both parties and the Plaintiff appeared before the Court on November 13, 2003, in response to the Court's Order to Show Cause [doc. #47]. In consideration of the briefs submitted by the parties and the testimony provided at the hearing on the Order to Show Cause and for the reasons stated on the record at the hearing, Defendant's Motion to Dismiss, dated November 12, 2003, is DENIED. However, in view of the repeated and persistent violations of this Court's orders, the Court's Local Rules, and the Federal Rules of Civil Procedure and in one last effort to compel compliance with the orders and rules of this Court, the Court will impose the following sanctions for the reasons stated on the record at the hearing on the Order to Show Cause:

1. At any trial of this case, Plaintiff will not be permitted to seek back pay for any period after August 22, 2003.

2. Plaintiff and Plaintiff's counsel are jointly and severally liable to pay Defendant the sanction of $545.50, representing the amounts incurred in preparing Defendant's

Motion for Contempt and Sanctions as set forth in Defendant's Supplemental Memorandum in Support of Motion for Contempt and Sanctions, dated October 22, 2003 [doc. # 45]. Plaintiff and Plaintiff's counsel are hereby advised as to the provisions of Local Rule 16(g)(2), which states, in relevant part: "the Clerk shall not accept for filing any papers from an attorney or pro se party against whom sanctions have been imposed until there has been payment of said sanctions. Pending payment, such attorney or pro se party also may be barred from appearing in court." Plaintiff is required to file a Certificate of Payment of Sanctions with the Court attesting under oath to the date on which they paid Defendant the $545.50 sanction ordered herein. Unless and until the foregoing Certificate of Payment of Sanctions has been duly filed, the Clerk's Office is directed to return any papers filed by Plaintiff or her counsel.

3. Defendant will file its Motion for Summary Judgment by **December 5, 2003**.

4. Plaintiff will file its response to Defendant's Motion for Summary Judgment by **January 8, 2004**.

5. **No extension of these deadlines will be granted for any reason. Plaintiff is hereby cautioned that if she does not file a response to Defendant's Motion for Summary Judgment in a timely fashion and in compliance with the Federal Rules of Civil Procedure and the District's Local Rules, the Court will grant Defendant's Motion for Summary Judgment without further notice to Plaintiff.**

6. The Request by Mr. Pilgrim for Leave to File Ex Parte Motion to Withdraw as appearance, dated November 12, 2003 is hereby DENIED.

7. **Plaintiff was advised in open court and is expressly cautioned herein that any further violations of this Order, court rules or any other order of this Court will result in immediate dismissal regardless of who is the cause of the violation and without further notice.**

IT IS SO ORDERED.

/s/     Mark R. Kravitz
             U.S.D.J.

Dated at New Haven, Connecticut: November 13, 2003