FILED
DEC 9 9 30 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LILLIE WASHINGTON,<br>PLAINTIFF<br>VS.<br>CENTRAL CONNECTICUT COAST YMCA,<br>DEFENDANT | CIVIL ACTION<br>NO. 3:01 CV-1838 (JCH) MRK<br><br><br>DECEMBER 5, 2003 |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56, Defendant seeks summary judgment dismissing the Complaint in this action in its entirety because the undisputed facts establish that Plaintiff cannot prove entitlement to relief on any cause of action she has pled.

The grounds for this motion are: 42 USC § 1981 and Title VII do not prohibit age discrimination; Plaintiff has failed to satisfy administrative prerequisites; the undisputed facts cannot support a claim of age discrimination; and Plaintiff cannot support a claim for intentional infliction of emotional distress. The grounds for defendant's motion are more fully set forth in the accompanying memorandum of law.

Done at Bridgeport, Connecticut, this 5th day of December, 2003.

>THE DEFENDANT
>Central Connecticut Coast YMCA
>
>By: *Margaret M. Sheahan*
>Margaret M. Sheahan
>Federal Bar No. ct05862
>For: Pullman & Comley, LLC
>    850 Main Street, P.O. Box 7006
>    Bridgeport, CT 06601-7006
>    (203) 330-2000
>    Facsimile (203) 576-8888
>Its Attorneys

-2-

## CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed on December 5, 2003 to all counsel and pro se parties of record.

For the plaintiff LILLIE WASHINGTON:

Caleb M. Pilgrim
1404 Whalley Avenue
Second Floor
New Haven, CT 06515
(203)387-2524

*Margaret M. Sheahan*
Margaret M. Sheahan
Commissioner of the Superior Court

BPRT/67,123.2/EMP/500268v1