November 30, 2003

FILED

Dec 5   3 29 PH '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

The Honorable Judge Kravitz
Superior Court
141 Church Street
New Haven, CT 06510

Re:  Washington vs. Central Connecticut Coast YMCA

Dear Judge Kravitz,

I was in your court on Thursday, November 13, 2003, along with Attorney Pilgrim and Attorney Sheahan.  I feel that I was outnumbered and blind-sided by my own attorney and was the only one who was unprepared.  I feel I was judged by the dates that were on the tax returns that Attorney Pilgrim gave me.  If the purpose of asking me to read the dates I filed my taxes was an attempt to make me look irresponsible it worked, but with inaccurate information.  The dates that I read in court didn't seem accurate, but at the time I couldn't remember nor prove it.  I checked my files at home and my 2000-tax return were filed in 2001 before the deadline.  Also, my 2000 tax returns were signed but not dated, therefore I do not know where Attorney Pilgrim got the dates that he asked me to read on my 2000 return, but I did not write it.

Attorney Pilgrim also mislead the court about the documents being delivered to me the day before I was to appear in your court.  The envelope was simply folded and placed in my mailbox, either the evening of Wednesday, November 12, 2003 or the morning of Thursday, November 13, 2003 at a time when I was not expecting any mail, nor would I have a reason to look in my mailbox.

Attorney Pilgrim stated that he no longer wanted to represent me because in a letter he sent me that was dated October 24, which was actually dated October 28, 2003 and mailed on October 29, 2003.  That he asked me for forms and he hadn't received them, also it was hard to reach me.  I realize that everything take on a new meaning when it's taken out of context.  I might not have been home when he called, which made me unavailable, but he didn't tell the court that I returned his call and he was not available.  In court he stated that he called my at US Surgical, how did he know that my current temporary assignment was at US Surgical.  If he called me there, how could he have done so unless I was in contact with him recently and told him where I was working.  Long before we got to Judge Hall's court I had problems with Attorney Pilgrim not returning my phone calls and not sending me documents I requested.  I've sent Attorney Pilgrim letters regarding these issues, it got to the point where he even asked me to stop sending him what he called "poison pen letters".

As for the deposition, Attorney Pilgrim called me on the evening of Thursday, October 24, 2002 to inform me of a deposition scheduled for Tuesday, October 29, 2002, which was changed to Friday, November 1, 2002.  As I stated in court this is the only deposition that I am aware of.  At that time I explained that I could not attend, I also sent him a letter.  During that time I did ask Attorney Pilgrim not to tell Attorney Sheahan about the training, for no other reason than I just didn't want her know, but at no time did he advise to me to do so, therefore I thought it was ok.  I did not hear from him again until I got the notice to appear in Judge Hall's court on June 30, 2003.  You asked Attorney Pilgrim if he sent me certain documents including the documents from Judge Hall and he said he couldn't recall, that's because he didn't and that was another problem I've been having with him as I stated earlier.

If Attorney Pilgrim didn't comply with the court's sanction, I certainly don't stand a chance of getting him to comply especially I have no authority.  Short of sitting outside of his office everyday, I feel that I have done everything that I possible can to try to stay in touch with him.  Therefore, I am respectfully requesting that the sanction be lifted from me, since I have tried to comply with Judge Hall's instructions.

I also fear that my case is already lost and will be dismissed, I have an attorney who wasn't representing me to the best of his ability before and now no longer wants to represent me; what's to stop him from deliberately getting my case dismissed.  He would be off the hook, and I would be responsible for all the fees including his.

I'm enclosing a copy of my 2000 tax returns to show that it is not dated. I'm also enclosing documents to show that I have tried from the very beginning to be involved in my case and to get Attorney Pilgrim to respond. I wasn't sure if it was appropriate to send letters that Attorney Pilgrim sent me, but I am enclosing a copy of the envelope to show when he mailed the last letter to me and it wasn't when he said.

A. 2000 Federal & State tax form (not dated)
B. Letter dated February 16, 2001, informing him that I will be out of town  (faxed 2/16/01)
C. Letter dated March 19, 2001 requesting documents and asking if he can handle my case (faxed 3/19/01)
D. Letter dated June 7, 2001 regarding no response to my phone calls (faxed 6/7/01)
E. Letter dated July 16, 2001 informing that I may take other actions (sent certified 7/1701)
F. Fax cover sheet to show that I gave him a phone where I can be reach on an assignment (faxed 4/23/03)
G. Letter dated October 28, 2002 regarding the deposition (faxed 10/28/02)
H. Fax cover sheet sent to him after we met with Judge Hall, on the bottom I asked him to keep me informed (faxed 7/22/03)
I. Copy of the envelope that contained the letter that was dated October 28 and mailed October 29, 2003
J. Letter dated November 30, 2003 complying with the court's demand (sent certified 12/2/03)

Thank you for your time and I await your decision.

Yours truly,

Lillie Washington

(A)

# 1040

Department of the Treasury—Internal Revenue Service
## U.S. Individual Income Tax Return  2000  (U)   OMB No. 1545-0074

IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2000, or other tax year beginning , 2000, ending , 20

**Label** (See instructions on page 19.) Use the IRS label. Otherwise, please print or type.

| L A B E L  H E R E | | |
|---|---|---|
| Your first name and initial | Last name | Your social security number |
| Lille | Washington | 093 42 3897 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |

Home address (number and street). If you have a P.O. box, see page 19.    Apt. no.

1264 Capital Avenue

City, town or post office, state, and ZIP code. If you have a foreign address, see page 19.

Bridgeport CT 06606

▲ **Important!** ▲
You must enter your SSN(s) above.

**Presidential Election Campaign** (See page 19.) ►
Note. Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? . . . ►

| | You | Spouse |
|---|---|---|
| | ☐ Yes ☒ No | ☐ Yes ☐ No |

## Filing Status
Check only one box.

1 ☐ Single
2 ☐ Married filing joint return (even if only one had income)
3 ☐ Married filing separate return. Enter spouse's social security no. above and full name here. ►
4 ☒ Head of household (with qualifying person). (See page 19.) If the qualifying person is a child but not your dependent, enter this child's name here. ►
5 ☐ Qualifying widow(er) with dependent child (year spouse died ► ). (See page 19.)

## Exemptions

6a ☒ Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a . . . . . . . . . . . .

b ☐ Spouse . . . . . . . . . . . . . . .

No. of boxes checked on 6a and 6b  __1__

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 20) |
|---|---|---|---|
| Heather Washington | 066 74 3490 | daughter | ☑ |
| Ashley Washington | 041 84 1435 | daughter | ☑ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than six dependents, see page 20.

No. of your children on 6c who:
• lived with you  __2__
• did not live with you due to divorce or separation (see page 20)
Dependents on 6c not entered above

Add numbers entered on lines above ►  __3__

d Total number of exemptions claimed . . . . . . . . . . . . . . .

## Income

Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see page 21.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 17,105 |
| 8a | Taxable interest. Attach Schedule B if required | 8a | 222 |
| b | Tax-exempt interest. Do not include on line 8a . . . | 8b | |
| 9 | Ordinary dividends. Attach Schedule B if required | 9 | 133 |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 22) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ► ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | Total IRA distributions . 15a | b Taxable amount (see page 23) | 15b | |
| 16a | Total pensions and annuities 16a | b Taxable amount (see page 23) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | 10,712 |
| 20a | Social security benefits . 20a | b Taxable amount (see page 25) | 20b | |
| 21 | Other income. List type and amount (see page 25) | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ► | 22 | 28,172 |

## Adjusted Gross Income

| | | | |
|---|---|---|---|
| 23 | IRA deduction (see page 27) . . . . . | 23 | |
| 24 | Student loan interest deduction (see page 27) . | 24 | |
| 25 | Medical savings account deduction. Attach Form 8853 | 25 | |
| 26 | Moving expenses. Attach Form 3903 . . . | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed health insurance deduction (see page 29) | 28 | |
| 29 | Self-employed SEP, SIMPLE, and qualified plans . | 29 | |
| 30 | Penalty on early withdrawal of savings . . . | 30 | |
| 31a | Alimony paid  b Recipient's SSN ► | 31a | |
| 32 | Add lines 23 through 31a . . . . . . . . . . . . | 32 | |
| 33 | Subtract line 32 from line 22. This is your adjusted gross income ► | 33 | 28,172 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 56.    Cat. No. 11320B    Form **1040** (2000)

# FORM CT-1040

## Connecticut Resident Income Tax Return

**2000**
**1040**

For the year January 1 - December 31, 2000, or other taxable year ▶ beginning _____, 2000, ▶ ending _____

| Label | | |
|---|---|---|
| Use the DRS label located on cover. | Your First Name and Middle Initial ▶ Lillie | Last Name Washington |
| | If a JOINT Return, Spouse's First Name and Middle Initial | Last Name |
| Otherwise, print or type. (See instructions, Page 13) | Home Address (number and street) ▶ 1264 Capitol Avenue | PO Box    Apt. No. |
| | City, Town or Post Office ▶ Bridgeport | State CT    ZIP Code 06606 |

**Social Security Number** 093 42 3897

**Spouse's Social Security Number**

**IMPORTANT!**
You MUST enter your SSN(s) above.

DEPARTMENT USE ONLY

### ELECTRONIC FILING MAY SPEED YOUR REFUND

Check here if you do not want forms sent to you next year. Checking this box does not relieve you of your responsibility to file .............. ▶ ☐

If you are required to file Form CT-2210 and checked any boxes on Part 1 of that form, check here .............................................. ▶ ☐

**Filing Status**
Check only one box.

NOTE: Your filing status must be the same as your federal income tax filing status for this year (See instructions, Page 13).

- ▶ A. ☐ Single
- ▶ B. ☐ Married filing joint return or Qualifying widow(er) with dependent child
- ▶ C. ☐ Married filing SEPARATE return _____ *Spouse's full name*
- ▶ D. ☑ Head of household (with qualifying person)

Spouse's Social Security Number

| | | | | |
|---|---|---|---|---|
| **Income** | 1. Federal Adjusted Gross Income (from federal Form 1040, Line 33; Form 1040A, Line 19; Form 1040EZ, Line 4; or federal Telefile Tax Record, Line I) | ▶ | 1 | 28,172 |
| | 2. Additions, if any (from *Schedule 1*, Line 37, on reverse) | ▶ | 2 | |
| | 3. Add Line 1 and Line 2 | ▶ | 3 | |
| | 4. Subtractions, if any (from *Schedule 1*, Line 47, on reverse) | ▶ | 4 | |
| | 5. **Connecticut Adjusted Gross Income** (Subtract Line 4 from Line 3) | ▶ | 5 | 28,172 |
| **Tax** | 6. Income Tax: From Tax Tables or Tax Calculation Schedule (See instructions, Page 13) | ▶ | 6 | 179 |
| | 7. Credit for income taxes paid to qualifying jurisdictions (from *Schedule 2*, Line 56 on reverse) | ▶ | 7 | |
| | 8. Subtract Line 7 from Line 6. (If Line 7 is greater than Line 6, enter "0.") | ▶ | 8 | |
| | 9. Connecticut Alternative Minimum Tax (from Form CT-6251) | ▶ | 9 | |
| | 10. Add Line 8 and Line 9 | ▶ | 10 | 179 |
| | 11. Credit for property taxes paid on your primary residence and/or motor vehicle (You must complete *Schedule 3*, on reverse and enter the amount from Line 64 here. See instructions, Page 14.) | ▶ | 11 | 500 |
| | 12. Subtract Line 11 from Line 10 (If less than zero, enter "0.") | ▶ | 12 | 0 |
| | 13. Adjusted Net Connecticut Minimum Tax Credit (from Form CT-8801) | ▶ | 13 | |
| | 14. **Connecticut Income Tax** (Subtract Line 13 from Line 12. If less than zero, enter "0.") | ▶ | 14 | 0 |
| | 15. **Individual Use Tax** (Complete the *Individual Use Tax Worksheet*.) You must enter zero on this line if no use tax is due. (See instructions, Page 14) | ▶ | 15 | — |
| | 16. **Total Tax** (Add Line 14 and Line 15) | ▶ | 16 | 0 |
| **Payments** | 17. Connecticut tax withheld (Attach all W-2s and certain 1099s; see instructions, Page 14) | ▶ | 17 | 347 |
| | 18. All 2000 estimated tax payments and any overpayments applied from a prior year | ▶ | 18 | |
| | 19. Payments made with Form CT-1040 EXT (request for extension of time to file) | ▶ | 19 | |
| | 20. **Total Payments** (Add Lines 17, 18, and 19) | ▶ | 20 | 347 |
| **Refund** | 21. If Line 20 is greater than Line 16, enter amount overpaid. (Subtract Line 16 from Line 20) | ▶ | 21 | 347 |
| | 22. Amount of Line 21 you want applied to your 2001 estimated tax | ▶ | 22 | |
| | 23. Amount of Line 21 you want to contribute to: (See instructions, Page 14) | | | |
| | AIDS Research ▶ ___ $2 ___ $5 ▶ ___ $15 ▶ other _____.00 | | | |
| | Organ Transplant ▶ ___ $2 ___ $5 ▶ ___ $15 ▶ other _____.00 | | | |
| | Endangered Species/Wildlife ▶ ___ $2 ___ $5 ▶ ___ $15 ▶ other _____.00 | | | |
| | Breast Cancer Research ▶ ___ $2 ___ $5 ▶ ___ $15 ▶ other _____.00 | | | |
| | Safety Net Services ▶ ___ $2 ___ $5 ▶ ___ $15 ▶ other _____.00 | | | |
| | **Total Contributions** ▶ | | 23 | — |
| | 24. Amount of Line 21 you want refunded to you. (Subtract Line 22 and Line 23 from Line 21) **REFUND** ▶ | | 24 | 347 |
| **Amount You Owe** | 25. If Line 16 is greater than Line 20, enter the amount of tax you owe. (Subtract Line 20 from Line 16) ▶ | | 25 | |
| | 26. If Late: Enter Penalty (Multiply Line 25 by 10% (.10)) | | 26 | |
| | 27. If Late: Enter Interest (Multiply Line 25 by number of months late or fraction thereof, then by 1% (.01)) ▶ | | 27 | |
| | 28. Interest on underpayment of estimated tax (from Form CT-2210; see instructions, Page 15) ▶ | | 28 | |
| | 29. Amount you owe with this return (Add Lines 25 through 28)    **AMOUNT YOU OWE** ▶ | | 29 | |

Make your check or money order payable to:
**COMMISSIONER OF REVENUE SERVICES**
Write your Social Security Number(s) and "2000 Form CT-1040" on your check or money order.

Use envelope provided, with correct mailing label, or mail to:

For refund request or no tax due —
Department of Revenue Services
PO Box 2976
Hartford CT 06104-2976

For payment —
Department of Revenue Services
PO Box 2977
Hartford CT 06104-2977

Taxpayers must sign declaration on reverse — Due date: April 17, 2001 — Attach a copy of all applicable schedules and forms to this return

STAPLE W-2s, W-2Gs, AND CERTAIN 1099s HERE

CLIP CHECK OR MONEY ORDER HERE (Do Not Staple)

## SCHEDULE 1 - MODIFICATIONS TO FEDERAL ADJUSTED GROSS INCOME (See instructions, Page 16)

**Additions To Federal Adjusted Gross Income - Enter All Amounts as Positive Numbers**

| | | |
|---|---|---|
| 30. Interest on state and local government obligations other than Connecticut | ► 30 | |
| 31. Exempt-interest dividends from a mutual fund derived from state or municipal government obligations other than Connecticut | ► 31 | |
| 32. Shareholder's pro rata share of S corporation nonseparately computed loss | ► 32 | |
| 33. Taxable amount of lump sum distributions from qualified plans not included in federal adjusted gross income | ► 33 | |
| 34. Beneficiary's share of Connecticut fiduciary adjustment (Enter only if greater than zero) | ► 34 | |
| 35. Loss on sale of Connecticut state and local government bonds | ► 35 | |
| 36. Other - specify _____ | ► 36 | |
| 37. TOTAL ADDITIONS (Add Lines 30 through 36) Enter here and on Line 2 on the front of this form. | ► 37 | |

**Subtractions From Federal Adjusted Gross Income - Enter All Amounts as Positive Numbers**

| | | |
|---|---|---|
| 38. Interest on United States government obligations | ► 38 | |
| 39. Exempt dividends from certain qualifying mutual funds derived from United States government obligations | ► 39 | |
| 40. Social Security benefit adjustment (See Social Security Benefit Adjustment Worksheet, Page 18) | ► 40 | |
| 41. Refunds of state and local income taxes | ► 41 | |
| 42. Tier 1 and Tier 2 railroad retirement benefits and supplemental annuities | ► 42 | |
| 43. Shareholder's pro rata share of S corporation nonseparately computed income | ► 43 | |
| 44. Beneficiary's share of Connecticut fiduciary adjustment (Enter only if less than zero) | ► 44 | |
| 45. Gain on sale of Connecticut state and local government bonds | ► 45 | |
| 46. Other - specify (Do not include out-of-state income) _____ | ► 46 | |
| 47. TOTAL SUBTRACTIONS (Add Lines 38 through 46) Enter here and on Line 4 on the front of this form. | ► 47 | |

## SCHEDULE 2 - CREDIT FOR INCOME TAXES PAID TO QUALIFYING JURISDICTIONS

**Important: You must attach a copy of your return filed with the qualifying jurisdiction(s) or the credit will be disallowed.**

48. MODIFIED CONNECTICUT ADJUSTED GROSS INCOME (See instructions, Page 21) ► 48

FOR EACH COLUMN, ENTER THE FOLLOWING:

| | | COLUMN A | | COLUMN B | |
|---|---|---|---|---|---|
| | | Name | Code | Name | Code |
| 49. Enter qualifying jurisdiction's name and two-letter code (See instructions, Page 21) | 49 | ► | | ► | |
| 50. Non-Connecticut income included on Line 48 and reported on a qualifying jurisdiction's income tax return (Complete Schedule 2 Worksheet, Page 21) | 50 | ► | | ► | |
| 51. Divide Line 50 by Line 48 (may not exceed 1.0000) | 51 | ► | | ► | |
| 52. Income tax liability (Subtract Line 11 from Line 6; see instructions, Page 22) | 52 | ► | | ► | |
| 53. Multiply Line 51 by Line 52 | 53 | ► | | ► | |
| 54. Income tax paid to a qualifying jurisdiction (See instructions, Page 22) | 54 | ► | | ► | |
| 55. Enter the lesser of Line 53 or Line 54 | 55 | ► | | ► | |
| 56. TOTAL CREDIT (Add Line 55, all columns) Enter this amount here and on Line 7 on the front of this form. | | | | ► 56 | |

## SCHEDULE 3 - CREDIT FOR PROPERTY TAXES PAID ON YOUR PRIMARY RESIDENCE AND/OR MOTOR VEHICLE

**Failure to complete this schedule could result in the disallowance of this credit.**

| QUALIFYING PROPERTY | COLUMN A NAME OF CONNECTICUT TAX TOWN OR DISTRICT | COLUMN B DESCRIPTION OF PROPERTY If primary residence, enter street address If motor vehicle, enter year, make, and model | COLUMN C LIST OR BILL NUMBER (if available) | COLUMN D DATE PAID (See instructions, Page 23) | COLUMN E AMOUNT PAID | |
|---|---|---|---|---|---|---|
| PRIMARY RESIDENCE | Bridgeport | 1260 Capitol Avenue | — | 2000 | 57 ► | 4305 |
| AUTO 1 / MARRIED FILING JOINTLY ONLY - AUTO 2 | Bridgeport | 1999 Ford Taurus Wagon | | 11/00 7/1/00 | 58 ► | 296 |
| | | | | | 59 ► | |

| | | | |
|---|---|---|---|
| 60. TOTAL PROPERTY TAX PAID (Add all amounts for Column E) | | 60 | 4601 |
| 61. MAXIMUM PROPERTY TAX CREDIT ALLOWED | | 61 | 500 00 |
| 62. Enter the Lesser of Line 60 or Line 61. (If $100 or less, enter this amount on Line 64. If greater than $100, go to Line 63.) | | 62 | 500 |
| 63. Limitation - Enter the result from the Property Tax Credit Limitation Worksheet (See Page 25) | | 63 | |
| 64. Subtract Line 63 from Line 62. Enter here and on Line 11 on the front of this form. | | 64 | 500 |

**DECLARATION:** I declare under the penalties of false statement that I have examined this return (including any accompanying schedules and statements) and, to the best of my knowledge and belief, it is true, complete, and correct. The penalties for false statement are imprisonment not to exceed one year or a fine not to exceed two thousand dollars, or both. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Sign Here | Your Signature _Billie Washington_ | Date | Daytime Telephone Number (203) 335-2456 | May DRS contact the preparer shown below about this return? (see Page 16) ☐ Yes ☐ No |
|---|---|---|---|---|
| Keep a copy for your records. | Spouse's Signature (if joint return) | Date | Daytime Telephone Number ( ) | |
| | Paid Preparer's Signature | Date | Telephone Number ( ) | Preparer's SSN or PTIN ► |
| | Firm's Name, Address, and ZIP Code  Vita Site FF30 | | | FEIN |



February 16, 2001


Caleb M. Pilgrim
Attorney At Law
PO Box 3649
New Haven, CT 06515

Dear Attorney Pilgrim,

I will be out of town from Saturday, February 17, 2001 until Saturday, February 24, 2001. I will contact you when I return to get caught up.

Please send me a copy of my initial terms you sent to Attorney Sheahan and anything else that you've sent on my behalf. Also, would you continue to send me a copy of anything you send on my behalf and if I was not sent a copy, anything you receive on my behalf.

Thank you and I will talk with you when I return.

Yours truly,

*Lillie Washington*
Lillie Washington



March 19, 2001


Caleb M. Pilgrim
Attorney at Law
PO Box 3649
New Haven, CT 06515

Dear Attorney Pilgrim,

I faxed a letter to you dated February 16th informing you that I would be out of town and requested copies of certain documents be sent to me. I still have not received those documents. I have been trying to reach you for the past couple of weeks without success. I called you twice the week of February 26, 2001 and I called again the following week. It's now going on the fourth week since that time and I still have not heard from you. This is not the first time that I have had to call you repeatedly because you did not return my phone calls.

I am more than a little disappointed; frustrated and annoyed at the way my case is proceeding or better yet, not proceeding. I am insulted that you have not taken the time to respond to my request nor returned my phone calls, if not professional protocol, common courtesy would dictate that you do so.

My case is at a stand still and I need it to move forward. I realize that you are a one-man law office and perhaps you do not have the time to invest in my case. If this is true, please let me know now so that I can obtain another attorney. It has been almost two months since we received the right to sue letter and my case should be further along than it is.

If you would contact me ASAP, I would appreciate it.

Yours truly,

*Lillie Washington*

Lillie Washington



June 7, 2001


Caleb M. Pilgrim
Attorney at Law
PO Box 3649
New Haven, CT 06515

Dear Attorney Pilgrim,

I called you on Tuesday, May 22, 2001 and left a message, it is now Thursday, June 7, 2001 and once again you still have not returned my phone call. You told me that I had until the end of April to file my lawsuit, it is now June and I still do not know what is going on. Has my lawsuit been filed, if so, where (State and/or Federal Court), if not, why not.

In a letter to you dated March 19, 2001, I asked you, if you could not handle my case, to let me know. You did not respond. I would like to know if you are still representing me and if you are, I want to know what's gong on with my case. If you are no longer representing me I want to know that also. I can't tell you how frustrated I still am with the way my case is being handled.

I would appreciate you responding ASAP.

Yours truly,

Lillie Washington



July 16, 2001


Caleb M. Pilgrim
Attorney at Law
PO Box 3649
New Haven, CT 06515

Dear Attorney Pilgrim,

I called you on May 22, 2001 and left a message for you to return my call.  I faxed a
letter to you on June 7, 2001 and you have not responded to either.  At this point I find it
necessary to take other actions, but before I do I'm attempting to contact you once more.
I'm also attaching a copy of the letter I faxed you on June 7, 2001.

In my limited involvement with the legal profession, I have never experienced anything
like this before.  I hope to hear from you by the end of this week.

Yours truly,

Lillie Washington

/
Att.

SEND

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Received by (Please Print Clearly) | B. Date of Deliver
C. Pilgrim  7/18/01

C. Signature
X _alprogram xigning_          ☐ Agent   ☒ Addresse

1. Article Addressed to:

Atty C. Pilgrim
P.O. Box 3649
New Haven, CT 06515

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☒ Certified Mail      ☐ Express Mail
☐ Registered          ☒ Return Receipt for Merchandis
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)              ☐ Yes

2. Article Number
(Transfer from service label)   7000 1530 0003 2504 3265

PS Form 3811, March 2001          Domestic Return Receipt          102595-01-M-1

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only: No Insurance Coverage Provided)*

O F F I C I A L   U S E

| | | |
|---|---|---|
| Postage | $ | 0.34 |
| Certified Fee | | 2.10 |
| Return Receipt Fee (Endorsement Required) | | 1.50 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 3.94 |

UNIT ID: 0610

Postmark
Here
Clerk: KKTST
07/17X01

Sent To  Atty C. Pilgrim
Street, Apt. No.; or PO Box No.  P.O. Box 3649
City, State, ZIP+4  New Haven, CT  06515

PS Form 3800, May 2000          See Reverse for Instructions

7000 1530 0003 2504 3265

Number of Items Sold: 1

Thank You
Please come again!



October 28, 2002

Attorney Caleb Pilgrim
P.O. Box 3649
New Haven, CT 06515

On Thursday evening, October 24, 2002, when you informed me that you had just received a fax from Attorney Sheahan that the deposition was to be held on Tuesday, October 29, 2002, I explained that it was short notice and would be difficult for me to attend. When I spoke with you today, you informed me that the date was changed to Friday, November 1, 2002, which would be even more difficult for me.

As I explained to you, I'm in a training program for several weeks and the part that I'm taking now is regulated by the state of Connecticut. It states that I must complete 40 hours of training in each of the major topics or I will not be able to take the test to become certified. The training will end the first week of December.

If it can be postponed until that time, it would be appreciated.

Respectfully,

*Lillie Washington*
Lillie Washington

# facsimile transmittal

| To: | Attorney Pilgrim | | Fax: | (203) 387-2527 |
|---|---|---|---|---|
| From: | Lillie Washington | | Date: | 04/23/02 |
| Re: | | | Pages: | $x$ 4 |
| cc: | | | | |

☐ Urgent      ☐ For Review      ☐ Please Comment      ☐ Please Reply      ☐ Please Recycle

I'm faxing you the information listed on the letter from Peg Sheahan,
I answered the questions I could.   I'm also faxing a copy of another rejection letter
I found  and another resume, if you have to send it I would prefer you send this
one.  If you need to speak wit h me I can be reached at 402-1275.



# facsimile transmittal

| To: | Attorney Caleb Pilgrim | Fax: | 203-387-2527 |
|---|---|---|---|
| From: | Lillie Washington | Date: | 07/22/03 |
| Re: | Requested materials | Pages: | 8 |
| CC: | | | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle



**Notes:** I'm faxing my 2000, 2001 & 2002 tax returns, these are the only ones I could find. I check the address for Lackner & Associates again and it's 1030 N. State Street, Suite 18G, Chicago, IL 60610 the same address I sent to you before. I have a few questions listed, but you probably have them already. Please keep me inform.ed.

CONFIDENTIAL





November 30, 2003


Caleb M. Pilgrim
Attorney at Law
PO Box 3649
New Haven, CT 06515

Dear Attorney Pilgrim,


I am writing to you for the same reason that I've written to you in the past and to comply with
the court's demand.  If there is any information I need to know or that you are to send me, if you
could do so ASAP and if there's information that is required of me, let me know.

Also, in the letter that you sent to me dated October 28, 2003, you stated that there was a
settlement conference on December 4, 2003.  Is this conference still scheduled for that date or
has it changed.

If you would keep me informed in my case, I would appreciate it.

I remain,

Lillie Washington

/