UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JAN -8 P 5: 04

............................................

LILLIE WASHINGTON,
 Plaintiff,

v.

CENTRAL CONNECTICUT COAST
 YMCA,
  Defendant

CIVIL ACTION
NO. 3:01cv1838(MRK)

JANUARY 8, 2004

### PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff hereby objects to the defendant's motion for summary judgment dated December 5, 2003, and received in this office on December 9, 2003, on the grounds set forth in the attached Memorandum of Law, deposition transcripts, and other materials.

       THE PLAINTIFF
       LILLIE WASHINGTON

BY: _____
    CALEB M. PILGRIM
    1404 Whalley Avenue
    New Haven, CT 06515
    Tel: 203-387-2524
    Fed Bar. No. ct 14857

### CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 8th. day of January, 2004 to:

Lillie Washington
1264 Capitol Avenue
Bridgeport, CT 06606

Attorney Margaret M. Sheahan
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06601-7006

_____
Caleb M. Pilgrim