# EXHIBIT A

# CENTRAL CONNECTICUT COAST YMCA
## 2002 EXEMPT STAFF REVIEW SUPPLEMENT

<u>Not</u> *to be distributed to employee. Supplement is to be completed by supervisor after interview with employee and attached as cover page to review when submitted to Vice President for approval. All pages will be submitted to Human Resources for entry of new salary data and computation of retro pay. Supervisor may retain copy of final review in a secured branch file. Copy of each employee's Supplement with the approved salary will be sent to Executives.*

**Employee's Name** __Eileen Krause__     **Date** _____

**Title** __Chief Financial Officer__     **Branch** __Corporate__

## I. MERIT INCREASE SUMMARY

### A. Financial Performance (Check One)
*Review Financial Performance of employee and branch and check the appropriate achievement.*

|              | Employee | Branch | Merit Increase Range |       |
|--------------|----------|--------|----------------------|-------|
| Achieves Net | Yes      | Yes    | 0 – 8%               | ____  |
| Achieves Net | Yes      | No     | 0 – 5.5%             | ____  |
| Achieves Net | No       | Yes    | 0 - 3%               | ____  |
| Achieves Net | No       | No     | 0 - 1.9%             | ____  |

**B. Total Points Earned**     __75__

**C. Proposed Merit Increase**     __3.1%__

**D. Current Salary $66,900** _____     **Proposed Salary $ 69,000** _____*

*(Current Salary x % Merit) + Current Salary

_____ _[signature]_ _____ _____ _____
Executive Director   Supervisor   Vice President   Human Resources
    (If not Executive)

## II. PROPOSED TRAINING PLAN – YMCA P & P AND MANAGEMENT MODULES

Course  Masters Degree        Location _____  Date _____

Course  Presentation Skills   Location _____  Date _____

Course  _____           Location _____  Date _____

---
**Human Resource Use Only**

Received @ Corporate Office _____  Record Updated _____  Staff _____

**Calculation of Retro**

Current Per Pay Period   _____  (Current Salary/26)

Proposed Per Pay Period  _____  (Proposed Salary/26)

Retro = (Proposed Per Pay Period – Current Per Pay Period) x 2     $_____

4|24|01

Check type of change
Fill out appropriate section
All forms must be authorized

___ New Hire  1,2,3,4
___ Re Hire  1,2,3,4
X Salary Change  1,5
X Personal Information Change  1,2

___ Add a Job Code  1,3,4
___ Terminate a Job Code  1,6
___ Change Acct Nbr/PCS  1,4
___ Terminate Employee  1,6,7

**1** SSN 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  First Name Eileen  MI ___ Last Name Krause

Address _____ City _____ St ___ Zip ___ Phone _____

**2**
Home Branch Corp  Pay Frequency B  Handicapped Y/N ___
Home Dept. ___  Exempt Status E/N ___  Vietnam Vet Y/N ___
Original Hire Date ___  Full or Part Time F/P ___  Disabled Vet Y/N ___
Assoc. Hire Date ___  ERISA Eligible Y/N ___
Birth Date ___  National Class 1-4 ___
Sex M/F ___  Employee Type R,S,T ___
Race 1-5 ___  Education Level ___
Marital Status S/M ___  I-9 proof ___

Corporate Use Only
Federal W-4
State W-4
Corp Ded Codes
Time Off                    Retirement Eligible Date

**3** New Hire/Additional Job Code Justification:
Promotion to position of Chief Financial Officer

**4**
| Job Code(s) | Rate | Begin Date | Beginning Payroll # | Scheduled Hours | DPT/PCS/ACCT |
|---|---|---|---|---|---|
| | | | | | |

**5**
| | Rate Change | Job Code | # of Hours | Effective Date of Salary Change | Date of Next Review |
|---|---|---|---|---|---|
| Current | $59,000 | | | | |
| Proposed | $65,000 | | | 2/26/01 | 3/1/02 |

**6**
Terminate ☐
Inactivate ☐
| Job Code | Termination Date | Last Day Worked | Last Payroll # | Eligible for Rehire Y/N |
|---|---|---|---|---|
| | | | | |

**7**
Left with proper notice:  Yes ☐  No ☐

Is the employee currently receiving any of the following benefits?  Yes  No
Medical Insurance ☐ ☐
Retirement ☐ ☐
Vacation ☐ ☐

Reason for Termination: (circle one)
1. Accept another position
2. Dissatisfaction with position
3. Moving away from job
4. Return to school
5. Medical termination (voluntary)
6. Personal reasons
7. Leave of absence
8. Lay-off
9. Absenteeism
10. Unsatisfactory performance
11. Violation of corp. policy
12. Other (explain)

Is Exit Interview Form attached?  Yes ☐  No ☐

| Supervisor | Date | Executive Director | Date | Payroll/HR | Entry Complete |
|---|---|---|---|---|---|
| | | [signature] | 2/23/01 | | 4/2/01 |

# Central Connecticut Coast YMCA
## Personnel Information Form

Effective Date: 1/01

| Check type of change | | |
|---|---|---|
| Fill out appropriate section | ___ New Hire | 1,2,3,4 |
| All forms must be authorized | ___ Re Hire | 1,2,3,4 |
| | X Salary Change | 1,5 |
| | ___ Personal Information Change | 1,2 |

| | |
|---|---|
| ___ Add a Job Code | 1,3,4 |
| ___ Terminate a Job Code | 1,6 |
| ___ Change Acct Nbr/PCS | 1,4 |
| ___ Terminate Employee | 1,6,7 |

**1.** SSN 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  First Name: Eileen  MI: G  Last Name: Krause

Address: _____  City: _____  St: ___  Zip: ___  Phone: ___

- Home Branch: ___
- Home Dept: ___
- Original Hire Date: ___
- Assoc. Hire Date: ___
- Birth Date: ___
- Sex M/F: ___
- Race 1-5: ___
- Marital Status S/M: ___

- Pay Frequency: 8
- Exempt Status E/N: ___
- Full or Part Time F/P: ___
- ERISA Eligible Y/N: ___
- National Class 1-4: ___
- Employee Type R,S,T: ___
- Education Level: ___
- I-9 proof: ___

- Handicapped Y/N: ___
- Vietnam Vet Y/N: ___
- Disabled Vet Y/N: ___

**Corporate Use Only**
- Federal W-4
- State W-4
- Corp Ded Codes
- Time Off        Retirement Eligible Date

New Hire/Additional Job Code Justification:

3

@ 3½ pp Retro
New 2,269
Old 1,981
288 × 3.5 pp = $1,008

**3.** | Job Code(s) | Rate | Begin Date | Beginning Payroll # | Scheduled Hours | OPT/PCS/ACCT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

**4.** | | Rate Change | Job Code | # of Hours | Effective Date of Salary Change | Date of Next Review |
|---|---|---|---|---|---|
| Current | $51,500 | | | | |
| Proposed | $59,000 | | | | |

**5.** | | Job Code | Termination Date | Last Day Worked | Last Payroll # | Eligible for Rehire Y/N |
|---|---|---|---|---|---|
| Terminate | | | | | |
| Inactivate | | | | | |

Left with proper notice:  Yes [ ]  No [ ]

Is the employee currently receiving any of the following benefits?   Yes   No
- Medical Insurance  [ ]  [ ]
- Retirement         [ ]  [ ]
- Vacation           [ ]  [ ]

Reason for Termination: (circle one)
1. Accept another position
2. Dissatisfaction with position
3. Moving away from job
4. Return to school
5. Medical termination (voluntary)
6. Personal reasons
7. Leave of absence
8. Lay-off
9. Absenteeism
10. Unsatisfactory performance
11. Violation of corp. policy
12. Other (explain)

Is Exit Interview Form attached?   Yes [ ]  No [ ]

| | Date | Executive Director | Date | Payroll/HR | | Entry Complete |
|---|---|---|---|---|---|---|

### D. Marketing and Communications

GOAL: A COMMUNICATIONS PLAN THAT ENHANCES THE COMMUNITIES UNDERSTANDING OF THE Y AS A VALUABLE ASSET

GREAT Y STANDARD: COMMUNITY WIDE IMAGE CAMPAIGN; Y STAFF ARE KNOWN AND RESPECTED IN COMMUNITY

Goal: Work with MIS consultant to ensure proper reports are completed timely and accurately and to ensure the set up of the internet access.

As of 12/31/00 the corporate office and two branches have been networked to the AS 400 using DSL lines. The LWTFPC and Bridgeport branches are set up and using the point of sale software. All branches will eventually be networked with PC's, to utilize the Internet and the point of sale capabilities.

Points: 2/3

### E. Governance

GOAL: MOTIVATE DIVERSE VOLUNTEERS TO ACT AS COMMUNITY ADVOCATES; FUND RAISERS AND TO STRENGTHEN MISSION

GREAT Y STANDARD: VOLUNTEERS KNOWN AND RESPECTED IN COMMUNITY; 12 MO.CYCLE OF VOLUNTEER DEVELOPMENT

Goal: Finance Committee – Maintain and report on the Stratford, Milford/Orange and SACDC branches.

Attends all finance committee meetings and reports on assigned branches along with the Hi-Rock, New Haven and Soundview branches.

Goal: Audit Committee – Supervise the annual audit process. Communicate with auditors. Complete and receive approval from the audit committee in time to have the final report presented at the July 2000 Board retreat. File the appropriate reports with the State Dept. of Consumer Protection with Mass and Conn.

Last years audit (1999) the association decided to put the audit out for bid. The two firms who were interested were McGladery & Pullan and Whittlesey & Hadley. Working with the Audit Committee the firm of Whittlesey & Hadley was chosen. All information the auditors requested was available at the time of the audit. The audit was performed in May, with an initial presentation to the CEO and VP/CFO in early July. Any changes were made and the reports finalized in time to be presented at the Board Retreat. The new auditors filed the reports to the Dept of Consumer Protection for Mass and Conn on behalf of the Association.

Points; 2/3

### F. Physical Resources

GOAL: MAINTAIN CLEAN, SAFE AND APPROPRIATELY EQUIPPED FACILITIES

GREAT Y STANDARD: FACILITIES EXCEED MEMBER EXPECTATIONS, UPDATED ANNUALLY; INNOVATIVE FACILITIES ADDED

### III. General Responsibilities
AWARD UP TO THREE POINTS PER RESPONSIBILITY, FOR A TOTAL OF SIX.

**A. Branch Goals and Objectives:** DESCRIBE HOW INDIVIDUAL HAS CONTRIBUTED TO OVERALL SUCCESS OF THE BRANCH OPERATIONS, GOALS AND OBJECTIVES. FOR BRANCH EXECUTIVES, DESCRIBE HOW THE BRANCH HAS MET THE CCC YMCA GREAT YMCA STANDARDS FOR INTERNATIONAL PROGRAMMING.

**B. Association Goals and Objectives:** DESCRIBE HOW INDIVIDUAL HAS CONTRIBUTED TO OVERALL SUCCESS OF THE ASSOCIATIONS OPERATIONS, GOALS AND OBJECTIVES.

### IV. Summary of Annual Performance

### V. Goals for 2001
(FOCUS ON, BUT NOT LIMITED TO, HELPING THE CCC YMCA GAIN A PROGRAM FOCUS WITH KIDS OR FAMILIES, HAVE STAFF BECOME MORE KNOWN AND RESPECTED, VOLUNTEER RECRUITMENT AND TRAINING EFFORT, INCREASE ANNUAL GIVING CAMPAIGN BY MOVING MEMBERS TO DONORS AND ENHANCING COMMUNITIES UNDERSTANDING OF THE YMCA AS A VALUABLE ASSET.)

### VII. Training and Development Plan for 2001

_____        _____
Employee                          Supervisor

COMPLETED **AFTER** INTERVIEW WITH EMPLOYEE: Based upon my review and evaluation of the Goals, Strategies, and Job performance areas, I recommend a salary increment of:

_____ %           New Salary  $59,000

_____         _____         _____
Supervisor                      Branch Executive                Human Resources

Addendum A

# Central Connecticut Coast YMCA — Exempt Staff Financial Review Sheet

## A. Overall Budget Performance (for District, Branch or departments)

| | Revenue | Expense | Net |
|---|---|---|---|
| 2000 Actual | 291,800 (took out Dev Fee) | 241,753 | 50,047 |
| 1999 Actual | | | |
| 1998 Actual | | | |

## B. Revenue Growth (1998 actual compared with 2000 actual)

| | 1998 Actual | 1999 Actual | 2000 Actual |
|---|---|---|---|
| Branch/Dept | | | |
| Branch/Dept | | | |
| Branch/Dept | | | |
| Branch/Dept | | | |
| Totals | | | |

Percent Growth        (1998 to 1999 - 1 yr)   (1998 to 2000 - 2 yr)

## C. New Revenue Production

(2000 New Revenue *from Programs new or greatly enhanced since June, 1999*)

| | Program Name | Total 1998 New Revenue | % Growth in Dept |
|---|---|---|---|
| Program/Dept | | | |
| Program/Dept | | | |
| Program/Dept | | | |
| Program/Dept | | | |
| Program/Dept | | | |
| Totals | | | |

Total Growth

Total 2000 Dept/Branch Revenue    Total new Dept/Branch Revenue    Total % New Revenue

Addendum B

## Central Connecticut Coast YMCA
### Worksheet and Guidelines for Evaluating Exempt Employees

| Major Areas of Evaluation | Distinguished | Commendable | Competent | Fair | Marginal |
|---|---|---|---|---|---|
| **I. Contribution to YMCA Goals** (circle one number) | | | Total Points Awarded _____ | | |
| A. Building Strong Kids | | | | | |
| B. Building Strong Families | | | | | |
| C. Building Strong Communities | | | | | |
| D. Member Satisfaction | 24 | 20 | 16 or 12 | 8 or 4 | 0 |
| **II. Contribution to fulfillment of YMCA Strategies** (circle one number) | | | Total Points Awarded _____ | | |
| A. Human Resources | | | | | |
| B. Financial Development | | | | | |
| C. Financial Management | 6 | 5 | 4 | 2 | 0 |
| D. Marketing and Communications | 6 | 5 | 4 | 2 | 0 |
| E. Governance | 6 | 5 | 4 | 2 | 0 |
| F. Physical resources | | | | | |
| **III. General Responsibilities** | | | Total Points Awarded _____ | | |
| A. Branch Goals | 3 | 2.5 | 2 | 1 | 0 |
| B. Association Goals | 3 | 2.5 | 2 | 1 | 0 |

_____ Financial Threshold Met, and Total of Points Awarded above equals _____

_____ Financial Threshold Not Met. Salary increment limited to 0 - 1.9%

| Increase Guide | Increment | Standard |
|---|---|---|
| Distinguished | 8 - 10% | The staff member has met net income goals, and has earned between 41 and 48 points when measuring the objectives established with goals, strategies and general job description areas. |
| Commendable | 5 - 7% | The staff member has met net income goals, and has earned between 33 and 40 points when measuring the objectives established within goals, strategies and general job description areas. |
| Competent | 2 - 4% | The staff member has met net income goals, and has earned between 23 and 32 points when measuring the objectives established within goals, strategies and general job description areas. |
| Fair | 0 - 1.9% | The staff member may have met net income goals, and has earned between 12 and 22 points when measuring the objectives established within goals, strategies and general job description areas. |

| | | |
|---|---|---|
| **Marginal** | 0% | The staff member has not met net income goals and has earned 11 or less points when measuring the objectives established within goals, strategies and general job description areas.. No salary increase will be awarded. |

| Check type of change | ___ New Hire | 1,2,3,4 | ___ Add a Job Code | 1,3,4 |
| Fill out appropriate section | ___ Re Hire | 1,2,3,4 | ___ Terminate a Job Code | 1,6 |
| All forms must be authorized | ✓ Salary Change | 1,5 | ___ Change Acct Nbr/PCS | 1,4 |
| | ___ Personal Information Change | 1,2 | ___ Terminate Employee | 1,6,7 |

**1** SSN 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  First Name: Eileen  MI: G  Last Name: Krause

Address _____ City _____ St ___ Zip ___ Phone ___

**2**
- Home Branch ___  Pay Frequency: B
- Home Dept. ___  Exempt Status E/N ___
- Original Hire Date ___  Full or Part Time F/P ___
- Assoc. Hire Date ___  ERISA Eligible Y/N ___
- Birth Date ___  National Class 1-4 ___
- Sex M/F ___  Employee Type R,S,T ___
- Race 1-5 ___  Education Level ___
- Marital Status S/M ___  I-9 proof ___

- Handicapped Y/N ___
- Vietnam Vet Y/N ___
- Disabled Vet Y/N ___

Corporate Use Only
- Federal W-4
- State W-4
- Corp Ded Codes
- Time Off
- Retirement Eligible Date

**3** New Hire/Additional Job Code Justification:

9/98 Review - 7% Raise
2.5 PP Retro

**4**
| Job Code(s) | Rate | Begin Date | Beginning Payroll # | Scheduled Hours | DPT/PCS/ACCT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

**5**
| | Rate Change | Job Code | # of Hours | Effective Date of Salary Change | Date of Next Review |
|---|---|---|---|---|---|
| Current | 44,500 | 31051-001 | 40 | 9-1 PP | 9/99 |
| Proposed | 47,750 | | | | |

**6**
| | Job Code | Termination Date | Last Day Worked | Last Payroll # | Eligible for Rehire Y/N |
|---|---|---|---|---|---|
| Terminate ☐ | | | | | |
| Inactivate ☐ | | | | | |

**7** Left with proper notice: ☐ Yes ☐ No

Reason for Termination: (circle one)
1. Accept another position   2. Dissatisfaction with position
3. Moving away from job   4. Return to school
5. Medical termination (voluntary)   6. Personal reasons
7. Leave of absence   8. Lay-off
9. Absenteeism   10. Unsatisfactory performance
11. Violation of corp. policy   12. Other (explain)

Is the employee currently receiving any of the following benefits?
| | Yes | No |
|---|---|---|
| Medical Insurance | ☐ | ☐ |
| Retirement | ☐ | ☐ |
| Vacation | ☐ | ☐ |

Is Exit Interview Form attached?  ☐ Yes  ☐ No

| Supervisor | Date | Executive Director | Date | Payroll/HR | Entry Complete |
|---|---|---|---|---|---|
| HEB | 9/98 | HEB | | HES 10/4/98 | |

## II. Contribution to fulfillment of YMCA Strategies

(STATE YOUR RESPONSIBILITY FOR EACH STRATEGY; ACTION STEPS TAKEN AND THE RESULTS ACHIEVED IN BOTH QUANTITATIVE AND QUALITATIVE TERMS. AWARD UP TO THREE POINTS PER STRATEGY, FOR A TOTAL OF EIGHTEEN.

### A. Human Resources

GOAL: RECRUIT AND MAINTAIN A DIVERSE, WELL TRAINED AND HIGHLY QUALIFIED CORPS OF STAFF
GREAT Y STANDARD: 80% RETENTION OF KEY 20% OF STAFF; Y STAFF ARE TRAINED; NOTABLE DIVERSITY EFFORTS

Eileen has taken over supervision responsibilities of 2 additional Corporate Business staff over the year – Grant Accountant and Income/MIS Accountant. She has implemented cross training efforts (P/R and A/P) to ensure full coverage. Eileen has begun to work with each staff member to improve their training and productivity. She is beginning to address team work and Association responsibilities.

Points: 4/6

### B. Financial Development

GOAL: INCREASE ANNUAL GIVING CAMPAIGN; GOVERNMENT AND FOUNDATION GRANTS; CAPITAL AND ENDOWMENT EFFORT
GREAT Y STANDARD: REVENUE COMES FROM AGC - 15% AND PUBLIC SUPPORT - 30%; 25% OF MEMBERS ARE DONORS

NOT APPLICABLE

### C. Financial Management

GOAL: BUDGET PROVIDES CAPITAL FOR PROGRAM DEVELOPMENT; FACILITY MAINTENANCE; DEPRECIATION AND CASH FLOW
GREAT Y STANDARD: BUDGET FULL DEPRECIATION; 12% REVENUE GROWTH; 15% OF REVENUE FROM NEW PROGRAMS

Over the year, Eileen has taken on new responsibilities in financial management and has had commendable results. Specifically, Eileen took on the month-end report responsibility. After just two months, she brought the YMCA back on track of producing month-end reports by the 5th business day.
Eileen also took on the year-end and audit leadership responsibility at the last minute. She was handed the job at the end of December and quickly learned what was needed and lead the staff team to meet new, aggressive deadlines. Eileen also worked with the auditors, ensuring that necessary information was given to them almost always on time. The result of these efforts was a timely audit report. Without Eileen's leadership in this area, and the staffing situation, the audit would not have been completely as timely or as cost effectively.
Issues that Eileen has begun to address include: general ledger accuracy, timely reporting of grants, monthly bank reconciliations, SACDC month-end and year-end reports.
Payroll and quarterly tax returns have all been done accurately and timely.

Points: 5/6

### D. Marketing and Communications

GOAL: A COMMUNICATIONS PLAN THAT ENHANCES THE COMMUNITIES UNDERSTANDING OF THE Y AS A VALUABLE ASSET
GREAT Y STANDARD: COMMUNITY WIDE IMAGE CAMPAIGN; Y STAFF ARE KNOWN AND RESPECTED IN COMMUNITY

MIS: Eileen was given the MIS responsibility as of August, 1998 with the Corporate Office restructuring. After one month, Eileen has hired an MIS consultant, developed a Year 2000 plan to be implemented by the end of October, 1998, and has begun working on an overall MIS plan which will address Association needs.

Points: 2.5/3

### E. Governance

GOAL: MOTIVATE DIVERSE VOLUNTEERS TO ACT AS COMMUNITY ADVOCATES; FUND RAISERS AND TO STRENGTHEN MISSION
GREAT Y STANDARD: VOLUNTEERS KNOWN AND RESPECTED IN COMMUNITY; 12 MO. CYCLE OF VOLUNTEER DEVELOPMENT

Eileen has begun working with two Association Committees. She attended the audit committee meetings and was introduced to the volunteers and the committee process. She has attended the Finance Committee meetings for the past five months and has helped prepare monthly reports for the committee. She also has taken on the minutes-taken function, which was a request of the committee. Eileen provides good input at the committee meetings. I would like to see become more involved in these two committees.

Points: 2.5/3

### F. Physical Resources

GOAL: MAINTAIN CLEAN, SAFE AND APPROPRIATELY EQUIPPED FACILITIES
GREAT Y STANDARD: FACILITIES EXCEED MEMBER EXPECTATIONS, UPDATED ANNUALLY; INNOVATIVE FACILITIES ADDED

NOT APPLICABLE

- ☺ Supervise GFK to ensure bank reconciliations are done monthly
- ☺ Supervise Michele P to ensure grant status reports are completely monthly and given to branches (school readiness) and grant audit report is completed twice a year (6/30 and 12/31)
- ☺ Supervise MRM to reduce mistakes for branches' income sheets
- ☺ Provide leadership and training to Administrative Team. Attend meetings.
- ☺ Provide Association leadership to Corporate staff, including encouraging and supporting Association and branch events

Financial Management (6 points):
- ☺ YMCA financial reports are completed, in branch mailboxes, and submitted to HLB and DKL by 5th business day after monthend
- ☺ SACDC financial reports are completed, in SACDC mailbox, and submitted to HLB by 7th business day after monthend
- ☺ Yearend and audit are completed within established timeline for both YMCA and SACDC. Yearend completed by the January 1999 Finance Committee. Department of Consumer Protection filed with State on time.
- ☺ Take on responsibility of the following accounts in the Corporate Office budget for the 1998 budget: 2441, 2499, 2510, 2610, 2710, 2720, 2920, 3271, and 3750

Governance (6 points):
- ☺ Attend all Finance Committee meetings. Maintain minutes function. Provide information as necessary. Provide reports of branch audits quarterly.
- ☺ Audit Committee: Assist in scheduling meetings; provide reports of branch audits at audit completion.

## VII. Training and Development Plan for 1998 - 1999

- ✓ Continue involvement with APD
- ✓ Begin taking classes towards financial degree
- ✓ Begin YMCA Senior Director tract – beginning with P &P (after determining YMCA career goals)
- ✓ Other trainings as deemed necessary for Finance Director position

_____   _____
Employee                    Supervisor

COMPLETED **AFTER** INTERVIEW WITH EMPLOYEE: Based upon my review and evaluation of the Goals, Strategies, and Job performance areas, I recommend a salary increment of:

_____7_____%        New Salary _____

_____   _____   _____
Supervisor                  Branch Executive             Human Resources

Addendum A

## Central Connecticut Coast YMCA — Exempt Staff Financial Review Sheet

**A. Overall Budget Performance** (for District, Branch or departments)

|  | Revenue | Expense | Net |
|---|---|---|---|
| 1998 Forecast | Not Applicable | | |
| 1997 Actual | | | |
| 1996 Actual | | | |

**B. Revenue Growth** (1996 actual compared with 1998 forecast)

|  | 1996 Actual | 1997 Actual | 1998 Forecast |
|---|---|---|---|
| Branch/Dept | Not Applicable | | |
| Branch/Dept | | | |
| Branch/Dept | | | |
| Branch/Dept | | | |
| Branch/Dept | | | |
| Totals | | | |

Percent Growth

|  | (1996 to 1997 - 1 yr) | (1996 to 1998 - 2 yr) |
|---|---|---|
| | | |

**C. New Revenue Production**
(1998 Forecasted New Revenue *from Programs new or greatly enhanced since June, 1997*)

|  | Program Name | Total 1998 New Revenue | % Growth in Dept |
|---|---|---|---|
| Program/Dept | Not Applicable | | |
| Program/Dept | | | |
| Program/Dept | | | |
| Program/Dept | | | |
| Program/Dept | | | |
| Totals | | | |

Total Growth

| Total 1998 Dept/Branch Revenue | Total new Dept/Branch Revenue | Total % New Revenue |
|---|---|---|
| | | |

## Central Connecticut Coast YMCA
### Worksheet and Guidelines for Evaluating Exempt Employees

| Major Areas of Evaluation | Distinguished | Commendable | Competent | Fair | Marginal |
|---|---|---|---|---|---|
| **I. Contribution to YMCA Goals** (circle one number) | | | Total Points Awarded __20__ | | |
| A. Building Strong Kids | Not Applicable | | | | |
| B. Building Strong Families | Not Applicable | | | | |
| C. Building Strong Communities | Not Applicable | | | | |
| D. Member Satisfaction | 24 | (20) | 16 or 12 | 8 or 4 | 0 |
| **II. Contribution to fulfillment of YMCA Strategies** (circle one number) | | | Total Points Awarded __14__ | | |
| A. Human Resources | 6 | 5 | (4) | 2 | 0 |
| B. Financial Development | Not Applicable | | | | |
| C. Financial Management | 6 | (5) | 4 | 2 | 0 |
| D. Marketing and Communications | 3 | (2.5) | 2 | 1 | 0 |
| E. Governance | 3 | (2.5) | 2 | 1 | 0 |
| F. Physical resources | Not Applicable | | | | |
| **III. General Responsibilities** | | | Total Points Awarded __4.5__ | | |
| A. Branch Goals | 3 | (2.5) | 2 | 1 | 0 |
| B. Association Goals | 3 | 2.5 | (2) | 1 | 0 |

__X__ Financial Threshold Met, and Total of Points Awarded above equals __38.5__

____ Financial Threshold Not Met. Salary increment limited to 0 - 1.9%

| Increase Guide | Increment | Standard |
|---|---|---|
| Distinguished | 8 - 10% | The staff member has met net income goals, and has earned between 41 and 48 points when measuring the objectives established with goals, strategies and general job description areas. |
| Commendable | 5 - 7% | The staff member has met net income goals, and has earned between 33 and 40 points when measuring the objectives established within goals, strategies and general job description areas. |
| Competent | 2 - 4% | The staff member has met net income goals, and has earned between 23 and 32 points when measuring the objectives established within goals, strategies and general job description areas. |
| Fair | 0 - 1.9% | The staff member may have met net income goals, and has earned between 12 and 22 points when measuring the objectives established within goals, strategies and general job description areas. |
| Marginal | 0% | The staff member has not met net income goals and has earned 11 or less points when measuring the objectives established within goals, strategies and general job description areas.. No salary increase will be awarded. |

# Central Connecticut Coast YMCA — Personnel Information Form

Effective Date: 8-3-98

Check type of change — Fill out appropriate section — All forms must be authorized

- ___ New Hire — 1,2,3,4
- ___ Re Hire — 1,2,3,4
- ✓ Salary Change — 1,5
- ___ Personal Information Change — 1,2
- ___ Add a Job Code — 1,3,4
- ___ Terminate a Job Code — 1,6
- ___ Change Acct Nbr/PCS — 1,4
- ___ Terminate Employee — 1,6,7

**1** SSN 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  First Name: Eileen  MI: G  Last Name: Krause

Address: 140 Spring St  City: Stratford  St: CT  Zip: 06497  Phone: ___

**2**
- Home Branch: ___
- Home Dept.: ___
- Original Hire Date: ___
- Assoc. Hire Date: ___
- Birth Date: ___
- Sex M/F: ___
- Race 1-5: ___
- Marital Status S/M: ___
- Pay Frequency: B
- Exempt Status E/N: ___
- Full or Part Time F/P: ___
- ERISA Eligible Y/N: ___
- National Class 1-4: ___
- Employee Type R,S,T: ___
- Education Level: ___
- I-9 proof: ___
- Handicapped Y/N: ___
- Vietnam Vet Y/N: ___
- Disabled Vet Y/N: ___

Corporate Use Only: Federal W-4, State W-4, Corp Ded Codes, Time Off, Retirement Eligible Date

**3** New Hire/Additional Job Code Justification:
Add'l Responsibility: Supervise MIS Function of Association See Attached Job Descript.

**4** Job Code(s) | Rate | Begin Date | Beginning Payroll # | Scheduled Hours | DPT/PCS/ACCT

**5** Rate Change

| | Rate Change | Job Code | # of Hours | Effective Date of Salary Change | Date of Next Review |
|---|---|---|---|---|---|
| Current | $42,500 | | 40 | 8-3-98 | 9/98 |
| Proposed | $44,500 | same | 40 | 8-3-98 | 9/98 |

**6** Terminate ☐  Inactivate ☐ — Job Code | Termination Date | Last Day Worked | Last Payroll # | Eligible for Rehire Y/N

**7** Left with proper notice: Yes ☐ No ☐

Is the employee currently receiving any of the following benefits? Yes / No
- Medical Insurance
- Retirement
- Vacation

Reason for Termination: (circle one)
1. Accept another position
2. Dissatisfaction with position
3. Moving away from job
4. Return to school
5. Medical termination (voluntary)
6. Personal reasons
7. Leave of absence
8. Lay-off
9. Absenteeism
10. Unsatisfactory performance
11. Violation of corp. policy
12. Other (explain)

Is Exit Interview Form attached? Yes ☐ No ☐

| Supervisor | Date | Executive Director | Date | Payroll/HR | Entry Complete |
|---|---|---|---|---|---|
| [signed] | 9/9/98 | [signed] | 9/9/98 | [signed] | 8/10/98 |

**Central Connecticut Coast YMCA**
**Corporate Office**
**Position Description**

| | | | |
|---|---|---|---|
| Title: | **Finance Director** | Date: | August 3, 1998 |
| Reports To: | Vice President of Operations | Incumbent: | Eileen G. Krause |

## GENERAL FUNCTION:

Under the direction of the Vice President of Operations, the Finance Director is responsible for the supervision of the finance and MIS departments of the Corporate Office, including Income, G/L, A/P, P/R, granting reporting, and MIS functions of the YMCA. The Finance Director is also responsible for the accounting and reporting of Shore Area Community Development Corporation and related entities.

## KNOW HOW:

A bachelor's degree is required. A minimum of four years prior experience in general ledger, accounts payable, payroll, cash reconciliation systems and governmental tax required. A minimum of four years supervisory experience also required. Non-profit accounting and grant experience beneficial. Must have a working knowledge of a spreadsheet software application. Good human relation skills are necessary.

## PRINCIPLE ACTIVITIES:

1. Supervise the general ledger function of the Association to ensure all transactions are recorded accurately and timely
2. Supervise the MIS Director in income and MIS functions for the YMCA, including development and appropriate utilization of AS400 (or chosen) system, applicable branch and corporate office training, and cash receipting functions
3. Supervise the Grant Accountant to ensure that grant documentation is complete and accurate that all required reports are filed on a timely basis, and that proper records are prepared for the annual audit
4. Supervise the accounting and reporting of Shore Area Community Development Corporation and related entities, including CHFA reports
5. Supervise the A/P accountant in the operations of the A/P function including the training and communication with each of the branches. Ensure that all A/P transactions have proper backup and authorization as outlined by YMCA policy
6. Under direction of the Vice President of Operations, manage cash flow process, ensuring uninterrupted operations of the branches
7. Supervise the payroll accountant in the operations of the payroll department, the bi-weekly generation of payroll checks, and the accurate and confidential record keeping to comply with YMCA policy, state and federal laws.
8. Ensure that all payroll tax information is correct, all quarterly and annual tax transmittals (magnetic media) for state and federal agencies are filed appropriately, and W-2 distribution is done accurately and timely. Quarterly tax returns include:
    State Sales Tax returns – all branches
    Room Occupancy tax return
    UC-2 Connecticut
    Multiple work site report – Mass
    Health Insurance Quarterly Contribution Report – Mass
    941 Employer Quarterly Federal Tax Report
    CT 941 – Connecticut Income Tax Report
    MA 941 – Mass Income Tax Report