# EXHIBIT B

# Central Connecticut Coast YMCA
## Personnel Information Form

Effective Date: 9/1/99

Check type of change
Fill out appropriate section
All forms must be authorized

- ___ New Hire — 1,2,3,4
- ___ Re Hire — 1,2,3,4
- ✓ Salary Change — 1,5
- ___ Personal Information Change — 1,2

- ___ Add a Job Code — 1,3,4
- ___ Terminate a Job Code — 1,6
- ___ Change Acct Nbr/PCS — 1,4
- ___ Terminate Employee — 1,6,7

**1** SSN ___-___-___ First Name: Lillie  MI ___ Last Name: Washington

Address _____ City _____ St ___ Zip ___ Phone ___

**2**
- Home Branch ___
- Home Dept. ___
- Original Hire Date ___
- Assoc. Hire Date ___
- Birth Date ___
- Sex M/F ___
- Race 1-5 ___
- Marital Status S/M ___

- Pay Frequency: B
- Exempt Status E/N ___
- Full or Part Time F/P ___
- ERISA Eligible Y/N ___
- National Class 1-4 ___
- Employee Type R,S,T ___
- Education Level ___
- I-9 proof ___

- Handicapped Y/N ___
- Vietnam Vet Y/N ___
- Disabled Vet Y/N ___

**Corporate Use Only**
- Federal W-4
- State W-4
- Corp Ded Codes
- Time Off
- Retirement Eligible Date

**3** New Hire/Additional Job Code Justification:
~~3 PAY PERIODS RETRO~~
Retro to 9/1/99
HB

| Job Code(s) | Rate | Begin Date | Beginning Payroll # | Scheduled Hours | DPT/PCS/ACCT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

**5**
| | Rate Change | Job Code | # of Hours | Effective Date of Salary Change | Date of Next Review |
|---|---|---|---|---|---|
| Current | | | | | |
| Proposed | ~~$42,000~~ $42,400 | | 40 | 9-1-99 | |

**6** Terminate ☐  Inactivate ☐

| Job Code | Termination Date | Last Day Worked | Last Payroll # | Eligible for Rehire Y/N |
|---|---|---|---|---|
| | | | | |

**7** Left with proper notice: Yes ☐ No ☐

Is the employee currently receiving any of the following benefits?
- Medical Insurance — Yes ☐ No ☐
- Retirement — Yes ☐ No ☐
- Vacation — Yes ☐ No ☐

Reason for Termination: (circle one)
1. Accept another position
2. Dissatisfaction with position
3. Moving away from job
4. Return to school
5. Medical termination (voluntary)
6. Personal reasons
7. Leave of absence
8. Lay-off
9. Absenteeism
10. Unsatisfactory performance
11. Violation of corp. policy
12. Other (explain)

Is Exit Interview Form attached? Yes ☐ No ☐

| Supervisor | Date | Executive Director | Date | Payroll/HR | Entry Complete |
|---|---|---|---|---|---|
| HB | | | | HB 9-2-03 | 9/16/03 |

## II. Contribution to fulfillment of YMCA Strategies

(STATE YOUR RESPONSIBILITY FOR EACH STRATEGY; ACTION STEPS TAKEN AND THE RESULTS ACHIEVED IN BOTH QUANTITATIVE AND QUALITATIVE TERMS. AWARD UP TO THREE POINTS PER STRATEGY, FOR A TOTAL OF EIGHTEEN.

### A. Human Resources

GOAL: RECRUIT AND MAINTAIN A DIVERSE, WELL TRAINED AND HIGHLY QUALIFIED CORPS OF STAFF
GREAT Y STANDARD: 80% RETENTION OF KEY 20% OF STAFF; Y STAFF ARE TRAINED; NOTABLE DIVERSITY EFFORTS

**Goal: Develop workers compensation staff committee with insurance company. Meet at least three times**
A workers compensation staff committee has not yet been developed and hasn't met.

**Goal: Ensure employment openings are listed with State of CT (100% of exempt, 80% full-time, 50% part-time)**
Lillie has listed 100% of exempt openings, 100% of full-time openings, and 50% of part-time positions with the State of CT. She has found it difficult getting information from branches for part-time positions. Sometimes, she finds job openings in the paper and then contacts branches for information in order to file with the State.

**Goal: Provide leadership and support to branches with timely and accurate information**
Lillie has made an effort to be available to all branches. Although not always at the Corporate Office, she has a beeper and answers pages quickly. She has made an effort to ensure that she returns phone calls on a timely basis and gives answers quickly.

**Goal: Provide supervision and training to receptionist. Ensure good telephone answering system and timely and accurate paperwork**
The receptionist position has been a struggle. The incumbent has had issues with timeliness of answering, personal phone calls, sick time, work load capability, etc. Lillie needs to address these issues and determine the long-term solution.

POINTS: 4.5/7

### B. Financial Development

GOAL: INCREASE ANNUAL GIVING CAMPAIGN; GOVERNMENT AND FOUNDATION GRANTS; CAPITAL AND ENDOWMENT EFFORT
GREAT Y STANDARD: REVENUE COMES FROM AGC - 15% AND PUBLIC SUPPORT - 30%; 25% OF MEMBERS ARE DONORS

NOT APPLICABLE

### C. Financial Management

GOAL: BUDGET PROVIDES CAPITAL FOR PROGRAM DEVELOPMENT; FACILITY MAINTENANCE; DEPRECIATION AND CASH FLOW
GREAT Y STANDARD: BUDGET FULL DEPRECIATION; 12% REVENUE GROWTH; 15% OF REVENUE FROM NEW PROGRAMS

**Goal: Monthly HR bills (u/c, health, etc) to A/P by the 10th day of the month and retirement by last day of the month.**
Monthly health bills have been given to the business office after the first payroll of the month. Retirement bills have been given after the last payroll of the month. This was done on time, as soon as applicable information was available.

POINTS: 4/4

### D. Marketing and Communications

GOAL: A COMMUNICATIONS PLAN THAT ENHANCES THE COMMUNITIES UNDERSTANDING OF THE Y AS A VALUABLE ASSET
GREAT Y STANDARD: COMMUNITY WIDE IMAGE CAMPAIGN; Y STAFF ARE KNOWN AND RESPECTED IN COMMUNITY

NOT APPLICABLE

### E. Governance

GOAL: MOTIVATE DIVERSE VOLUNTEERS TO ACT AS COMMUNITY ADVOCATES; FUND RAISERS AND TO STRENGTHEN MISSION
GREAT Y STANDARD: VOLUNTEERS KNOWN AND RESPECTED IN COMMUNITY; 12 MO.CYCLE OF VOLUNTEER DEVELOPMENT

**Goal: Re-develop Personnel Committee with HLB, including obtaining at least 5 volunteer members, developing a yearly plan, revising personnel policy to include all employees and have approved by Corporate Board of Directors, and begin process of developing Salary Administration Plan for full-time and part-time employees (work towards Corporate Board Approval by April, 2000)**
The Personnel Committee is in its development stages. It was formed late in the year and currently has three members. It's two meetings had 3 and 2 volunteers attending. The committee has started working on the Hourly staff Salary Administration Plan and the Personnel Policy for all staff.

POINTS: 4.5/7

### F. Physical Resources
GOAL: MAINTAIN CLEAN, SAFE AND APPROPRIATELY EQUIPPED FACILITIES
GREAT Y STANDARD: FACILITIES EXCEED MEMBER EXPECTATIONS, UPDATED ANNUALLY; INNOVATIVE FACILITIES ADDED

NOT APPLICABLE

### III. General Responsibilities
AWARD UP TO THREE POINTS PER RESPONSIBILITY, FOR A TOTAL OF SIX.

**A. Branch Goals and Objectives:** DESCRIBE HOW INDIVIDUAL HAS CONTRIBUTED TO OVERALL SUCCESS OF THE BRANCH OPERATIONS, GOALS AND OBJECTIVES.
Over the year, Lillie has participated in staff after hours functions.

POINTS: 2.5/3

**B. Association Goals and Objectives:** DESCRIBE HOW INDIVIDUAL HAS CONTRIBUTED TO OVERALL SUCCESS OF THE ASSOCIATIONS OPERATIONS, GOALS AND OBJECTIVES.
Lillie has contributed to Association goals by: attending PALS graduation, attending Board Development Trainings, annual dinner, day of caring, Stratford Carnival, personnel section of Administration team, organized a retirement meeting for CCC YMCA and other YMCA's in region, STAR team participation.

POINTS: 3/3

### IV. Summary of Annual Performance
Lillie has worked hard to continue to develop the Human Resources Department. She has provided necessary information and support to branches in dealing with HR issues. New endeavors such as the CCC Y orientation, personnel committee, workers comp staff cmte, etc. did not progress as well as anticipated. In order to help Lillie next year to successfully complete the new endeavors, a 35 hr/week person will be hired and will dedicate all time to HR (no receptionist responsbilities).

**V. Goals for 1999 - 2000** (FOCUS ON, BUT NOT LIMITED TO, HELPING THE CCC YMCA GAIN A PROGRAM FOCUS WITH KIDS OR FAMILIES, HAVE STAFF BECOME MORE KNOWN AND RESPECTED, VOLUNTEER RECRUITMENT AND TRAINING EFFORT, INCREASE ANNUAL GIVING CAMPAIGN BY MOVING MEMBERS TO DONORS AND ENHANCING COMMUNITIES UNDERSTANDING OF THE YMCA AS A VALUABLE ASSET.)

STRONG KIDS:
1. Continue Wilton staff exchange program, increasing the number to fill two buses if the Wilton YMCA agrees

MEMBERSHIP SATISFACTION:
1. Staff Orientation-detailed outline by 1/1/00 with handouts. First orientation by 2/1/00.

HUMAN RESOURCES:
1. Workers Compensation staff Committee – Have first meeting by 12/31/99. Establish meeting dates by 12/31/99
2. Development of new HR staff person – Hire by end of 1/00. Train to take over following responsibilities by 4/1/00: typing, benefits (COBRA, enrollment, termination), all aspects of billing, data entry of new employees and employee changes, filing

FINANCIAL MANAGEMENT:
1. Timely and accurate billing information to Finance Department

GOVERNANCE:
1. Personnel Committee – Have hourly salary administration plan and revised personnel policy presented for approval at 1/00 BOD meeting. Increase committee to 5 active members by 12/31/99.

**VII. Training and Development Plan for 1999 - 2000**
Attain HR Certification
Key Leaders

Employee _____    Supervisor _____

COMPLETED **AFTER** INTERVIEW WITH EMPLOYEE: Based upon my review and evaluation of the Goals, Strategies, and Job performance areas, I recommend a salary increment of:

_____6_____ %    New Salary __$42,400__

Supervisor _____    Branch Executive _____    Human Resources _____

The goals that were expected of me to accomplish were impossible, being without help for an entire year, therefore this review is an unfair one, since non of that was taken into consideration. I have been treated unfairly since I accepted this position, so it is reflexed in this review and the big difference in my salary and the other Director's salary, therefore I refuse to sign this review.

Addendum A

## Central Connecticut Coast YMCA — Exempt Staff Financial Review Sheet

**A. Overall Budget Performance** (for District, Branch or departments)

|  | Revenue | Expense | Net |
|---|---|---|---|
|  | NOT APPLICABLE |  |  |
| 1999 Forecast | _____ | _____ | _____ |
| 1998 Actual | _____ | _____ | _____ |
| 1997 Actual | _____ | _____ | _____ |

**B. Revenue Growth** (1997 actual compared with 1999 forecast)

|  | 1997 Actual | 1998 Actual | 1999 Forecast |
|---|---|---|---|
|  | NOT APPLICABLE |  |  |
| Branch/Dept | _____ | _____ | _____ |
| Branch/Dept | _____ | _____ | _____ |
| Branch/Dept | _____ | _____ | _____ |
| Branch/Dept | _____ | _____ | _____ |
| Branch/Dept | _____ | _____ | _____ |
| Totals | _____ | _____ | _____ |

Percent Growth

(1997 to 1998 - 1 yr)    (1997 to 1999 - 2 yr)

**C. New Revenue Production**
(1999 Forecasted New Revenue *from Programs new or greatly enhanced since June, 1998)*

|  | Program Name | Total 1998 New Revenue | % Growth in Dept |
|---|---|---|---|
|  | NOT APPLICABLE |  |  |
| Program/Dept | _____ | _____ | _____ |
| Program/Dept | _____ | _____ | _____ |
| Program/Dept | _____ | _____ | _____ |
| Program/Dept | _____ | _____ | _____ |
| Program/Dept | _____ | _____ | _____ |
| Totals | _____ | _____ | _____ |

Total Growth

Total 1999 Dept/Branch Revenue    Total new Dept/Branch Revenue    Total % New Revenue

Addendum B

## Central Connecticut Coast YMCA
## Worksheet and Guidelines for Evaluating Exempt Employees

| Major Areas of Evaluation | Distinguished | Commendable | Competent | Fair | Marginal |
|---|---|---|---|---|---|
| **I. Contribution to YMCA Goals** (circle one number) | | | **Total Points Awarded 18** | | |
| A. Building Strong Kids | NOT APPLICABLE | | | | |
| B. Building Strong Families | NOT APPLICABLE | | | | |
| C. Building Strong Communities | (12) | 10 | 8 or 6 | 4 or 2 | 0 |
| D. Member Satisfaction | 12 | 10 | 8 or (6) | 4 or 2 | 0 |
| **II. Contribution to fulfillment of YMCA Strategies** (circle one number) | | | **Total Points Awarded 13** | | |
| A. Human Resources | 7 | 6 | (4.5) | 2.5 | 0 |
| B. Financial Development | NOT APPLICABLE | | | | |
| C. Financial Management | (4) | 3.5 | 3 | 1.5 | 0 |
| D. Marketing and Communications | NOT APPLICABLE | | | | |
| E. Governance | 7 | 6 | (4.5) | 2.5 | 0 |
| F. Physical resources | NOT APPLICABLE | | | | |
| **III. General Responsibilities** | | | **Total Points Awarded 5.5** | | |
| A. Branch Goals | 3 | (2.5) | 2 | 1 | 0 |
| B. Association Goals | (3) | 2.5 | 2 | 1 | 0 |

__X__ Financial Threshold Met, and Total of Points Awarded above equals __36.5__

____ Financial Threshold Not Met. Salary increment limited to 0 - 1.9%

| Increase Guide | Increment | Standard |
|---|---|---|
| Distinguished | 8 - 10% | The staff member has met net income goals, and has earned between 41 and 48 points when measuring the objectives established with goals, strategies and general job description areas. |
| Commendable | 5 - 7% | The staff member has met net income goals, and has earned between 33 and 40 points when measuring the objectives established within goals, strategies and general job description areas. |
| Competent | 2 - 4% | The staff member has met net income goals, and has earned between 23 and 32 points when measuring the objectives established within goals, strategies and general job description areas. |
| Fair | 0 - 1.9% | The staff member may have met net income goals, and has earned between 12 and 22 points when measuring the objectives established within goals, strategies and general job description areas. |
| Marginal | 0% | The staff member has not met net income goals and has earned 11 or less points when measuring the objectives established within goals, strategies and general job description areas. No salary increase will be awarded. |

# Central Connecticut Coast YMCA — Personnel Information Form

Effective Date: 9-1-98

Check type of change / Fill out appropriate section / All forms must be authorized

- ___ New Hire — 1,2,3,4
- ___ Re Hire — 1,2,3,4
- ✓ Salary Change — 1,5
- ___ Personal Information Change — 1,2
- ___ Add a Job Code — 1,3,4
- ___ Terminate a Job Code — 1,6
- ___ Change Acct Nbr/PCS — 1,4
- ___ Terminate Employee — 1,6,7

**1** SSN 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  First Name: Lillie  MI: ___  Last Name: Washington

Address: ___  City: ___  St: ___  Zip: ___  Phone: ___

**2**
- Home Branch: ___
- Home Dept.: ___
- Original Hire Date: ___
- Assoc. Hire Date: ___
- Birth Date: ___
- Sex M/F: ___
- Race 1-5: ___
- Marital Status S/M: ___
- Pay Frequency: B
- Exempt Status E/N: ___
- Full or Part Time F/P: ___
- ERISA Eligible Y/N: ___
- National Class 1-4: ___
- Employee Type R,S,T: ___
- Education Level: ___
- I-9 proof: ___
- Handicapped Y/N: ___
- Vietnam Vet Y/N: ___
- Disabled Vet Y/N: ___

Corporate Use Only: Federal W-4, State W-4, Corp Ded Codes, Time Off, Retirement Eligible Date

**3** New Hire/Additional Job Code Justification:
Exempt Review 7%
Equity Increase
2.5 PP Retro

**4**
| Job Code(s) | Rate | Begin Date | Beginning Payroll # | Scheduled Hours | DPT/PCS/ACCT |
|---|---|---|---|---|---|
| | | | | | |

**5**
| | Rate Change | Job Code | # of Hours | Effective Date of Salary Change | Date of Next Review |
|---|---|---|---|---|---|
| Current | 35,000 | 31073-001 | 40 | 9-1 PP | 9/99 |
| Proposed | 40,000 | | | | |

**6** Terminate ☐ / Inactivate ☐
| Job Code | Termination Date | Last Day Worked | Last Payroll # | Eligible for Rehire Y/N |
|---|---|---|---|---|
| | | | | |

**7** Left with proper notice: Yes ☐ No ☐

Is the employee currently receiving any of the following benefits?
- Medical Insurance: Yes ☐ No ☐
- Retirement: Yes ☐ No ☐
- Vacation: Yes ☐ No ☐

Reason for Termination: (circle one)
1. Accept another position
2. Dissatisfaction with position
3. Moving away from job
4. Return to school
5. Medical termination (voluntary)
6. Personal reasons
7. Leave of absence
8. Lay-off
9. Absenteeism
10. Unsatisfactory performance
11. Violation of corp. policy
12. Other (explain)

Is Exit Interview Form attached? Yes ☐ No ☐

Supervisor: HW  Date: ___  Executive Director: HW  Date: ___  Payroll/HR: HCS 9/2/98  Entry Complete: 9/7 cc

**Central Connecticut Coast YMCA** — Personnel Information Form

Effective Date: 6/27/01

Check type of change  
Fill out appropriate section  
All forms must be authorized

- ___ New Hire 1,2,3,4
- ___ Re Hire 1,2,3,4
- ___ Salary Change 1,5
- ___ Personnel Information Change 1,2
- X Add A Job Code 1,3,4
- X Terminate a Job Code 1,6
- X Change Acct # / PCS 1,4
- ___ Terminate Employee 1,6,7

**1**  
SSN 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  First Name: Suzanne  MI: J  Last Name: Friedbacker  
Address: 940 Red Fox Rd  City: Orange  St: CT  Zip: 06477  Phone: (203) 795-9910

**2**  
Home Branch: 01  
Home Dept.: 70  
Original Hire Date: 8/91  
Association Hire Date: 8/91  
Birth Date: B  
Sex M/F:  
Race 1-5:  
Marital Status S/M:

Pay Frequency: B  
Exempt Status E/N:  
Full or Part Time F/P:  
ERISA Eligible Y/N:  
National Class 1-4:  
Employee Type R,S,T:  
Education Level:  
I-9 Proof:

Handicapped Y/N:  
Vietnam Vet Y/N:  
Disabled Vet Y/N:

Corporate Use Only  
Federal W-4  
State W-4  
Corp Ded Codes  
Time Off    Retirement Eligible Date

**3** NewHire/Additional Job Code Justification: Change code and home branch!

**4**

| Job Code(s) | Rate | Begin Date | Beginning Payroll # | Scheduled Hours | DPT/PCS/ACCT |
|---|---|---|---|---|---|
| 31073-001 | 63,690 | 6/27/01 | 7-1 | E | 70-000-2110 |

**5**

| | Rate Change | Job Code | # of Hours | Effective Date of Salary Change | Date of Next Review |
|---|---|---|---|---|---|
| Current | | | | | |
| Proposed | | | | | |

**6** Terminate ☑  Inactivate ☐

| Job Code | Termination Date | Last Day Worked | Last Payroll # | Eligible for Rehire Y/N |
|---|---|---|---|---|
| 21101-001 | 6/26/01 | 6/26/01 | | Y |

**7**  
Left with proper notice: Yes ☐ No ☐  
Is the employee currently receiving any of the following benefits? Yes No  
Medical Insurance ☐ ☐  
Retirement ☐ ☐  
Vacation ☐ ☐

Reason for Termination: (circle one)  
(1) Accept another position  
2. Dissatisfaction with position  
3. Moving away from job  
4. Return to school  
5. Medical termination (voluntary)  
6. Personal reasons  
7. Leave of absence  
8. Lay-off  
9. Absenteeism  
10. Unsatisfactory performance  
11. Violation of corp. policy  
12. Other (explain)  
13. Seasonal

Is Exit Interview Form attached? Yes ☐ No ☐

| Supervisor | Date | Executive Director | Date | Payroll/HR | Entry Complete |
|---|---|---|---|---|---|
| [signature] | 7/9/01 | | | | [initials] 7/9/01 |

## Central Connecticut Coast YMCA -- 1998 Exempt Staff Review process

Staff Member: __Lillie Washington__                    Date: __September, 1998__

Title: __Human Resource Director__                    Branch: __Corporate__

### I. Contribution to YMCA Goals
(STATE YOUR RESPONSIBILITY FOR EACH GOAL; ACTION STEPS TAKEN AND THE RESULTS ACHIEVED IN BOTH QUANTITATIVE AND QUALITATIVE TERMS. AWARD UP TO 6 POINTS PER GOAL, FOR A TOTAL OF TWENTY FOUR

#### A. Building Strong Kids
GOAL: INCREASE THE NUMBER OF YOUTH INVOLVED IN QUALITY PROGRAMS THAT FOSTER RELATIONSHIP SKILLS
GREAT Y STANDARD: BE MARKET LEADER IN ONE PROGRAM

Lillie worked at the new PALS 1 program as a Teacher. She went beyond her regular duties to help develop the program and become the Child Care Director's "#2 person". Lillie began her education process to obtain credits to become the Head Teacher of a future PALS site until she was asked to re-join the Corporate Office team.

Points: 10/12

#### B. Building Strong Families
GOAL: INCREASE NUMBER OF HIGH QUALITY FAMILY PROGRAMS THAT FOSTER RELATIONSHIP SKILLS
GREAT Y STANDARD: BE MARKET LEADER IN ONE PROGRAM

NOT APPLICABLE

#### C. Building Strong Communities
GOAL: INCREASE THE NUMBER OF MUTUALLY BENEFICIAL COLLABORATIONS WITH EXTERNAL AGENCIES.
GREAT Y STANDARD: STAFF REPRESENT Y IN COMMUNITY ORGANIZATIONS; LEAD COMMUNITY PROBLEM SOLVING EFFORT

Lillie went above and beyond her regular duties to expand the "job exchange" program between the Bridgeport Branch and the Wilton YMCA. She oversaw this program after leaving the Branch's staff because it was important. In her second year, the program interviewed approximately 70 potential counselors and hired 30. Lillie took ownership of the program and visited the Wilton site to ensure the counselors' success. This program addressed the Bridgeport employment issue as well as the Wilton YMCA's summer staffing issue. This program was awarded the Chairman's Award at the Association's Annual Dinner.

Points: 6/6

#### D. Member Satisfaction Goal (report results of surveys only)
GOAL: THE Y WILL EXCEED THE 75 PERCENTILE COMPARED TO USA YMCA MEMBER SATISFACTION SURVEYS
GREAT Y STANDARD: BE IN THE TOP 90 PERCENTILE; ATTAIN 70% MEMBER RETENTION

In her roles in Human Resources, Lillie provided information, direction, and support to branches on a timely basis so that they could provide good member service. When working with larger issues, Lillie took the initiative to seeking out resources to find answers (her supervisor, attorney, getting information from branch staff, etc.) Lillie showed good judgement in her decisions during this time. Lillie received compliments from branch staff concerning her thoroughness in addressing human resource issues. ~~Some paperwork was not prepared on a timely basis.~~ Staffing shortages have been addressed with the hiring of a receptionist.

Points: 5/6

## II. Contribution to fulfillment of YMCA Strategies

(STATE YOUR RESPONSIBILITY FOR EACH STRATEGY; ACTION STEPS TAKEN AND THE RESULTS ACHIEVED IN BOTH QUANTITATIVE AND QUALITATIVE TERMS. AWARD UP TO THREE POINTS PER STRATEGY, FOR A TOTAL OF EIGHTEEN.

### A. Human Resources

GOAL: RECRUIT AND MAINTAIN A DIVERSE, WELL TRAINED AND HIGHLY QUALIFIED CORPS OF STAFF
GREAT Y STANDARD: 80% RETENTION OF KEY 20% OF STAFF; Y STAFF ARE TRAINED; NOTABLE DIVERSITY EFFORTS

As Human Resource Assistant, Lillie completed her Human Resource responsibilities timely and accurately. When returning to the Corporate Office as Interim Human Resource Assistant, Lillie went beyond her responsibilities and helped to fill in the gap created from the absence of the Business Manager. During this time, Lillie showed good communication skills and sound judgement in her decisions. Since becoming Human Resource Director, Lillie continued her good communication skills and sound judgement. She has also begun developing a plan for the department including an Association orientation and re-establishing the Personnel Committee.

Points: 5/6

### B. Financial Development

GOAL: INCREASE ANNUAL GIVING CAMPAIGN; GOVERNMENT AND FOUNDATION GRANTS; CAPITAL AND ENDOWMENT EFFORT
GREAT Y STANDARD: REVENUE COMES FROM AGC - 15% AND PUBLIC SUPPORT - 30%; 25% OF MEMBERS ARE DONORS

NOT APPLICABLE

### C. Financial Management

GOAL: BUDGET PROVIDES CAPITAL FOR PROGRAM DEVELOPMENT; FACILITY MAINTENANCE; DEPRECIATION AND CASH FLOW
GREAT Y STANDARD: BUDGET FULL DEPRECIATION; 12% REVENUE GROWTH; 15% OF REVENUE FROM NEW PROGRAMS

In her responsibilities for monthly bills, such as Retirement, unemployment, health, etc., bills were completely accurately (one exception due to lack of communication). Bills need to be submitted to A/P by the last day of the month to ensure proper month-end accounting.

Points: 4/6

### D. Marketing and Communications

GOAL: A COMMUNICATIONS PLAN THAT ENHANCES THE COMMUNITIES UNDERSTANDING OF THE Y AS A VALUABLE ASSET
GREAT Y STANDARD: COMMUNITY WIDE IMAGE CAMPAIGN; Y STAFF ARE KNOWN AND RESPECTED IN COMMUNITY

NOT APPLICABLE

### E. Governance

GOAL: MOTIVATE DIVERSE VOLUNTEERS TO ACT AS COMMUNITY ADVOCATES; FUND RAISERS AND TO STRENGTHEN MISSION
GREAT Y STANDARD: VOLUNTEERS KNOWN AND RESPECTED IN COMMUNITY; 12 MO.CYCLE OF VOLUNTEER DEVELOPMENT

Lillie did not work directly with branch volunteers. She has begun developing a plan to re-develop the Association Personnel Committee, as is included in next year's goals. The Personnel Committee has not met for over one year.

Points: 4/6

### F. Physical Resources

GOAL: MAINTAIN CLEAN, SAFE AND APPROPRIATELY EQUIPPED FACILITIES
GREAT Y STANDARD: FACILITIES EXCEED MEMBER EXPECTATIONS, UPDATED ANNUALLY; INNOVATIVE FACILITIES ADDED

NOT APPLICABLE

## III. General Responsibilities

AWARD UP TO THREE POINTS PER RESPONSIBILITY, FOR A TOTAL OF SIX.

### A. Branch Goals and Objectives: DESCRIBE HOW INDIVIDUAL HAS CONTRIBUTED TO OVERALL SUCCESS OF THE BRANCH OPERATIONS, GOALS AND OBJECTIVES.

In her responsibilities at the Bridgeport Branch, Lillie worked well with other staff to help reach the branch's goals. As previously mentioned, she assisted the Child Care Director to develop School Readiness programs. In the Corporate Office, Lillie has a good working relationship with other staff. She has shown maturity and has been a good supporter of the office. I would like to see Lillie develop more of a leadership role for the office, representing the Association.

Points: 2.5/3

### B. Association Goals and Objectives: DESCRIBE HOW INDIVIDUAL HAS CONTRIBUTED TO OVERALL SUCCESS OF THE ASSOCIATIONS OPERATIONS, GOALS AND OBJECTIVES.

Lillie has worked in 6 positions over the past year at three different branches in her support for the Association. Her responsiveness and flexibility proved beneficial to these branches. I would like to see Lillie become involved in more branches through Association events, branch special events, etc. Lillie will also become involved in the STAR quality team and the Administrative Team as it pertains to Human Resources.

Points: 2.5/3

## IV. Summary of Annual Performance

Lillie has been an asset to the Association. Her willingness to move from branch to branch to help fill gaps has been appreciated, and her work in these areas has been respected. Lillie has demonstrated a very good start as Human Resource Director. She has shown that she has a vision for the department and will ensure standards are maintained. This is what is needed at this time for this department. I have enjoyed working with Lillie over the past year and am confident in her abilities to organize and develop the Human Resource Department and provide the necessary leadership. I look forward to Lillie reaching her new goals over the next year.

## V. Goals for 1998 - 1999 (FOCUS ON, BUT NOT LIMITED TO, HELPING THE CCC YMCA GAIN A PROGRAM FOCUS WITH KIDS OR FAMILIES, HAVE STAFF BECOME MORE KNOWN AND RESPECTED, VOLUNTEER RECRUITMENT AND TRAINING EFFORT, INCREASE ANNUAL GIVING CAMPAIGN BY MOVING MEMBERS TO DONORS AND ENHANCING COMMUNITIES UNDERSTANDING OF THE YMCA AS A VALUABLE ASSET.)

Strong Communities (12 points):
☺ Expand job exchange program to include LWT Camp Teepee, Fairfield Child Care and other YMCA programs

Member Satisfaction (12 points):
☺ Develop Staff Orientation Program and hold Association-wide orientations to ensure all new full-time staff receive the orientation (at least twice each year)
☺ Orientation will include the following areas: CCC Y orientation, YUSA orientation, diversity, child abuse, sexual harassment, benefits, OSHA, workers compensation

Human Resources (7 points):
☺ Develop workers compensation staff committee with insurance company. Meet at least three times
☺ Ensure employment openings are listed with State of CT (100% of exempt, 80% of full-time, 50% of part-time)
☺ Provide leadership and support to branches with timely and accurate information
☺ Provide supervision and training to receptionist. Ensure good telephone answering system and timely and accurate paperwork

Financial Management (4 points):
☺ Monthly HR bills (~~retirement~~, unemployment, health, dental, etc) to A/P by ~~last~~ 10th day of the month. [handwritten: Retirement by 1 month last day of the month]

Governance (7 points):
☺ Re-develop Personnel Committee with HLB, including obtaining at least 5 volunteer members, developing a yearly plan, revising personnel policy to include all employees and have approved by Corporate Board of Directors, and begin process of developing Salary Administration Plan for full-time and part-time employees (work towards Corporate Board approval by April, 2000)

## VII. Training and Development Plan for 1998 - 1999

Obtain HR trainings through schooling, conferences, workshops, attorneys etc. Participate in at least three training opportunities. Work towards certificate.

_L. Washington_  
**Employee**

_H. O'Brien_  
**Supervisor**

---

COMPLETED **AFTER** INTERVIEW WITH EMPLOYEE: Based upon my review and evaluation of the Goals, Strategies, and Job performance areas, I recommend a salary increment of:

_____7_____ %   New Salary $ 40,000

_HO_  
Supervisor

_HO_  
Branch Executive

_HO_  
Human Resources

```
           $ 35,000
Equity       2,383
 7%          2,617
           _____
           $ 40,000
```

Addendum B

## Central Connecticut Coast YMCA
### Worksheet and Guidelines for Evaluating Exempt Employees

| Major Areas of Evaluation | Distinguished | Commendable | Competent | Fair | Marginal |
|---|---|---|---|---|---|
| **I. Contribution to YMCA Goals** (circle one number) | | | Total Points Awarded __21__ | | |
| A. Building Strong Kids | 12 | (10) | 8 or 6 | 4 or 2 | 0 |
| B. Building Strong Families | Not Applicable | | | | |
| C. Building Strong Communities | (6) | 5 | 4 or 3 | 2 or 1 | 0 |
| D. Member Satisfaction | 6 | (5) | 4 or 3 | 2 or 1 | 0 |
| **II. Contribution to fulfillment of YMCA Strategies** (circle one number) | | | Total Points Awarded __13__ | | |
| A. Human Resources | 6 | (5) | 4 | 2 | 0 |
| B. Financial Development | Not Applicable | | | | |
| C. Financial Management | 6 | 5 | (4) | 2 | 0 |
| D. Marketing and Communications | Not Applicable | | | | |
| E. Governance | 6 | 5 | (4) | 2 | 0 |
| F. Physical resources | Not Applicable | | | | |
| **III. General Responsibilities** | | | Total Points Awarded __5__ | | |
| A. Branch Goals | 3 | (2.5) | 2 | 1 | 0 |
| B. Association Goals | 3 | (2.5) | 2 | 1 | 0 |

__X__ Financial Threshold Met, and Total of Points Awarded above equals __39__

____ Financial Threshold Not Met. Salary increment limited to 0 - 1.9%

| Increase Guide | Increment | Standard |
|---|---|---|
| Distinguished | 8 - 10% | The staff member has met net income goals, and has earned between 41 and 48 points when measuring the objectives established with goals, strategies and general job description areas. |
| Commendable | 5 - 7% | The staff member has met net income goals, and has earned between 33 and 40 points when measuring the objectives established within goals, strategies and general job description areas. |
| Competent | 2 - 4% | The staff member has met net income goals, and has earned between 23 and 32 points when measuring the objectives established within goals, strategies and general job description areas. |
| Fair | 0 - 1.9% | The staff member may have met net income goals, and has earned between 12 and 22 points when measuring the objectives established within goals, strategies and general job description areas. |
| Marginal | 0% | The staff member has not met net income goals and has earned 11 or less points when measuring the objectives established within goals, strategies and general job description areas.. No salary increase will be awarded. |

TO: Helen L. Brena

FROM: Lillie Washington

DATE: February 16, 2000

RE: Resignation

As I stated to you before, I have been under stress for a long period of time attempting to development a fully functioning human resources department by myself. The stress has increased to where it's started to affect my health and more recently the workplace has become a hostile environment. A recent example is on Thursday, when we were in the conference having cake celebrating a birthday, the way you spoke to me regarding the worker's comp issue in front of co-workers was harsh and humiliating, which added to the already developing hostile environment.

We all know when a supervisor want to get rid of an employee, they start to find nit picky little things to complain about. For example on Monday, when you came into my office to bring what you called your two page response to the notation I wrote on my review; you brought in your dental card and vision directory that I mail to everyone who had prudential and superior. At that time you stated you were confused and so were other people as to what those items were. At that time I informed you that no one told me that they were confused, nor did they ask me what those items were. I don't understand why you were confused since you had prudential dental and superior vision for a few years now. I did not have to mail a new dental card nor vision directory for those of you who still remained on prudential and superior vision, I thought I was being helpful, I guess I was wrong.

I still feel my salary is an equity issue, an issue that we've dealt fairly with everyone else, and a few times you took it upon yourself to resolve, quit quickly I might add, but in my case you refuse to do so. My having to run all of my memos though you before they can be sent out and I now have to let you know each time I leave the office. These are a few of the recent decisions you've made that I am still concerned about

But the final insult came in the form of your demand as my superior and Vice President of Operation/CFO that I must give you all of my information before I am allowed to put it in my persqnnel file. This is both unethical and violates my right to confidentiality, and I am not willing to comply with your demand. I realize by refusing, it would be insubordination. I am too much of a professional to be labeled as insubordinate; therefore I have no choice but to resign my position as Human Resources Director effective March 31, 2000.

I have asked Gail to run my hours; I would like to pay the back money for the retirement plan from the time I was first eligibility to enroll. I will try to have the HR Assistant position filled before I leave.

7/16/03