# EXHIBIT C

## CENTRAL CONNECTICUT COAST YMCA
## 2002 EXEMPT STAFF REVIEW SUPPLEMENT

_Not_ to be distributed to employee. Supplement is to be completed by supervisor after interview with employee and attached as cover page to review when submitted to Vice President for approval. All pages will be submitted to Human Resources for entry of new salary data and computation of retro pay. Supervisor may retain copy of final review in a secured branch file. Copy of each employee's Supplement with the approved salary will be sent to Executives.

Employee's Name __Suzanne Friedbacher__          Date __2/24/03__

Title __Human Resources Director__          Branch __Corporate__

## I. MERIT INCREASE SUMMARY

### A. Financial Performance (Check One)
_Review Financial Performance of employee and branch and check the appropriate achievement._

|              | Employee | Branch | Merit Increase Range |      |
|--------------|----------|--------|----------------------|------|
| Achieves Net | Yes      | Yes    | 0 – 8%               | X    |
| Achieves Net | Yes      | No     | 0 – 5.5%             | ____ |
| Achieves Net | No       | Yes    | 0 - 3%               | ____ |
| Achieves Net | No       | No     | 0 - 1.9%             | ____ |

**B. Total Points Earned**          76

**C. Proposed Merit Increase**          3.1%

**D. Current Salary $_____**     **Proposed Salary $** __69,000__     *

*(Current Salary x % Merit) + Current Salary

_____     _____     _____     _____
Executive Director          Supervisor          Vice President          Human Resources
                            (If not Executive)

## II. PROPOSED TRAINING PLAN – YMCA P & P AND MANAGEMENT MODULES

Course _____     Location _____     Date _____

Course _____     Location _____     Date _____

Course _____     Location _____     Date _____

---

Human Resource Use Only

Received @ Corporate Office __3/3/03__     Record Updated __3/3/03__     Staff __SMS__
Calculation of Retro
    Current Per Pay Period          _____     (Current Salary/26)

    Proposed Per Pay Period          _____     (Proposed Salary/26)

**Connecticut Coast YMCA** Personnel Information Form (PIF)

Effective Date 1/1/02

| | |
|---|---|
| Check type of change | ___ New Hire     1,2,3,4    ___ Add A Job Code   1,3,4 |
| Fill out appropriate section | ___ Re Hire     1,2,3,4    ___ Terminate a Job Code 1,6 |
| All forms must be authorized | X Salary Change     1,5    ___ Change Acct # / PCS   1,4 |
| | ___ Personnel Information Change 1,2    ___ Terminate Employee   1,6,7 |

**1**  SSN 399 - 50 - 6265  First Name Suzanne  MI ___  Last Name Friedbacher

Address _____ City _____ St ___ Zip ___ Phone _____

**2**

| | |
|---|---|
| Home Branch _____ | Pay Frequency **B** |
| Home Dept. _____ | Exempt Status E/N ___ |
| Original Hire Date _____ | Full or Part Time F/P ___ |
| Association Hire Date _____ | ERISA Eligible Y/N ___ |
| Birth Date _____ | National Class 1-4 ___ |
| Sex M/F _____ | Employee Type R,S,T ___ |
| Race 1-5 _____ | Education Level ___ |
| Marital Status S/M _____ | I-9 Proof ___ |

Handicapped Y/N ___
Vietnam Vet Y/N ___
Disabled Vet Y/N ___

Corporate Use Only
Federal W-4 ___
State W-4 ___
Corp Ded Codes ___
Time Off ___ Retirement Eligible Date ___

**3** NewHire/Additional Job Code Justification:

Retro

$146.15

**4**

| Job Code(s) | Rate | Begin Date | Beginning Payroll # | Scheduled Hours | DPT/PCS/ACCT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

**5**

| | Rate Change | Job Code | # of Hours | Effective Date of Salary Change | Date of Next Review |
|---|---|---|---|---|---|
| Current | 65,000 | | 40 | 1/1/02 | 1/03 |
| Proposed | 66,900 | | | | |

**6**

| | | Job Code | Termination Date | Last Day Worked | Last Payroll # | Eligible for Rehire Y/N |
|---|---|---|---|---|---|---|
| Terminate ☐ | | | | | | |
| Inactivate ☐ | | | | | | |

**7**

Left with proper notice: Yes ☐ No ☐

Is the employee currently receiving any of the following benefits?   Yes   No
Medical Insurance ☐ ☐
Retirement ☐ ☐
Vacation ☐ ☐

Reason for Termination: (circle one)
1. Accept another position    2. Dissatisfaction with position
3. Moving away from job    4. Return to school
5. Medical termination (voluntary)    6. Personal reasons
7. Leave of absence    8. Lay-off
9. Absenteeism    10. Unsatisfactory performance
11. Violation of corp. policy    12. Other (explain)
13. Seasonal

Is Exit Interview Form attached?   Yes ☐ No ☐

| Supervisor | Date | Executive Director | Date | Payroll/HR | Entry Complete |
|---|---|---|---|---|---|
| | | | | _(signature)_ 2/6/0_ | |

Central Connecticut Coast YMCA    Personnel Information Form (PIF)
Case 3:01-cv-01838-MRK    Document 62-4    Filed 07/09/2004    Page 4 of 17

**Effective Date of** 6/29/01

| Check type of change | ___ New Hire | 1,2,3,4 | X Add A Job Code | 1,3,4 |
|---|---|---|---|---|
| Fill out appropriate section | ___ Re Hire | 1,2,3,4 | X Terminate a Job Code | 1,6 |
| All forms must be authorized | ___ Salary Change | 1,5 | X Change Acct # / PCS | 1,4 |
| | ___ Personnel Information Change | 1,2 | ___ Terminate Employee | 1,6,7 |

**1**  SSN 399 -50 -6265  First Name _Suzanne_  MI _J_  Last Name _Friedbacher_

Address _940 Red Fox Rd_  City _Orange_  St _CT_  Zip _06477_  Phone _(203) 795-9910_

**2**

| | | | | Corporate Use Only |
|---|---|---|---|---|
| Home Branch | 01 | Pay Frequency | B  Handicapped Y/N ___ | Federal W-4 |
| Home Dept. | 70 | Exempt Status E/N ___ | Vietnam Vet Y/N ___ | State W-4 |
| Original Hire Date | 8/91 | Full or Part Time F/P ___ | Disabled Vet Y/N ___ | Corp Ded Codes |
| Association Hire Date | 8/91 | ERISA Eligible Y/N ___ | | Time Off    Retirement Eligible Date |
| Birth Date | B | National Class 1-4 ___ | | |
| Sex M/F ___ | | Employee Type R,S,T ___ | NewHire/Additional Job Code Justification: |
| Race 1-5 ___ | | Education Level ___ | **3** | Change code and home |
| Marital Status S/M ___ | | I-9 Proof ___ | | branch! |

✓ **4**

| Job Code(s) | Rate | Begin Date | Beginning Payroll # | Scheduled Hours | DPT/PCS/ACCT |
|---|---|---|---|---|---|
| 31073-001 | 63,690 | 6/29/01 | 7-1 | E | 70-V000-2110 |

**5**

| | Rate Change | Job Code | # of Hours | Effective Date of Salary Change | Date of Next Review |
|---|---|---|---|---|---|
| Current | | | | | |
| Proposed | | | | | |

**6**

| | | Job Code | Termination Date | Last Day Worked | Last Payroll # | Eligible for Rehire Y/N |
|---|---|---|---|---|---|---|
| Terminate ☑ | | 21101-001 | 6/26/01 | 4/26/01 | | Y |
| Inactivate ☐ | | | | | | |

**7**

Left with proper notice:  Yes  No  ☐ ☐

Is the employee currently receiving any of the following benefits?    Yes  No

Medical Insurance  ☐ ☐
Retirement  ☐ ☐
Vacation  ☐ ☐

Reason for Termination: (circle one)
1. Accept another position    2. Dissatisfaction with position
3. Moving away from job    4. Return to school
5. Medical termination (voluntary)    6. Personal reasons
7. Leave of absence    8. Lay-off
9. Absenteeism    10. Unsatisfactory performance
11. Violation of corp. policy    12. Other (explain)
13. Seasonal

Is Exit Interview Form attached?    Yes  No  ☐ ☐

| Supervisor | Date | Executive Director | Date | Payroll/HR | Entry Complete |
|---|---|---|---|---|---|
| _[signature]_ | 7/9/01 | | | | KP 7/9/01 |

|  | Check type of change | | |  |
|---|---|---|---|---|
|  | ___ New Hire | 1,2,3,4 | ___ Add a Job Code | 1,3,4 |
| Fill out appropriate section | ___ Re Hire | 1,2,3,4 | ___ Terminate a Job Code | 1,6 |
| All forms must be authorized | ✓ Salary Change | 1,5 | ___ Change Acct Nbr/PCS | 1,4 |
|  | ___ Personal Information Change | 1,2 | ___ Terminate Employee | 1,6,7 |

**1** SSN ___-___-___  First Name _Suzanne_  MI _J_  Last Name _Fiedbacher_

Address_____ City_____ St____ Zip____ Phone_____

**2**

| | | |
|---|---|---|
| Home Branch _____ | Pay Frequency __B__ | Handicapped Y/N ___ |
| Home Dept. _____ | Exempt Status E/N | Vietnam Vet Y/N ___ |
| Original Hire Date _____ | Full or Part Time F/P _____ | Disabled Vet Y/N ___ |
| Assoc. Hire Date _____ | ERISA Eligible Y/N _____ | |
| Birth Date _____ | National Class 1-4 _____ | |
| Sex M/F _____ | Employee Type R,S,T _____ | |
| Race 1-6 _____ | Education Level _____ | |
| Marital Status S/M _____ | I-9 proof _____ | |

Corporate Use Only
Federal W-4
State W-4
Corp Ded Codes
Time Off                    Retirement Eligible Date

New Hire/Additional Job Code Justification:

**3**  3 PAY PERIODS RETRO

**4**

| Job Code(s) | Rate | Begin Date | Beginning Payroll # | Scheduled Hours | DPT/PCS/ACCT |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**5**

| | Rate Change | Job Code | # of Hours | Effective Date of Salary Change | Date of Next Review |
|---|---|---|---|---|---|
| Current |  |  |  |  |  |
| Proposed | $62,500 |  | 40 | 9-1-99 | 9/2000 |

**6**

| | | Job Code | Termination Date | Last Day Worked | Last Payroll # | Eligible for Rehire Y/N |
|---|---|---|---|---|---|---|
| Terminate ☐ |  |  |  |  |  |  |
| Inactivate ☐ |  |  |  |  |  |  |

**7**

Left with proper notice:  Yes ☐  No ☐

Is the employee currently receiving any of the following benefits?

| | Yes | No |
|---|---|---|
| Medical Insurance | ☐ | ☐ |
| Retirement | ☐ | ☐ |
| Vacation | ☐ | ☐ |

Reason for Termination:(circle one)
1. Accept another position    2. Dissatisfaction with position
3. Moving away from job    4. Return to school
5. Medical termination (voluntary)    6. Personal reasons
7. Leave of absence    8. Lay-off
9. Absenteeism    10. Unsatisfactory performance
11. Violation of corp. policy    12. Other (explain)

Is Exit Interview Form attached?  Yes ☐  No ☐

| Supervisor | Date | Executive Director | Date | Payroll/HR | Entry Complete |
|---|---|---|---|---|---|
| _(signature)_ | 10/99 | _(signature)_ | 10/99 | _(signature)_ 10/18/99 |  |

## Central Connecticut Coast YMCA -- 1999 Exempt Staff Review process

Staff Member: __Suzanne Friedbacher__    Date: __September, 1999__

Title: __Branch Executive Director__    Branch: __Hamden/North Haven__

## I.  Contribution to YMCA Goals

(STATE YOUR RESPONSIBILITY FOR EACH GOAL; ACTION STEPS TAKEN AND THE RESULTS ACHIEVED IN BOTH QUANTITATIVE AND QUALITATIVE TERMS.  AWARD UP TO 6 POINTS PER GOAL, FOR A TOTAL OF TWENTY FOUR

### A.  Building Strong Kids

GOAL: INCREASE THE NUMBER OF YOUTH INVOLVED IN QUALITY PROGRAMS THAT FOSTER RELATIONSHIP SKILLS
GREAT Y STANDARD: BE MARKET LEADER IN ONE PROGRAM
Growth in Child Care 98=            99=
Added Saturday Respite program for school year – 20 children
Increase in Youth served    97=1,908        98=2,927   53% increase  anticipating a 10% growth in 1999
After School enrichment growth
HEAT with Hamden Middle School        9/98=100        9/99=200
Addition of Wintergreen Magnet School service (12#) and Church Street (SRP-15/SACC-30) .

POINTS: 5/6

### B.  Building Strong Families

GOAL: INCREASE NUMBER OF HIGH QUALITY FAMILY PROGRAMS THAT FOSTER RELATIONSHIP SKILLS .
GREAT Y STANDARD: BE MARKET LEADER IN ONE PROGRAM
**Goal:  Develop at least two family programs that are recognized by community (awards, recognition from towns, or other agencies, replication, etc)serving at least 100 families**
New programs included:  National Night Out Participation – 200 families
Family Day – will be held 10/99
Saturday Respite Program – 20 (10/98)
Four Family Enrichment Activities per year

POINTS: 4/6

### C.  Building Strong Communities

GOAL: INCREASE THE NUMBER OF MUTUALLY BENEFICIAL COLLABORATIONS WITH EXTERNAL AGENCIES.
GREAT Y STANDARD: STAFF REPRESENT Y IN COMMUNITY ORGANIZATIONS; LEAD COMMUNITY PROBLEM SOLVING EFFORT
**Goal:  Lead major community solving effort**
School Readiness Effort – Hamden Branch developed SR program for the town of Hamden
Worked with Family Resource Center addressing the child care needs at Church Street School.  Prior to this, 8 children were served at other child care sites.  After developing new site for this school, 30 are enrolled.  This child care site also provides the highest level of financial assistance.
**Goal:  Market Penetration – 6% (4,800) (7% in future years)**
1990 Census (Hamden, North Haven, Bethany) – 79,291
1997 YUSA Report-3,529  4.5%
1998 YUSA Report-4,414  5.6%    25% growth
**Goal:  Reach into less affluent sections of Hamden and serve through programs.  Develop at least 4 new programs/sites serving at least 100 individuals**
Developed Church Street child care site serving 30 SACC and 15SR
Respite Program serves at least 50 (Grandparent and DCF) serving New Haven, Hamden, Woodbridge low to moderate families

POINTS: 5/6

### D.  Member Satisfaction Goal (report results of surveys only)

GOAL: THE Y WILL EXCEED THE 75 PERCENTILE COMPARED TO USA YMCA MEMBER SATISFACTION SURVEYS

GREAT Y STANDARD:  BE IN THE TOP 90 PERCENTILE; ATTAIN 70% MEMBER RETENTION

**Goal:  Membership retention at 60% for 13 months at 60% (63% in 2000, 65% in 2001)**

8/1/98-8/31/99 retention rates, compared to 1998 rates:

|        | 1998 | 1999 |
|--------|------|------|
| Family | 60%  | 60%  |
| Youth  | 39%  | 50%  |
| Adult  | 58%  | 58%  |
| Total  | 53%  | 57%  |

Membership Satisfaction overall response resulted in 67% satisfaction (National avg is 85%)

Branch has addressed member service by:  attending membership by design, hiring F/T member staff person (5/99), and making efforts to listen to members and make changes.

POINTS:  4/6

## II.  Contribution to fulfillment of YMCA Strategies

(STATE YOUR RESPONSIBILITY FOR EACH STRATEGY; ACTION STEPS TAKEN AND THE RESULTS ACHIEVED IN BOTH QUANTITATIVE AND QUALITATIVE TERMS.  AWARD UP TO THREE POINTS PER STRATEGY, FOR A TOTAL OF EIGHTEEN.

### A.  Human Resources

GOAL: RECRUIT AND MAINTAIN A DIVERSE, WELL TRAINED AND HIGHLY QUALIFIED CORPS OF STAFF

GREAT Y STANDARD: 80% RETENTION OF KEY 20% OF STAFF;  Y STAFF ARE TRAINED; NOTABLE DIVERSITY EFFORTS

88% retention of Management Team

Four staff serve as facilitators of quality teams

Monthly meetings with Management Team

Leadership given to 2 all staff meetings per year

Exempt Staff working towards Sr Director status

Sue has developed her leadership skills in working with her management team.  She has given them more authority and input into the operational decisions of the branch, which results in more ownership by the staff and better decisions.

POINTS:  2.5/3

### B.  Financial Development

GOAL: INCREASE ANNUAL GIVING CAMPAIGN; GOVERNMENT AND FOUNDATION GRANTS; CAPITAL AND ENDOWMENT EFFORT

GREAT Y STANDARD: REVENUE COMES FROM AGC - 15% AND PUBLIC SUPPORT - 30%;  25% OF MEMBERS ARE DONORS

**Goal:  Annual Giving at 1.5% of total revenue ($25,000) (3% in 2000, 5% in 2001)**

Pledges for 1999 AGC = $19,024    Solicitation was done through face-to-face and telephone

| Members As Donors | 1998: 4.2% |
|-------------------|------------|
|                   | 1999: 6.3% |
| Number of Donors  | 1998: 64   |
|                   | 1999: 284  |

The branch will conduct a direct mail effort before the end of the year.

Sue has lead her board and branch in a much improved annual giving campaign.  Although much improvement is still needed, Sue has done a commendable first step.

POINTS:  2.5/3

### C.  Financial Management

GOAL: BUDGET PROVIDES CAPITAL FOR PROGRAM DEVELOPMENT; FACILITY MAINTENANCE; DEPRECIATION AND CASH FLOW

GREAT Y STANDARD: BUDGET FULL DEPRECIATION; 12% REVENUE GROWTH; 15% OF REVENUE FROM NEW PROGRAMS

**Goal:  Revenue growth at 10% each year**

Average revenue growth on Addendum A shows an average of 10.5%

**Goal:  Surplus at 3% of budget ($48,000)**

| 1998 Actual Surplus:     | $ 11,097  | .7%  |
| 1999 Forecasted Surplus  | $106,978  | 6.1% |

**Goal:  New Revenue at 15% ($240,000)**

New Revenue Growth (See Addendum A)      7.5%

|         | 1998B       | 1998A       | 1999B       | 1999A       |
|---------|-------------|-------------|-------------|-------------|
| Revenue | $1,748,631  | $1,687,914  | $1,781,433  | $1,853,924  |

## D. Marketing and Communications

GOAL: A COMMUNICATIONS PLAN THAT ENHANCES THE COMMUNITIES UNDERSTANDING OF THE Y AS A VALUABLE ASSET
GREAT Y STANDARD: COMMUNITY WIDE IMAGE CAMPAIGN; Y STAFF ARE KNOWN AND RESPECTED IN COMMUNITY
Increased number of articles in local newspapers
Had significant feature on the ropes course (4 pages w/pictures)
Sends Newsletter 4 times per year
Sends Schedule to members 6 times per year
Expanding market (added donors, gov't officials, chamber of commerce members) and continue to upgrade newsletter

POINTS: 2.5/3

## E.   Governance

GOAL: MOTIVATE DIVERSE VOLUNTEERS TO ACT AS COMMUNITY ADVOCATES; FUND RAISERS AND TO STRENGTHEN MISSION
GREAT Y STANDARD: VOLUNTEERS KNOWN AND RESPECTED IN COMMUNITY; 12 MO.CYCLE OF VOLUNTEER DEVELOPMENT
Goal:  Increase Board of Managers to 20
Currently has 12 active board members
Goal:  Increase Attendance level to 75%
Average attendance was _____
Goal:  Committees function as standing committees, meeting on their own with 75% attendance and reporting at board meetings
Committees that served included child care (3 members), annual giving (6 members)
Goal:  Board Development – year round function (Association timeline); perform board analysis
Currently have 8 prospects for new board members.

POINTS: 2/3

## F.  Physical Resources

GOAL: MAINTAIN CLEAN, SAFE AND APPROPRIATELY EQUIPPED FACILITIES
GREAT Y STANDARD: FACILITIES EXCEED MEMBER EXPECTATIONS, UPDATED ANNUALLY; INNOVATIVE FACILITIES ADDED
Many improvements were made to the Hamden/North Haven facilities including:  child care bus, carpets, lights, pool lights, lifeguard chair, A/C in community room, sound system, 2 new cardio equipment pieces, free weights, renovating offices.
Developed team approach to facility management  - Areas of Responsibility (AORs), work days at ODC, shut down projects.
Master Plan started

POINTS: 2.5/3

## III.  General Responsibilities

AWARD UP TO THREE POINTS PER RESPONSIBILITY, FOR A TOTAL OF SIX.

### A.  Branch Goals and Objectives:  DESCRIBE HOW INDIVIDUAL HAS CONTRIBUTED TO OVERALL SUCCESS OF THE BRANCH OPERATIONS, GOALS AND OBJECTIVES.

Leader who empowers staff
Worker not just director- not afraid to get hands dirty
Good problem solving and teaching skills and creative energy to help staff
Has become more inclusive of ideas
Attempting to use available technology to make operations more efficient and ensure that valuable information is readily available
Areas of improvement:      Following through on expectations/demands of staff (willing to "let slide" too much but improving)
                                        Taking more time for volunteer development and nurturing of good volunteers

POINTS:  3/3

### B.  Association Goals and Objectives:  DESCRIBE HOW INDIVIDUAL HAS CONTRIBUTED TO OVERALL SUCCESS OF THE ASSOCIATIONS OPERATIONS, GOALS AND OBJECTIVES.

Goal:  Communicate frequently with HLB to keep her updated with branch operations.  Meet or talk at least once/week.
Communication improved greatly and benefited both the branch and the Association.  Sue also served as the Liaison to the Membership Quality Team.  She was active on the program committee.
Recognized for communication and leadership skills in region – Fairfield Cluster, Program School, Membership University, APD, public schools.
"Champion" for school bus conversion project

POINTS:  3/3

## IV.  Summary of Annual Performance

Sue has done a commendable job this past year.  She has led her branch in improvements in many areas (youth, families, membership, facility, staff).  The branch's service to youth improved and grew greatly over the year with a 53% increase in number served.  The branch, after a shaky 1998 year, seems to have turned around.  This next year, Sue should focus her staff on continuing the successful operations and focus herself on financial and board development.  Sue would also serve the Association by shifting her Liaison responsibilities to the STAR Team.

## V.  Goals for 1999 - 2000 (FOCUS ON, BUT NOT LIMITED TO, HELPING THE CCC YMCA GAIN A PROGRAM FOCUS WITH KIDS OR FAMILIES, HAVE STAFF BECOME MORE KNOWN AND RESPECTED, VOLUNTEER RECRUITMENT AND TRAINING EFFORT, INCREASE ANNUAL GIVING CAMPAIGN BY MOVING MEMBERS TO DONORS AND ENHANCING COMMUNITIES UNDERSTANDING OF THE YMCA AS A VALUABLE ASSET.)

STRONG KIDS
1.  Begin NAEYC/NSACA accreditation at three child care sites
STRONG COMMUNITIES
1.  Establish two programs with another organization who's service area is lower than Hamden/North Haven
MEMBER SATISFACTION
1.   60% overall membership retention for 8/1/99-8/31/00 period
2.   Take steps to address the membership satisfactions survey, resulting in meeting national average on ___ of 16 attributes and an overall satisfaction rate of at least _____
FINANCIAL DEVELOPMENT
1.   Improve Annual Giving Campaign to: raise 2% of revenue ($37,000); reach 7% of members as donors; obtain 100% ($ and time) of board involvement
2.   Capital Campaign – Identify project through master plan by 1/31/00 (include ODC aspect); Successfully solicit inner family, secure campaign leadership and leadership gifts (identify ___ prospects, obtain at least one pledge) by 12/2000.
FINANCIAL MANAGEMENT
1.   Ensure that budget worksheets (Excel) are completed for all departments (6/00)
MARKETING AND COMMUNICATION
1.  Ensure that the statistical system (program statistics) is fully functional by 1/00
GOVERNANCE
1.  Attain 75% of Volunteer Development goal list developed through EMT (attached)
2.  Secure new BOM chair by 12/99
3.  Increase BOM to 18 members
PHYSICAL RESOURCES
1.  Develop capital improvement plan for 2000 by 2/00 and implement by end of August shutdown.

## VII.  Training and Development Plan for 1999 - 2000

Training Others
Trainer of Trainers
Arts and Humanities

_____    _____
Employee                                                      Supervisor

COMPLETED **AFTER** INTERVIEW WITH EMPLOYEE: Based upon my review and evaluation of the Goals, Strategies, and Job performance areas, I recommend a salary increment of:

____ 6.5 ____ %          New Salary ____ $62,500 ____

_____    _____    _____
Supervisor                              Branch Executive                     Human Resources

## Central Connecticut Coast YMCA — Exempt Staff Financial Review Sheet

### A. Overall Budget Performance (for District, Branch or departments)

|  | Revenue | Expense | Net |
|---|---|---|---|
| 1999 Forecast | $1,853,924 | $1,746,926 | $106,978 |
| 1998 Actual | $1,687,914 | $1,676,817 | $ 11,097 |
| 1997 Actual | $1,534,181 | $1,531,649 | $ 2,531 |

### B. Revenue Growth (1997 actual compared with 1999 forecast)

|  | 1997 Actual | 1998 Actual | 1999 Forecast |
|---|---|---|---|
| Depts 01,77,78 | $ 403,513 | $ 453,855 | $ 490,570 |
| Dept 60 | $ 22,360 | $ 25,273 | $ 39,508 |
| Depts 15,16,17,18, 19,09 | $ 695,420 | $ 731,067 | $ 835,850 |
| Depts 02,06 | $ 217,717 | $ 266,923 | $ 247,842 |
| Depts 03,10,11,12, 39,70 | $ 195,171 | $ 210,796 | $ 240,154 |
| Totals | $1,534,181 | $1,687,914 | $1,853,924 |
| Percent Growth |  | 10% (1997 to 1998 - 1 yr) | 21% (1997 to 1999 - 2 yr) |

### C. New Revenue Production

(1999 Forecasted New Revenue *from Programs new or greatly enhanced since June, 1998*)

|  | Program Name | Total 1998 New Revenue | % Growth in Dept |
|---|---|---|---|
| Program/Dept | Aquatics(BYP,Pre-camp,safety) | $ 15,055 |  |
| Program/Dept | Rentals/parties/Ropes course | $ 20,000 |  |
| Program/Dept | School Readiness | $ 23,500 |  |
| Program/Dept | Church Street SACC | $ 17,600 |  |
| Program/Dept | Youth Sports | $ 1,300 |  |
|  | Wins | $ 20,000 |  |
|  | Camp | $ 42,000 |  |
| Totals |  | $139,455 |  |
| Total Growth | $1,853,924 | $139,455 | 7.5% |
|  | Total 1999 Dept/Branch Revenue | Total new Dept/Branch Revenue | Total % New Revenue |

Addendum B

**Central Connecticut Coast YMCA**
**Worksheet and Guidelines for Evaluating Exempt Employees**

| Major Areas of Evaluation | Distinguished | Commendable | Competent | Fair | Marginal |
|---|---|---|---|---|---|
| **I.  Contribution to YMCA Goals** (circle one number) | | | Total Points Awarded | | 18 |
| A.  Building Strong Kids | 6 | (5) | 4 or 3 | 2 or 1 | 0 |
| B.  Building Strong Families | 6 | 5 | (4) or 3 | 2 or 1 | 0 |
| C.  Building Strong Communities | 6 | (5) | 4 or 3 | 2 or 1 | 0 |
| D.  Member Satisfaction | 6 | 5 | (4) or 3 | 2 or 1 | 0 |
| | | | | | |
| **II.  Contribution to fulfillment of YMCA Strategies** (circle one number) | | | Total Points Awarded | | 13 |
| A.  Human Resources | 3 | (2.5) | 2 | 1 | 0 |
| B.  Financial Development | 3 | (2.5) | 2 | 1 | 0 |
| C.  Financial Management | 3 | 2.5 | 2 | (1) | 0 |
| D.  Marketing and Communications | 3 | (2.5) | 2 | 1 | 0 |
| E.  Governance | 3 | 2.5 | (2) | 1 | 0 |
| F.  Physical resources | 3 | (2.5) | 2 | 1 | 0 |
| | | | | | |
| **III.  General Responsibilities** | | | Total Points Awarded | | 6 |
| A.  Branch Goals | (3) | 2.5 | 2 | 1 | 0 |
| B.  Association Goals | (3) | 2.5 | 2 | 1 | 0 |

___X___ Financial Threshold Met, and Total of Points Awarded above equals ___37___

_____ Financial Threshold Not Met. Salary increment limited to 0 - 1.9%

| Increase Guide | Increment | Standard |
|---|---|---|
| Distinguished | 8 - 10% | The staff member has met net income goals, and has earned between 41 and 48 points when measuring the objectives established with goals, strategies and general job description areas. |
| Commendable | 5 - 7% | The staff member has met net income goals, and has earned between 33 and 40 points when measuring the objectives established within goals, strategies and general job description areas. |
| Competent | 2 - 4% | The staff member has met net income goals, and has earned between 23 and 32 points when measuring the objectives established within goals, strategies and general job description areas. |
| Fair | 0 - 1.9% | The staff member may have met net income goals, and has earned between 12 and 22 points when measuring the objectives established within goals, strategies and general job description areas. |
| Marginal | 0% | The staff member has not met net income goals and has earned 11 or less points when measuring the objectives established within goals, strategies and general job description areas.   No salary increase will be awarded. |

# Central Connecticut Coast YMCA

**Personnel Information Form**

Effective Date: 99

| Check type of change | | |
|---|---|---|
| Fill out appropriate section | ___ New Hire | 1,2,3,4 |
| All forms must be authorized | ___ Re Hire | 1,2,3,4 |
| | ✓ Salary Change | 1,5 |
| | ___ Personal Information Change | 1,2 |

| | |
|---|---|
| ___ Add a Job Code | 1,3,4 |
| ___ Terminate a Job Code | 1,6 |
| ___ Change Acct Nbr/PCS | 1,4 |
| ___ Terminate Employee | 1,6,7 |

**1** SSN ___-__-___  First Name **Suzanne**  MI **J**  Last Name **Friedbacher**

Address _____ City _____ St ____ Zip ____ Phone _____

**2**

| | | |
|---|---|---|
| Home Branch _____ | Pay Frequency __B__ | Handicapped Y/N ____ |
| Home Dept. _____ | Exempt Status E/N ____ | Vietnam Vet Y/N ____ |
| Original Hire Date _____ | Full or Part Time F/P ____ | Disabled Vet Y/N ____ |
| Assoc. Hire Date _____ | ERISA Eligible Y/N ____ | |
| Birth Date _____ | National Class 1-4 ____ | |
| Sex M/F _____ | Employee Type R,S,T ____ | |
| Race 1-6 _____ | Education Level ____ | |
| Marital Status S/M _____ | I-9 proof ____ | |

**Corporate Use Only**
Federal W-4
State W-4
Corp Ded Codes
Time Off          Retirement Eligible Date

**3** New Hire/Additional Job Code Justification:

3 PAY PERIODS
RETRO

**4**

| Job Code(s) | Rate | Begin Date | Beginning Payroll # | Scheduled Hours | DPT/PCS/ACCT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

**5**

| | Rate Change | Job Code | # of Hours | Effective Date of Salary Change | Date of Next Review |
|---|---|---|---|---|---|
| Current | | | | | |
| Proposed | $62,500 | | 40 | 9-1-99 | 9/2000 |

**6**

| | Job Code | Termination Date | Last Day Worked | Last Payroll # | Eligible for Rehire Y/N |
|---|---|---|---|---|---|
| Terminate ☐ | | | | | |
| Inactivate ☐ | | | | | |

**7**

Left with proper notice:  Yes ☐  No ☐

Is the employee currently receiving any of the following benefits?

| | Yes | No |
|---|---|---|
| Medical Insurance | ☐ | ☐ |
| Retirement | ☐ | ☐ |
| Vacation | ☐ | ☐ |

**Reason for Termination:(circle one)**
1. Accept another position    2. Dissatisfaction with position
3. Moving away from job       4. Return to school
5. Medical termination (voluntary)  6. Personal reasons
7. Leave of absence           8. Lay-off
9. Absenteeism                10. Unsatisfactory performance
11. Violation of corp. policy 12. Other (explain)

Is Exit Interview Form attached?  Yes ☐  No ☐

| Supervisor | Date | Executive Director | Date | Payroll/HR | Entry Complete |
|---|---|---|---|---|---|
| *(signature)* | 10/99 | *(signature)* | 10/99 | *(initials)* 10/18/99 | |

9-1-98

| Check type of change | ___ New Hire | 1,2,3,4 | ___ Add a Job Code | 1,3,4 |
|---|---|---|---|---|
| Fill out appropriate section | ___ Re Hire | 1,2,3,4 | ___ Terminate a Job Code | 1,6 |
| All forms must be authorized | ✓ Salary Change | 1,5 | ___ Change Acct Nbr/PCS | 1,4 |
|  | ___ Personal Information Change | 1,2 | ___ Terminate Employee | 1,6,7 |

**1** SSN 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 First Name Suzanne MI J Last Name Friedbauer

Address_____ City_____ St___ Zip___ Phone_____

**2**

| | | Corporate Use Only |
|---|---|---|
| Home Branch _____ | Pay Frequency ___ B___ | Handicapped Y/N___ | Federal W-4 |
| Home Dept. _____ | Exempt Status E/N ___ | Vietnam Vet Y/N ___ | State W-4 |
| Original Hire Date _____ | Full or Part Time F/P ___ | Disabled Vet Y/N ___ | Corp Ded Codes |
| Assoc. Hire Date _____ | ERISA Eligible Y/N ___ | | Time Off      Retirement Eligible Date |
| Birth Date _____ | National Class 1-4 ___ | |
| Sex M/F _____ | Employee Type R,S,T ___ | New Hire/Additional Job Code Justification: |
| Race 1-5 _____ | Education Level ___ | |
| Marital Status S/M _____ | I-9 proof ___ | |

**3**

Exempt Review 4%
2.5 pp Retro

**4**

| Job Code(s) | Rate | Begin Date | Beginning Payroll # | Scheduled Hours | DPT/PCS/ACCT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

**5**

| | Rate Change | Job Code | # of Hours | Effective Date of Salary Change | Date of Next Review |
|---|---|---|---|---|---|
| Current | 56,286 | 21101-001 | 40 | 9-1 pp | 9/99 |
| Proposed | 58,540 | | | | |

**6**

| | Job Code | Termination Date | Last Day Worked | Last Payroll # | Eligible for Rehire Y/N |
|---|---|---|---|---|---|
| Terminate ☐ | | | | | |
| Inactivate ☐ | | | | | |

**7**

Left with proper notice: Yes ☐ No ☐

Is the employee currently receiving any of the following benefits?

| | Yes | No |
|---|---|---|
| Medical insurance | ☐ | ☐ |
| Retirement | ☐ | ☐ |
| Vacation | ☐ | ☐ |

Reason for Termination:(circle one)
1. Accept another position          2. Dissatisfaction with positon
3. Moving away from job             4. Return to school
5. Medical termination (voluntary)  6. Personal reasons
7. Leave of absence                8. Lay-off
9. Absenteeism                     10. Unsatisfactory performance
11. Violation of corp. policy      12. Other (explain)

Is Exit Interview Form attached?   Yes ☐   No ☐

| Supervisor | Date | Executive Director | Date | Payroll/HR | | Entry Complete |
|---|---|---|---|---|---|---|
| *signature* | | N/A | | *signature* | 10/2/98 | |

**Central Connecticut Coast YMCA -- 1998 Exempt Staff Review process**

Staff Member:   Suzanne J. Friedbacher                    Date:   September, 1998

Title:  Branch Executive Director                    Branch:    Hamden/North Haven

## I.  Contribution to YMCA Goals

(STATE YOUR RESPONSIBILITY FOR EACH GOAL; ACTION STEPS TAKEN AND THE RESULTS ACHIEVED IN BOTH QUANTITATIVE AND QUALITATIVE TERMS.  AWARD UP TO 6 POINTS PER GOAL, FOR A TOTAL OF TWENTY FOUR

### A.  Building Strong Kids

GOAL: INCREASE THE NUMBER OF YOUTH INVOLVED IN QUALITY PROGRAMS THAT FOSTER RELATIONSHIP SKILLS
GREAT Y STANDARD: BE MARKET LEADER IN ONE PROGRAM

Although revenue targets were not obtained, notable increases in participation were seen in youth programs. Specifically, Day camp saw a 23% growth (278 campers), the respite programs were increased from 1 to 3 and served 60 – a 58% increase. Special services added new programs that resulted in serving 500 youth through ropes course, scouting, and afterschool enrichment. Aquatics developed a new pike I and Polliwog I class that addressed issues of adjustment to the program. Approximately 300 swim sessions resulted. Backyard pool added 10 children.

Points: 5/6

### B.  Building Strong Families

GOAL: INCREASE NUMBER OF HIGH QUALITY FAMILY PROGRAMS THAT FOSTER RELATIONSHIP SKILLS
GREAT Y STANDARD: BE MARKET LEADER IN ONE PROGRAM

New family programs included: Camp Family Nights (50-60 families) every two weeks; Family Adventure Series (350 families over the year) through Goblin Games, Christmas Bazaar, Summer Splash, and Breakfast with the Easter Bunny. Other than these programs, other new family programs didn't get off the ground. Parent/Child programs (IG/IP) did not have an organized year. Efforts are being made to bring it back.

Points: 3/6

### C.  Building Strong Communities

GOAL: INCREASE THE NUMBER OF MUTUALLY BENEFICIAL COLLABORATIONS WITH EXTERNAL AGENCIES.
GREAT Y STANDARD: STAFF REPRESENT Y IN COMMUNITY ORGANIZATIONS; LEAD COMMUNITY PROBLEM SOLVING EFFORT

Collaborations have increased from 4 to 9 over the past year. Current collaborations include: Hamden Adult Education, Children's Center, DCF, Hamden Dept of Human Services, Consultation Center of North Haven, Board of Education, Hamden Middle School, Youth Services Bureau, Wintergreen Magnet School, SNET. The success of these collaborations have improved the branch's reputation. As a result, people are starting to come to the branch to ask the YMCA for help. This has happened with School Readiness, the Magnet School Proejct, and the Respite program.

Points: 5/6

### D.  Member Satisfaction Goal (report results of surveys only)

GOAL: THE Y WILL EXCEED THE 75 PERCENTILE COMPARED TO USA YMCA MEMBER SATISFACTION SURVEYS
GREAT Y STANDARD: BE IN THE TOP 90 PERCENTILE; ATTAIN 70% MEMBER RETENTION

Retention decreased over the year. It is currently at 53%. Membership has been an issue over the year. In addition to retention decreasing, revenue has not grown from last year. This information demonstrates an issue with member satisfaction. This will be a focus for the next year. *Membership Revenue is forecasted to increase 5.9% in 1998.* JWF

Points: 2/6

## II. Contribution to fulfillment of YMCA Strategies

(STATE YOUR RESPONSIBILITY FOR EACH STRATEGY; ACTION STEPS TAKEN AND THE RESULTS ACHIEVED IN BOTH QUANTITATIVE AND QUALITATIVE TERMS. AWARD UP TO THREE POINTS PER STRATEGY, FOR A TOTAL OF EIGHTEEN.)

### A. Human Resources

GOAL: RECRUIT AND MAINTAIN A DIVERSE, WELL TRAINED AND HIGHLY QUALIFIED CORPS OF STAFF
GREAT Y STANDARD: 80% RETENTION OF KEY 20% OF STAFF; Y STAFF ARE TRAINED; NOTABLE DIVERSITY EFFORTS

The Hamden/North Haven branch has diversity in age and gender. Although somewhat ethnically diverse, the staff are not as reflective of the community's population as they should be. All exempt staff have been given the opportunity to get training through conference, CDP, or other non-YMCA opportunities. Regular staff meetings have been held. A "cross training" approach has been started, with trainings for the fitness center and the mechanicals of the building. Trainings have been provided for the membership staff. Results have not been seen, which has an effect on membership.

Points: 2.5/3

### B. Financial Development

GOAL: INCREASE ANNUAL GIVING CAMPAIGN; GOVERNMENT AND FOUNDATION GRANTS; CAPITAL AND ENDOWMENT EFFORT
GREAT Y STANDARD: REVENUE COMES FROM AGC - 15% AND PUBLIC SUPPORT - 30%; 25% OF MEMBERS ARE DONORS

Government and foundation grants have increased 7 times, with new funding from School Readiness ($100,000), Respite camp ($1,000), Caroline Foundation ($2,500), Special Event ($9,000 net). Annual Giving has not been a focus and has remained stagnant at approximately .5% of total revenue ($9,000 in 1998). Special Events, which has been a focus has also remained stagnant at approximately .4% ($6,400 in 1998). Annual Giving needs to now become a focus of the branch.
The Capital Campaign project has been identified and has been on hold since the Needs Assessment study.

Points: 2/3

### C. Financial Management

GOAL: BUDGET PROVIDES CAPITAL FOR PROGRAM DEVELOPMENT; FACILITY MAINTENANCE; DEPRECIATION AND CASH FLOW
GREAT Y STANDARD: BUDGET FULL DEPRECIATION; 12% REVENUE GROWTH; 15% OF REVENUE FROM NEW PROGRAMS

The Branch met its net income target of 0 in 1997. The net result was $2,532. The total revenue budgeted was $1,599,180. The total actual revenue was $1,534,181. Total growth was 5%. Total new revenue was 10%. As a result of not meeting the gross income target, the financial management rating is fair.

Points: 1/3

### D. Marketing and Communications

GOAL: A COMMUNICATIONS PLAN THAT ENHANCES THE COMMUNITIES UNDERSTANDING OF THE Y AS A VALUABLE ASSET
GREAT Y STANDARD: COMMUNITY WIDE IMAGE CAMPAIGN; Y STAFF ARE KNOWN AND RESPECTED IN COMMUNITY

Efforts have been made in the marketing and communications area including: targeting community leaders with a newsletter (also mailed to members); weekly visibility in 2 local newspapers, Let's Talk Board communicating to members. In addition, Sue has addressed the community through public speaking engagements such as rotary. A relationship has been developed with the Mayor of Hamden.

Points: 2.5/3

## E.  Governance

GOAL: MOTIVATE DIVERSE VOLUNTEERS TO ACT AS COMMUNITY ADVOCATES; FUND RAISERS AND TO STRENGTHEN MISSION
GREAT Y STANDARD: VOLUNTEERS KNOWN AND RESPECTED IN COMMUNITY; 12 MO. CYCLE OF VOLUNTEER DEVELOPMENT

Goal:  Board of Managers – Increase number and participation at Branch and Corporate level.
The Board of Managers number has increased from 12 to 16, which is now one more than the minimum 15 needed according to the By Laws.  Attendance at the Board meetings has been 38%, which needs to improve. Attendance at the Corporate level has increased from none to approximately 67%.  This is a good increase and needs to increase more.  Diversity is a strength of the board, with 3 African-Americans, 5 women, and some new, younger members.  Three standing committees have been formed and are now meeting regularly on their own. Good improvement has been seen in this area over the past year.  It still needs to be a focus.  Much more improvement is needed.

Points: 2.5/3

## F.  Physical Resources

GOAL: MAINTAIN CLEAN, SAFE AND APPROPRIATELY EQUIPPED FACILITIES
GREAT Y STANDARD: FACILITIES EXCEED MEMBER EXPECTATIONS, UPDATED ANNUALLY; INNOVATIVE FACILITIES ADDED

Specific goals for the facilities have been met, with the exception of the pool lighting.  This is expected to be done in early October.  A new cleaning service has again been retained to help with the cleaning.  The branch has become a job training site for Friendship Gate.

Points: 2/3

## III.  General Responsibilities

AWARD UP TO THREE POINTS PER RESPONSIBILITY, FOR A TOTAL OF SIX.

## A.  Branch Goals and Objectives:  DESCRIBE HOW INDIVIDUAL HAS CONTRIBUTED TO OVERALL SUCCESS OF THE BRANCH OPERATIONS, GOALS AND OBJECTIVES.

Overall, Sue has helped the branch reach its specific goals of new programs, new collaborations, and volunteer development.  She has also focused on staff meetings and training.

Points: 2/3

## B.  Association Goals and Objectives:  DESCRIBE HOW INDIVIDUAL HAS CONTRIBUTED TO OVERALL SUCCESS OF THE ASSOCIATIONS OPERATIONS, GOALS AND OBJECTIVES.

Hamden Branch staff are not active in Association-wide events (social events).  Because of this and the branch's location, the branch is seen throughout the Association as isolated.  In their job functions, Hamden's professional staff are active in the Association.  There are three facilitators of Quality Teams (Aquatics, Administrative, Camp).  There is representation on other teams (FMS, marketing membership, STAR).  Sue is active in the Program Committee and Membership Quality Team (liaison).  Sue has also been an advocate for the camp staff training, becoming a trainer for 2 trainings.  She also represented the Central Connecticut Coast YMCA through her Perspective article.

Points: 2.5/3

## IV.  Summary of Annual Performance

Over the past year, Sue has focused on her board, youth programs, and community relationships and has seen results.  These results can be seen in the body of this evaluation.  Sue saw struggles in other areas of the branch such as child care, family programming, membership, and financial management.  Overall, Sue has met her goals for the past year and as such is rated competent.  However, the branch is well below Association standards as they relate to the new Strategic Plan.  As such, next year's goals are focused on turning around the Hamden/North Haven Branch's weaknesses.  I look forward to working with Sue to achieve these new goals.

⌐ (AGC, Membership, Family, Revenue Growth) ᴍᴇʙ

5.    **Financial Management**
      *Goal:  Budget provides capital for program development, facility maintenance, depreciation and cash flow*
      *Great Y Standard:  Budget full depreciation, 12% revenue growth, 15% of revenue from new programs*

      1999 Standards:

|   |   |   |
|---|---|---|
| Ⲧ Budget full depreciation | Current: | Full depreciation budgeted |
| Ⲧ Revenue growth at 10% each year | Current: | Revenue growth at 5% |
| Ⲧ Surplus at 3% of budget = $48,000 | Current: | 0% of total revenue |
| Ⲧ New Revenue at 15% = $240,000 | Current: | 3.3% in 9/97 Review |

6.    **Governance**
      *Goal:  Motivate diverse volunteers to act as community advocates, fund raisers and to strengthen mission*
      *Great Y Standard:  Volunteers known and respected in community; 12 month cycle of volunteer development*

      1999 Standards:

Ⲧ Increase Board of Managers to 20    **Current:    16**
Ⲧ Increase Attendance level to 75%    **Current:    37.5%**
Ⲧ Committees function as standing committees, meeting on their own with 75% attendance and reporting at board meetings    **Current:    Meet at Board mtgs (att: 37.5%)**
Ⲧ Board Development – year round function (see Association timeline); perform board analysis

7.    **Communication**
      Communication frequently with HLB to keep her updated with branch operations.  Meet or talk at least once per week.

**VII.  Training and Development Plan for 1998 - 1999**
✓  Orlando APD Conference
✓  Albany
✓  APD

_____        _____
Employee                                Supervisor

COMPLETED **AFTER** INTERVIEW WITH EMPLOYEE: Based upon my review and evaluation of the Goals, Strategies, and Job performance areas, I recommend a salary increment of:

_____4_____ %        New Salary  58,540

_____        _____        _____
Supervisor             Branch Executive        Human Resources