Addendum A

# Central Connecticut Coast YMCA — Exempt Staff Financial Review Sheet

**A. Overall Budget Performance** (for District, Branch or departments)

| | Revenue | Expense | Net |
|---|---|---|---|
| 1998 Forecast | 1,609,448 | 1,676,337 | (66,889) |
| 1997 Actual | 1,534,181 | 1,531,649 | 2,532 |
| Budget | 1,599,180 | | |
| 1996 Actual | 1,457,901 | 1,449,417 | 8,484 |

**B. Revenue Growth** (1996 actual compared with 1998 forecast)

| | 1996 Actual | 1997 Actual | 1998 Forecast |
|---|---|---|---|
| Branch/Dept 01,77,88 | 385,760 | 403,513 | 435,098 |
| Branch/Dept 60 | 21,824 | 22,360 | 22,804 |
| Branch/Dept15,16,17 18,19.09 | 700,891 | 695,420 | 659,912 |
| Branch/Dept 02,06 | 189,240 | 217,717 | 263,384 |
| Branch/Dept 03,10,11 12,39,70 | 160,186 | 195,171 | 228,250 |
| Totals | 1,457,901 | 1,534,181 | 1,609,448 |
| Percent Growth | | 5% (1996 to 1997 - 1 yr) | 10% (1996 to 1998 - 2 yr) |

**C. New Revenue Production**

(1998 Forecasted New Revenue *from Programs new or greatly enhanced since June, 1997)*

| | Program Name | Total 1998 New Revenue | % Growth in Dept |
|---|---|---|---|
| Program/Dept | Cindy A | 94,700 | |
| Program/Dept | Ben Post | 26,400 | |
| Program/Dept | Membership | 25,000 | |
| Program/Dept | Special Events | 15,000 | |
| Program/Dept | | | |
| Totals | | | |
| Total Growth | 1,609,448<br>Total 1998 Dept/Branch Revenue | 161,100<br>Total new Dept/Branch Revenue | 10%<br>Total % New Revenue |

Addendum B

**Central Connecticut Coast YMCA**
**Worksheet and Guidelines for Evaluating Exempt Employees**

| Major Areas of Evaluation | Distinguished | Commendable | Competent | Fair | Marginal |
|---|---|---|---|---|---|
| **I. Contribution to YMCA Goals** (circle one number) | | | **Total Points Awarded** | 15 | |
| A. Building Strong Kids | 6 | (5) | 4 or 3 | 2 or 1 | 0 |
| B. Building Strong Families | 6 | 5 | 4 or (3) | 2 or 1 | 0 |
| C. Building Strong Communities | 6 | (5) | 4 or 3 | 2 or 1 | 0 |
| D. Member Satisfaction | 6 | 5 | 4 or 3 | (2) or 1 | 0 |
| **II. Contribution to fulfillment of YMCA Strategies** (circle one number) | | | **Total Points Awarded** | 12.5 | |
| A. Human Resources | 3 | (2.5) | 2 | 1 | 0 |
| B. Financial Development | 3 | 2.5 | (2) | 1 | 0 |
| C. Financial Management | 3 | 2.5 | 2 | (1) | 0 |
| D. Marketing and Communications | 3 | (2.5) | 2 | 1 | 0 |
| E. Governance | 3 | (2.5) | 2 | 1 | 0 |
| F. Physical resources | 3 | 2.5 | (2) | 1 | 0 |
| **III. General Responsibilities** | | | **Total Points Awarded** | 4.5 | |
| A. Branch Goals | 3 | 2.5 | (2) | 1 | 0 |
| B. Association Goals | 3 | (2.5) | 2 | 1 | 0 |

_X_ Financial Threshold Met, and Total of Points Awarded above equals _32____

____ Financial Threshold Not Met. Salary increment limited to 0 - 1.9%

| Increase Guide | Increment | Standard |
|---|---|---|
| **Distinguished** | 8 - 10% | The staff member has met net income goals, and has earned between 41 and 48 points when measuring the objectives established with goals, strategies and general job description areas. |
| **Commendable** | 5 - 7% | The staff member has met net income goals, and has earned between 33 and 40 points when measuring the objectives established within goals, strategies and general job description areas. |
| **Competent** | 2 - 4% | The staff member has met net income goals, and has earned between 23 and 32 points when measuring the objectives established within goals, strategies and general job description areas. |
| **Fair** | 0 - 1.9% | The staff member may have met net income goals, and has earned between 12 and 22 points when measuring the objectives established within goals, strategies and general job description areas. |
| **Marginal** | 0% | The staff member has not met net income goals and has earned 11 or less points when measuring the objectives established within goals, strategies and general job description areas.. No salary increase will be awarded. |

# Central Connecticut Coast YMCA

Personnel Information Form

Effective Date

Check type of change
Fill out appropriate section
All forms must be authorized

| | | | | |
|---|---|---|---|---|
| ___New Hire | 1,2,3,4 | | ___Add a Job Code | 1,3,4 |
| ___Re Hire | 1,2,3,4 | | ___Terminate a Job Code | 1,6 |
| X Salary Change | 1,5 | | ___Change Acct Nbr/PCS | 1,4 |
| ___Personal Information Change | 1,2 | | ___Terminate Employee | 1,6,7 |

**1**

SSN 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 First Name SUZANNE MI ___ Last Name FRIEDBACHER

Address ___ City ___ St ___ Zip ___ Phone ___

**2**

Home Branch ___ Pay Frequency B
Home Dept. ___ Exempt Status E/N ___
Original Hire Date ___ Full or Part Time F/P ___
Assoc. Hire Date ___ ERISA Eligible Y/N ___
Birth Date ___ National Class 1-4 ___
Sex M/F ___ Employee Type R,S,T ___
Race 1-5 ___ Education Level ___
Marital Status S/M ___ I-9 proof ___

Handicapped Y/N ___
Vietnam Vet Y/N ___
Disabled Vet Y/N ___

Corporate Use Only
Federal W-4
State W-4
Corp Ded Codes
Time Off
Retirement Eligible Date

**3** New Hire/Additional Job Code Justification:

**4**

| Job Code(s) | Rate | Begin Date | Beginning Payroll # | Scheduled Hours | DPT/PCS/ACCT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

**5**

| | Rate Change | Job Code | # of Hours | Effective Date of Salary Change | Date of Next Review |
|---|---|---|---|---|---|
| Current | 53,100 | 21101-001 | 40 | 9/1/97 | 9/98 |
| Proposed | 56,286 | | | | |

RETRO $367.62

**6**

Terminate [ ]
Inactivate [ ]

| Job Code | Termination Date | Last Day Worked | Last Payroll # | Eligible for Rehire Y/N |
|---|---|---|---|---|
| | | | | |
| | | | | |

**7**

Left with proper notice: Yes [ ] No [ ]

Is the employee currently receiving any of the following benefits?

| | Yes | No |
|---|---|---|
| Medical Insurance | [ ] | [ ] |
| Retirement | [ ] | [ ] |
| Vacation | [ ] | [ ] |

Reason for Termination:(circle one)

1. Accept another position
2. Dissatisfaction with position
3. Moving away from job
4. Return to school
5. Medical termination (voluntary)
6. Personal reasons
7. Leave of absence
8. Lay-off
9. Absenteeism
10. Unsatisfactory performance
11. Violation of corp. policy
12. Other (explain)

Is Exit Interview Form attached? Yes [ ] No [ ]

| Supervisor | Date | Executive Director | Date | Payroll/HR | Entry Complete |
|---|---|---|---|---|---|
| | | | | SG | |

# Central Connecticut Coast YMCA

Personnel Information Form

Effective Date

Check type of change
Fill out appropriate section
All forms must be authorized

| | | | |
|---|---|---|---|
| ___New Hire | 1,2,3,4 | ___Add a Job Code | 1,3,4 |
| ___Re Hire | 1,2,3,4 | ___Terminate a Job Code | 1,6 |
| X Salary Change | 1,5 | ___Change Acct Nbr/PCS | 1,4 |
| ___Personal Information Change | 1,2 | ___Terminate Employee | 1,6,7 |

**1** SSN ___-___-___ First Name Suzanne MI ___ Last Name Friedbacher

Address ______ City ______ St ___ Zip ___ Phone ______

**2**

Home Branch ______ Pay Frequency B

Home Dept. ______ Exempt Status E/N ______

Original Hire Date ______ Full or Part Time F/P ______

Assoc. Hire Date ______ ERISA Eligible Y/N ______

Birth Date ______ National Class 1-4 ______

Sex M/F ______ Employee Type R,S,T ______

Race 1-5 ______ Education Level ______

Marital Status S/M ______ I-9 proof ______

Handicapped Y/N ___

Vietnam Vet Y/N ___

Disabled Vet Y/N ___

Corporate Use Only
Federal W-4

State W-4

Corp Ded Codes

Time Off

Retirement Eligible Date

**3** New Hire/Additional Job Code Justification:

**4**

| Job Code(s) | Rate | Begin Date | Beginning Payroll # | Scheduled Hours | DPT/PCS/ACCT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

**5**

| | Rate Change | Job Code | # of Hours | Effective Date of Salary Change | Date of Next Review |
|---|---|---|---|---|---|
| Current | 47,700 | 2300. Equity | | | |
| Proposed | 53,100. | 6.5% rent | | | |

**6** Terminate [ ] Inactivate [ ]

| Job Code | Termination Date | Last Day Worked | Last Payroll # | Eligible for Rehire Y/N |
|---|---|---|---|---|
| | | | | |

**7**

Left with proper notice: Yes [ ] No [ ]

Is the employee currently receiving any of the following benefits?

| | Yes | No |
|---|---|---|
| Medical Insurance | [ ] | [ ] |
| Retirement | [ ] | [ ] |
| Vacation | [ ] | [ ] |

Reason for Termination:(circle one)

1. Accept another position
2. Dissatisfaction with positon
3. Moving away from job
4. Return to school
5. Medical termination (voluntary)
6. Personal reasons
7. Leave of absence
8. Lay-off
9. Absenteeism
10. Unsatisfactory performance
11. Violation of corp. policy
12. Other (explain):

Is Exit Interview Form attached? Yes [ ] No [ ]

| upervisor | Date | Executive Director | Date | Payroll/HR | Entry Complete |
|---|---|---|---|---|---|
| | | [signature] | | [signature] | [signature] |

Central Connecticut Coast YMCA — Personnel Information Form

Effective Date

Check type of change
Fill out appropriate section
All forms must be authorized

| | | | | |
|---|---|---|---|---|
| ___ New Hire | 1,2,3,4 | ___ Add a Job Code | 1,3,4 |
| ___ Re Hire | 1,2,3,4 | ___ Terminate a Job Code | 1,6 |
| ✓ Salary Change | 1,5 | ___ Change Acct Nbr/PCS | 1,4 |
| ___ Personal Information Change | 1,2 | ___ Terminate Employee | 1,6,7 |

**1** SSN ___-___-___ First Name Sue MI ___ Last Name FRIEDBACHER

Address ________ City ________ St ____ Zip ____ Phone ____

**2**

Home Branch ________ Pay Frequency B
Home Dept. ________ Exempt Status E/N ________
Original Hire Date ________ Full or Part Time F/P ________
Assoc. Hire Date ________ ERISA Eligible Y/N ________
Birth Date ________ National Class 1-4 ________
Sex M/F ________ Employee Type R,S,T ________
Race 1-5 ________ Education Level ________
Marital Status S/M ________ I-9 proof ________

Handicapped Y/N ____
Vietnam Vet Y/N ____
Disabled Vet Y/N ____

Corporate Use Only
Federal W-4
State W-4
Corp Ded Codes
Time Off
Retirement Eligible Date

**3** New Hire/Additional Job Code Justification:

**4**

| Job Code(s) | Rate | Begin Date | Beginning Payroll # | Scheduled Hours | DPT/PCS/ACCT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

**5**

| | Rate Change | Job Code | # of Hours | Effective Date of Salary Change | Date of Next Review |
|---|---|---|---|---|---|
| Current | $45,000 | | 40 | 8/28/95 | 9/1/96 |
| Proposed | $47,700 | H 34.62 / 1730.77 | 10385 x 2 = | 207.70 | 2700 / 26 ; 10385 x 2 / 207.70 |

**6** Terminate ☐ Inactivate ☐

| Job Code | Termination Date | Last Day Worked | Last Payroll # | Eligible for Rehire Y/N |
|---|---|---|---|---|
| | | | | |

**7**

Left with proper notice: Yes ☐ No ☐

Is the employee currently receiving any of the following benefits?

| | Yes | No |
|---|---|---|
| Medical Insurance | ☐ | ☐ |
| Retirement | ☐ | ☐ |
| Vacation | ☐ | ☐ |

Reason for Termination:(circle one)
1. Accept another position
2. Dissatisfaction with position
3. Moving away from job
4. Return to school
5. Medical termination (voluntary)
6. Personal reasons
7. Leave of absence
8. Lay-off
9. Absenteeism
10. Unsatisfactory performance
11. Violation of corp. policy
12. Other (explain) -

Is Exit Interview Form attatched? Yes ☐ No ☐

| Supervisor | Date | Executive Director | Date | Payroll/HR | Entry Complete |
|---|---|---|---|---|---|
| | | [signature] | 10/5/95 | [signature] | [signature] |

# Central Connecticut Coast YMCA

Personnel Information Form

Effective Date 1/1/95

| Check type of change<br>Fill out appropriate section<br>All forms must be authorized | | | | |
|---|---|---|---|---|
| ___ New Hire | 1,2,3,4 | ___ Add a Job Code | 1,3,4 |
| ___ Re Hire | 1,2,3,4 | ___ Terminate a Job Code | 1,6 |
| X Salary Change | 1,5 | ___ Change Acct Nbr/PCS | 1,4 |
| ___ Personal Information Change | 1,2 | ___ Terminate Employee | 1,6,7 |

**1**

SSN 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 First Name Suzanne MI I. Last Name Friedbacher

Address 10 Cardinal Drive City Wallingford St CT Zip 06492 Phone ______

**2**

Home Branch ______ Pay Frequency B Handicapped Y/N ______

Home Dept. ______ Exempt Status E/N ______ Vietnam Vet Y/N ______

Original Hire Date ______ Full or Part Time F/P ______ Disabled Vet Y/N ______

Assoc. Hire Date ______ ERISA Eligible Y/N ______

Birth Date ______ National Class 1-4 ______

Sex M/F ______ Employee Type R,S,T ______

Race 1-5 ______ Education Level ______

Marital Status S/M ______ I-9 proof ______

Corporate Use Only
Federal W-4
State W-4
Corp Ded Codes
Time Off
Retirement Eligible Date

**3**

New Hire/Additional Job Code Justification:

**4**

| Job Code(s) | Rate | Begin Date | Beginning Payroll # | Scheduled Hours | DPT/PCS/ACCT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

**5**

| | Rate Change | Job Code | # of Hours | Effective Date of Salary Change | Date of Next Review |
|---|---|---|---|---|---|
| Current | $43,000 | | | 1/1/95 | Sept. 1995 |
| Proposed | $45,000 (4.7% increase) | | | | |

**6**

Terminate [ ]

Inactivate [ ]

| Job Code | Termination Date | Last Day Worked | Last Payroll # | Eligible for Rehire Y/N |
|---|---|---|---|---|
| | | | | |

**7**

Left with proper notice: Yes [ ] No [ ]

Is the employee currently receiving any of the following benefits?

| | Yes | No |
|---|---|---|
| Medical Insurance | | |
| Retirement | | |
| Vacation | | |

Reason for Termination:(circle one)

1. Accept another position
2. Dissatisfaction with position
3. Moving away from job
4. Return to school
5. Medical termination (voluntary)
6. Personal reasons
7. Leave of absence
8. Lay-off
9. Absenteeism
10. Unsatisfactory performance
11. Violation of corp. policy
12. Other (explain)

Is Exit Interview Form attatched? Yes [ ] No [ ]

| Supervisor President/CEO | Date | Executive Director | Date | Payroll/HR | Entry Complete |
|---|---|---|---|---|---|
| [signature] | 1/3/95 | | | [signature] | [signature] |

# EXHIBIT D

# CENTRAL CONNECTICUT COAST YMCA
## 2002 EXEMPT STAFF REVIEW SUPPLEMENT

*Not to be distributed to employee. Supplement is to be completed by supervisor after interview with employee and attached as cover page to review when submitted to Vice President for approval. All pages will be submitted to Human Resources for entry of new salary data and computation of retro pay. Supervisor may retain copy of final review in a secured branch file. Copy of each employee's Supplement with the approved salary will be sent to Executives.*

**Employee's Name** Helen L. Breña **Date** January 2003

**Title** Vice President, Operations **Branch** Corporate

## I. MERIT INCREASE SUMMARY

**A. Financial Performance (Check One)**

***Review Financial Performance of employee and branch and check the appropriate achievement.***

| | Employee | Branch | Merit Increase Range | |
|---|---|---|---|---|
| Achieves Net | Yes | Yes | 0 – 8% | X |
| Achieves Net | Yes | No | 0 – 5.5% | ___ |
| Achieves Net | No | Yes | 0 - 3% | ___ |
| Achieves Net | No | No | 0 - 1.9% | ___ |

**B. Total Points Earned** 87

**C. Proposed Merit Increase** 5.8%

**D. Current Salary $**100,150 **Proposed Salary $** 106,000 *

*(Current Salary x % Merit) + Current Salary

**Executive Director** **Supervisor** (*If not Executive*) **Vice President** **Human Resources**

## II. PROPOSED TRAINING PLAN – YMCA P & P AND MANAGEMENT MODULES

Course;National Conference relating to fundraising, volunteers, or community programming Location:TBD Date:TBD

Course ________ Location ________ Date ________

Course ________ Location ________ Date ________

**Human Resource Use Only**

Received @ Corporate Office 3/3/03 Record Updated 3/3/03 Staff [illegible]

**Calculation of Retro**

Current Per Pay Period ________ (Current Salary/26)

Proposed Per Pay Period ________ (Proposed Salary/26)

Retro = (Proposed Per Pay Period – Current Per Pay Period) x 2 **$** ________

Connecticut Coast YMCA Personnel Information Form

Effective Date 1/01

Check type of change
Fill out appropriate section
All forms must be authorized

| | | | | |
|---|---|---|---|---|
| ___ New Hire | 1,2,3,4 | ___ Add a Job Code | 1,3,4 |
| ___ Re Hire | 1,2,3,4 | ___ Terminate a Job Code | 1,6 |
| X Salary Change | 1,5 | ___ Change Acct Nbr/PCS | 1,4 |
| ___ Personal Information Change | 1,2 | ___ Terminate Employee | 1,6,7 |

**1** SSN 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 First Name Helen MI L Last Name Brends

Address ___ City ___ St ___ Zip ___ Phone ___

**2**

Home Branch Conn Pay Frequency B Handicapped Y/N ___

Home Dept. ___ Exempt Status E/N ___ Vietnam Vet Y/N ___

Original Hire Date ___ Full or Part Time F/P ___ Disabled Vet Y/N ___

Assoc. Hire Date ___ ERISA Eligible Y/N ___

Birth Date ___ National Class 1-4 ___

Sex M/F ___ Employee Type R,S,T ___

Race 1-6 ___ Education Level ___

Marital Status S/M ___ I-9 proof ___

Corporate Use Only
Federal W-4
State W-4
Corp Ded Codes
Time Off
Retirement Eligible Date

**3** New Hire/Additional Job Code Justification:

8.3% Increase

Retro from 1/1/01

**4**

| Job Code(s) | Rate | Begin Date | Beginning Payroll # | Scheduled Hours | DPT/PCS/ACCT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

**5**

| | Rate Change | Job Code | # of Hours | Effective Date of Salary Change | Date of Next Review |
|---|---|---|---|---|---|
| Current | $90,000 | | | | |
| Proposed | $97,500 | | | 1/1/01 | 1/1/02 |

**6**

Terminate [ ]
Inactivate [ ]

| Job Code | Termination Date | Last Day Worked | Last Payroll # | Eligible for Rehire Y/N |
|---|---|---|---|---|
| | | | | |

**7**

Left with proper notice: Yes [ ] No [ ]

Is the employee currently receiving any of the following benefits?

| | Yes | No |
|---|---|---|
| Medical Insurance | [ ] | [ ] |
| Retirement | [ ] | [ ] |
| Vacation | [ ] | [ ] |

Reason for Termination:(circle one)

1. Accept another position
2. Dissatisfaction with position
3. Moving away from job
4. Return to school
5. Medical termination (voluntary)
6. Personal reasons
7. Leave of absence
8. Lay-off
9. Absenteeism
10. Unsatisfactory performance
11. Violation of corp. policy
12. Other (explain)

Is Exit Interview Form attached? Yes [ ] No [ ]

| Supervisor | Date | Executive Director | Date | Payroll/HR | Entry Complete |
|---|---|---|---|---|---|
| | | [signature] | 3/16/01 | | KLP 3/19/01 |

Central Connecticut Coast YMCA — Personnel Information Form

Effective Date 4/00

Check type of change
Fill out appropriate section
All forms must be authorized

| | | | | |
|---|---|---|---|---|
| ___ New Hire | 1,2,3,4 | | ___ Add a Job Code | 1,3,4 |
| ___ Re Hire | 1,2,3,4 | | ___ Terminate a Job Code | 1,6 |
| X Salary Change | 1,5 | | ___ Change Acct Nbr/PCS | 1,4 |
| ___ Personal Information Change | 1,2 | | ___ Terminate Employee | 1,6,7 |

**1** SSN ___-___-___ First Name Helen MI ___ Last Name Breña

Address ___ City ___ St ___ Zip ___ Phone ___

**2**

Home Branch ___ Pay Frequency B
Home Dept. ___ Exempt Status E/N ___
Original Hire Date ___ Full or Part Time F/P ___
Assoc. Hire Date ___ ERISA Eligible Y/N ___
Birth Date ___ National Class 1-4 ___
Sex M/F ___ Employee Type R,S,T ___
Race 1-6 ___ Education Level ___
Marital Status S/M ___ I-9 proof ___

Handicapped Y/N ___
Vietnam Vet Y/N ___
Disabled Vet Y/N ___

Corporate Use Only
Federal W-4
State W-4
Corp Ded Codes
Time Off
Retirement Eligible Date

**3** New Hire/Additional Job Code Justification:

**4**

| Job Code(s) | Rate | Begin Date | Beginning Payroll # | Scheduled Hours | DPT/PCS/ACCT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

**5**

| | Rate Change | Job Code | # of Hours | Effective Date of Salary Change | Date of Next Review |
|---|---|---|---|---|---|
| Current | $88,600 | | | | |
| Proposed | $90,000 * | | | 4/2/00 | |

**6**

Terminate [ ]
Inactivate [ ]

| Job Code | Termination Date | Last Day Worked | Last Payroll # | Eligible for Rehire Y/N |
|---|---|---|---|---|

* This brings the two VP - Operations to equal pay. Equity increase, PJdwyer

**7**

Left with proper notice: Yes [ ] No [ ]

Is the employee currently receiving any of the following benefits?

| | Yes | No |
|---|---|---|
| Medical Insurance | | |
| Retirement | | |
| Vacation | | |

Reason for Termination: (circle one)
1. Accept another position
2. Dissatisfaction with position
3. Moving away from job
4. Return to school
5. Medical termination (voluntary)
6. Personal reasons
7. Leave of absence
8. Lay-off
9. Absenteeism
10. Unsatisfactory performance
11. Violation of corp. policy
12. Other (explain)

Is Exit Interview Form attached? Yes [ ] No [ ]

| Supervisor | Date | Executive Director | Date | Payroll/HR | Entry Complete |
|---|---|---|---|---|---|
| [signature] | 4/17/00 | | | | [initials] |

Central Connecticut Coast YMCA — Personnel Information Form

Effective Date 9/1/99

Check type of change
Fill out appropriate section
All forms must be authorized

- ___New Hire 1,2,3,4
- ___Re Hire 1,2,3,4
- ___Salary Change 1,5
- ___Personal Information Change 1,2
- ___Add a Job Code 1,3,4
- ___Terminate a Job Code 1,6
- ___Change Acct Nbr/PCS 1,4
- ___Terminate Employee 1,6,7

**1** SSN 0__-__-5859 First Name Noreen MI ___ Last Name Brewer

Address ___ City ___ St ___ Zip ___ Phone ___

**2**

Home Branch Corp. Pay Frequency B
Home Dept. ___ Exempt Status E/N ___
Original Hire Date ___ Full or Part Time F/P ___
Assoc. Hire Date ___ ERISA Eligible Y/N ___
Birth Date ___ National Class 1-4 ___
Sex M/F ___ Employee Type R,S,T ___
Race 1-5 ___ Education Level ___
Marital Status S/M ___ I-9 proof ___

Handicapped Y/N ___
Vietnam Vet Y/N ___
Disabled Vet Y/N ___

Corporate Use Only
Federal W-4
State W-4
Corp Ded Codes
Time Off
Retirement Eligible Date

**3** New Hire/Additional Job Code Justification:

**4**

| Job Code(s) | Rate | Begin Date | Beginning Payroll # | Scheduled Hours | DPT/PCS/ACCT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

**5**

| | Rate Change | Job Code | # of Hours | Effective Date of Salary Change | Date of Next Review |
|---|---|---|---|---|---|
| Current | $78,500 | | | | |
| Proposed | $88,600 * | | | 9/1/99 | |

**6**

Terminate ☐
Inactivate ☐

| Job Code | Termination Date | Last Day Worked | Last Payroll # | Eligible for Rehire Y/N |
|---|---|---|---|---|
| | | | | |

* 6.5% merit increase and $5,000 equity for parity of VP's

**7**

Left with proper notice: Yes ☐ No ☐

Is the employee currently receiving any of the following benefits? Yes No
Medical Insurance ☐ ☐
Retirement ☐ ☐
Vacation ☐ ☐

Reason for Termination:(circle one)
1. Accept another position
2. Dissatisfaction with position
3. Moving away from job
4. Return to school
5. Medical termination (voluntary)
6. Personal reasons
7. Leave of absence
8. Lay-off
9. Absenteeism
10. Unsatisfactory performance
11. Violation of corp. policy
12. Other (explain)..

PJC

Is Exit Interview Form attatched? Yes ☐ No ☐

| Supervisor | Date | Executive Director | Date | Payroll/HR | Entry Complete |
|---|---|---|---|---|---|
| [signature] | 11/30/99 | | | | [initials] |

Central Connecticut Coast YMCA — Personnel Information — Effective Date 9/1/98

Check type of change
Fill out appropriate section
All forms must be authorized

| | | | | |
|---|---|---|---|---|
| __New Hire | 1,2,3,4 | | __Add a Job Code | 1,3,4 |
| __Re Hire | 1,2,3,4 | | __Terminate a Job Code | 1,6 |
| ✓ Salary Change | 1,5 | | __Change Acct Nbr/PCS | 1,4 |
| __Personal Information Change | 1,2 | | __Terminate Employee | 1,6,7 |

SSN 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 First Name Helen MI L Last Name Brena

Address ______ City ______ St ____ Zip ____ Phone ______

| | | | | | |
|---|---|---|---|---|---|
| Home Branch | | Pay Frequency | B | Handicapped Y/N | |
| Home Dept. | | Exempt Status E/N | | Vietnam Vet Y/N | |
| Original Hire Date | | Full or Part Time F/P | | Disabled Vet Y/N | |
| Assoc. Hire Date | | ERISA Eligible Y/N | | | |
| Birth Date | | National Class 1-4 | | | |
| Sex M/F | | Employee Type R,S,T | | | |
| Race 1-5 | | Education Level | | | |
| Marital Status S/M | | I-9 proof | | | |

Corporate Use Only
Federal W-4
State W-4
Corp Ded Codes
Time Off
Retirement Eligible Date

3

New Hire/Additional Job Code Justification:
Annual Review
3.5 PP retro

| Job Code(s) | Rate | Begin Date | Beginning Payroll # | Scheduled Hours | DPT/PCS/ACCT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

| | Rate Change | Job Code | # of Hours | Effective Date of Salary Change | Date of Next Review |
|---|---|---|---|---|---|
| Current | $73,080 | 001-31821-001 | | 9/1/98 | 9/99 |
| Proposed | $78,500 | | | | |

Terminate ☐
Inactivate ☐

| Job Code | Termination Date | Last Day Worked | Last Payroll # | Eligible for Rehire Y/N |
|---|---|---|---|---|
| | | | | |
| | | | | |

Left with proper notice: Yes ☐ No ☐

Is the employee currently receiving any of the following benefits?

| | Yes | No |
|---|---|---|
| Medical Insurance | ☐ | ☐ |
| Retirement | ☐ | ☐ |
| Vacation | ☐ | ☐ |

Reason for Termination:(circle one)
1. Accept another position
2. Dissatisfaction with positon
3. Moving away from job
4. Return to school
5. Medical termination (voluntary)
6. Personal reasons
7. Leave of absence
8. Lay-off
9. Absenteeism
10. Unsatisfactory performance
11. Violation of corp. policy
12. Other (explain)

Is Exit Interview Form attached? Yes ☐ No ☐

| Supervisor | Date | Executive Director | Date | Payroll/HR | Entry Complete |
|---|---|---|---|---|---|
| | | [signature] | 10-15-98 | [initials] 10/19/98 | |

07/21/03 16:32:56 PAGE 3

| SOC.SEC.NO. | LAST NAME | FIRST NAME | JOB CODE | JOB NO. | NEW SALARY | OLD SALARY | ACTION DATE |
|---|---|---|---|---|---|---|---|
| 42-64-7314 | Krause | Eileen | 31051 | 1 | 42,500.00 | .00 | 3/16/98 |
| | Krause | Eileen | 31051 | 1 | 44,500.00 | 42,500.00 | 8/03/98 |
| | Krause | Eileen | 31051 | 1 | 47,750.00 | 44,500.00 | 9/01/98 |
| | Krause | Eileen | 31051 | 1 | 51,500.00 | 47,750.00 | 9/01/99 |
| | Krause | Eileen | 31051 | 1 | 59,000.00 | 51,500.00 | 1/01/01 |
| | Krause | Eileen | 31051 | 1 | 65,000.00 | 59,000.00 | 2/26/01 |
| | Krause | Eileen | 31051 | 1 | 66,900.00 | 65,000.00 | 1/01/02 |
| | Krause | Eileen | 31051 | 1 | 69,000.00 | 66,900.00 | 1/01/03 |
| | Krause | Eileen | 31400 | 2 | 35,000.00 | .00 | 6/02/97 |
| | Krause | Eileen | 31400 | 2 | 37,500.00 | 35,000.00 | 2/03/98 |
| | Krause | Eileen | 31400 | 2 | .00 | .00 | 8/10/98 |

PLAINTIFF'S EXHIBIT
7-23-03
NO. B For ID

| SOC.SEC.NO. | LAST NAME | FIRST NAME | JOB CODE | JOB NO. | NEW SALARY | OLD SALARY | ACTION DATE |
|---|---|---|---|---|---|---|---|
| 2-50-5859 | Brena | Helen Liv | 31021 | 1 | 46,000.00 | .00 | 12/01/94 |
| | Brena | Helen Liv | 31021 | 1 | 54,000.00 | 46,000.00 | 11/27/94 |
| | Brena | Helen Liv | 31021 | 1 | 58,500.00 | 54,000.00 | 8/28/95 |
| | Brena | Helen Liv | 31021 | 1 | 67,534.00 | 58,500.00 | 9/01/96 |
| | Brena | Helen Liv | 31021 | 1 | 73,000.00 | 67,534.00 | 9/01/97 |
| | Brena | Helen Liv | 31021 | 1 | 78,500.00 | 73,000.00 | 9/01/98 |
| | Brena | Helen Liv | 31021 | 1 | 88,600.00 | 78,500.00 | 9/01/99 |
| | Brena | Helen Liv | 31021 | 1 | 90,000.00 | 88,600.00 | 4/02/00 |
| | Brena | Helen Liv | 31021 | 1 | 97,500.00 | 90,000.00 | 1/01/01 |
| | Brena | Helen Liv | 31021 | 1 | 100,150.00 | 97,500.00 | 1/01/02 |
| | Brena | Helen Liv | 31021 | 1 | 106,000.00 | 100,150.00 | 1/01/03 |
| | Brena | Helen Liv | 31031 | 1 | .00 | .00 | 2/27/98 |
| | Brena | Helen Liv | 31031 | 1 | .00 | .00 | 3/02/98 |

PLAINTIFF'S
EXHIBIT
7-23-03
For ID
NO.

| SOC.SEC.NO. | LAST NAME | FIRST NAME | JOB CODE | JOB NO. | NEW SALARY | OLD SALARY | ACTION DATE |
|---|---|---|---|---|---|---|---|
| 93-42-3897 | Washington | | 4804 | 1 | 13.00 | .00 | 7/01/96 |
| | | | 4804 | 1 | .00 | .00 | 1/10/97 |
| | | | 5230 | 2 | 12.00 | .00 | 10/24/94 |
| | | | 5230 | 2 | .00 | .00 | 9/18/95 |
| | | | 5230 | 5 | 10.00 | .00 | 10/12/93 |
| | | | 5230 | 5 | 11.00 | 10.00 | 9/11/94 |
| | | | 5230 | 5 | 12.00 | 11.00 | 9/25/94 |
| | | | 5230 | 5 | .00 | .00 | 9/18/95 |
| | | | 5652 | 4 | 10.00 | .00 | 3/24/97 |
| | | | 5652 | 4 | .00 | .00 | 11/17/97 |
| | | | 6101 | 6 | 12.00 | .00 | 9/18/95 |
| | | | 6101 | 6 | .00 | .00 | 1/10/97 |
| | | | 7610 | 1 | 12.00 | .00 | 9/18/95 |
| | | | 7610 | 1 | 12.77 | 12.00 | 1/13/97 |
| | | | 7610 | 1 | 13.00 | 12.77 | 6/30/97 |
| | | | 7610 | 1 | .00 | .00 | 8/29/97 |
| | | | 7621 | 3 | 10.00 | .00 | 1/19/98 |
| | | | 7621 | 3 | .00 | .00 | 10/13/98 |
| | | | 31073 | 1 | 35,000.00 | .00 | 8/03/98 |
| | | | 31073 | 1 | 40,000.00 | 35,000.00 | 9/01/98 |
| | | | 31073 | 1 | 42,400.00 | 40,000.00 | 9/01/99 |
| | | | 31073 | 1 | .00 | .00 | 5/15/00 |
| | | | 31075 | 1 | 9.00 | .00 | 9/16/97 |
| | | | 31075 | 1 | 9.00 | .00 | 9/16/97 |
| | | | 31075 | 1 | 13.00 | .00 | 5/26/98 |
| | | | 31075 | 1 | .00 | .00 | 1/16/98 |
| | | | 31075 | 1 | .00 | .00 | 8/10/98 |

* * * E N D O F R E P O R T * * *

PLAINTIFF'S EXHIBIT
7-23-03
NO. D For ID