# EXHIBIT E

# Central Connecticut Coast YMCA

# Personnel Policy and Employee Benefit Guide

## ARTICLE XII – SEPARATIONS

For purposes of this Policy the term "separation" shall refer to any and all terminations of the relationship between the employee and employer (regardless of the reason for such termination). Separations are to be categorized as either voluntary or involuntary.

Section 1.   Voluntary Separation.

A. Resignation

A resignation is a decision made by an employee, to terminate his/her working relationship with the YMCA. A written notice of the resignation shall be provided to the YMCA at least 30 days prior to the last day of employment for exempt employees and 10 working days for non-exempt employees. By providing the YMCA proper notice, as shown above, the employee will be paid for the accrued and credited, but unused, vacation time earned from the last vacation period up to the termination date.

B. Retirement

Retirement is a voluntary choice of the employee.

Section 2.   Involuntary Separation

Involuntary separation is the decision, made by the YMCA to end the work relationship between the employee and the YMCA. Involuntary separations are to be classified as either a reduction in the work force or dismissal.

A. Reduction in Work Force

Involuntary separation may be imposed upon employees as a result of economic necessity, operational and/or programmatic changes, re-organization or any other reason which requires a reduction in the present work force. When a reduction is necessary, consideration of such factors, as seniority and performance within the affected unit, may be made to determine those employees to be laid-off.

When the separation of an employee is required because of a reduction in work force in any one unit, every effort shall be made to transfer that employee to another comparable position within the Association. Should such a position not be available, the YMCA shall assist the employee in seeking placement within another YMCA or elsewhere within the community.

19

# EXHIBIT F

# Central Connecticut Coast YMCA

# Personnel Policy
# and Employee Benefit Guide

Section 9.  Expenses and Allowances

Reasonable expenses incurred, while on approved YMCA business, shall be reimbursed. Expenses are subject to approval by your supervisor. Such expenses may include:

    A.    Travel expenses, including fares, mileage, meals and lodging.

    B.    Conference and training event expenses, including those related to travel, meals, lodging and registration fees.

    C.    Membership dues and meals in a service club, professional society or community organization where such membership is deemed advantageous to the YMCA's interest.

Section 10.  Garnishments and Wage Assignments

The YMCA's practice shall be consistent with all applicable laws. The YMCA will not make an effort to modify or change such requirements on the employee's behalf.

## ARTICLE VIII – WAGE AND SALARY ADMINISTRATION

The YMCA maintains a wage and salary administration plan to provide that all employees are paid according to fair and uniform principles and in relation to the responsibility and value that they make to the Association's success. Within the capability to do so, employees are also paid at a level competitive with salaries in other similar organizations.

## ARTICLE IX – EMPLOYEE BENEFITS

Section 1.  Goal of Benefits

It is the YMCA's goal within the area of employee benefits (indirect compensation) to reinforce government-mandated programs in order to produce a reasonable level of basic protection for the employee and any dependents during the earning-years and following retirement. Except as otherwise required by law, the YMCA reserves the right to amend, modify or terminate the benefits listed below.

Section 2.  Eligibility for Benefits

All employees (exempt and non-exempt) are eligible to enroll for benefits at the time of employment. However, full participation may be subject to meeting the plan requirements of specific benefits coverage or by restrictions, detailed in other parts of these guidelines. Subject to the amount of benefits offered to full-time employees of the YMCA, there will be no interruptions of benefits for employees in the same classification who have been transferred directly from another YMCA Association.