Central Connecticut Coast YMCA
Corporate Office
Position Description

| | | | |
|---|---|---|---|
| Title: | Finance Director | Date: | August 3, 1998 |
| Reports To: | Vice President of Operations | Incumbent: | Eileen G. Krause |

### GENERAL FUNCTION:

Under the direction of the Vice President of Operations, the Finance Director is responsible for the supervision of the finance and MIS departments of the Corporate Office, including Income, G/L, A/P, P/R, granting reporting, and MIS functions of the YMCA. The Finance Director is also responsible for the accounting and reporting of Shore Area Community Development Corporation and related entities.

### KNOW HOW:

A bachelor's degree is required. A minimum of four years prior experience in general ledger, accounts payable, payroll, cash reconciliation systems and governmental tax required. A minimum of four years supervisory experience also required. Non-profit accounting and grant experience beneficial. Must have a working knowledge of a spreadsheet software application. Good human relation skills are necessary.

### PRINCIPLE ACTIVITIES:

1. Supervise the general ledger function of the Association to ensure all transactions are recorded accurately and timely
2. Supervise the MIS Director in income and MIS functions for the YMCA, including development and appropriate utilization of AS400 (or chosen) system, applicable branch and corporate office training, and cash receipting functions
3. Supervise the Grant Accountant to ensure that grant documentation is complete and accurate that all required reports are filed on a timely basis, and that proper records are prepared for the annual audit
4. Supervise the accounting and reporting of Shore Area Community Development Corporation and related entities, including CHFA reports
5. Supervise the A/P accountant in the operations of the A/P function including the training and communication with each of the branches. Ensure that all A/P transactions have proper backup and authorization as outlined by YMCA policy
6. Under direction of the Vice President of Operations, manage cash flow process, ensuring uninterrupted operations of the branches
7. Supervise the payroll accountant in the operations of the payroll department, the bi-weekly generation of payroll checks, and the accurate and confidential record keeping to comply with YMCA policy, state and federal laws.
8. Ensure that all payroll tax information is correct, all quarterly and annual tax transmittals (magnetic media) for state and federal agencies are filed appropriately, and W-2 distribution is done accurately and timely. Quarterly tax returns include:
    State Sales Tax returns – all branches
    Room Occupancy tax return
    UC-2 Connecticut
    Multiple work site report – Mass
    Health Insurance Quarterly Contribution Report – Mass
    941 Employer Quarterly Federal Tax Report
    CT 941 – Connecticut Income Tax Report
    MA 941 – Mass Income Tax Report


EXHIBIT 1

9. Supervise monthly and year-end closings and annual audit requirements
10. Supervise the completion of all appropriate reconciliations and analsyses of general ledger accounts, subsidiary ledgers, and bank accounts
11. Work in compliance with generally accepted accounting principles
12. Provide staff support to the Association's Finance and Audit Committees
13. Provide Corporate leadership to the Association's Administration Quality Team
14. Demonstrate the character values of caring, honesty, respect, and responsibility
15. Carry out other responsibilities deemed necessary by the Vice President of Operations

### EFFECT ON END RESULTS:

1. The extent to which all general ledger transactions are processed accurately, timely and within generally accepted accounting principles
2. The extent to which the MIS and Income functions of the Association are carried out accurately an timely and the MIS system is fully utilized
3. The extent to which all grant reporting requirements are met accurately and timely
4. The extent to which all required reporting of Shore Area Community Development Corporation, and related entities is done accurately and timely
5. The extent to which the A/P function is carried out accurately and timely and communication with vendors is maintained
6. The extent to which the cash flow is managed appropriately and interruptions of operations are kept to a minimum as a result of cash flow issues.
7. The extent to which the payroll function is carried out accurately, timely and within a confidential manner
8. The extent to which all required tax returns are filed accurately and timely
9. The extent to which month-end and year-end closings and annual audit are completed within set timeframe
10. The extent to which all appropriate reconciliations are accurately completed within set time frame
11. The extent to which the Association's Finance and Audit Committees benefit from the Finance Director's support
12. The extent to which the Association's Administration Quality Team benefits from the Finance Director's leadership
13. The extent to which responsibilities of the Finance Director are carried out with caring, honesty, respect, and responsibility.

Central Connecticut Coast YMCA
Corporate Office
Position Description
Job Description Supplement/Position Facts

1. Budget for which this position is responsible        Expense    $   -
                                                        Revenue    $

2. Budget for total Association                         Expense    $10,000,000
                                                        Revenue    $10,000,000

3. Supervisory responsibilities of this position
   Number of staff person:
   Professional         2
   Program Leaders      0
   Service Employees    2       Part-time    0    Full-time    2
                                Volunteers   0

4. Committee responsibilities

   | Name of Committee | Frequency of Meetings | Number of Members |
   |---|---|---|

5. Community relationships to be maintained

6. Other facts or comments that will further describe the accountability of this position

   - Staff support to Association Finance Committee
   - Staff support to Association Audit Committee
   - Corporate leadership to Association staff Administration Team

# Caleb M. Pilgrim

LAW OFFICES OF CALEB M. PILGRIM, L.L.C. • P.O. BOX 3649 • NEW HAVEN, CT 06515
TEL: 203 387-2524 • FAX: 203 387-2527 • EMAIL: pilgrimesq@juno.com

Attorney At Law

**BY FACSIMILE**

October 26, 2000

Connecticut Commission on
  Human Rights and Opportunities
50 Linden Street
Waterbury, CT 06702

RE:   **Lillie Washington v. Central Connecticut Coast YMCA**
        CHRO Case No: 0130114 / EEOC No. 16aa03448

Dear Sir/Madam:

This office represents Lillie Washington in the foregoing matter. Ms. Washington filed a CHRO complaint against her former employer, Central Connecticut Coast YMCA on September 7, 2000.

Ms. Washington advises me that the Intake Officer who completed the Affidavit of Illegal Discriminatory Practice on her behalf somehow omitted to include Ms. Washington's claims that her employer's actions may have violated her rights under the Equal Pay Act of 1964, U.S.C. 206. Kindly therefore treat this letter as a formal request for you to amend Ms. Washington's Complaints to both the CHRO and the EEOC to include that specific cause of action in your respective investigations of Ms. Washington's claims.

Finally, insofar as this office represents Ms. Washington, please send us copies of all future correspondence concerning this matter. Thank you for your co-operation in this matter.

Very truly yours,
Law Offices of Caleb M. Pilgrim

Caleb M. Pilgrim

C:  L. Washington
      Central Connecticut Coast YMCA
CMP/edw

EXHIBIT 2