UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LILLIE WASHINGTON,<br><br>               PLAINTIFF<br><br>VS.<br><br>CENTRAL CONNECTICUT COAST YMCA,<br><br>               DEFENDANT | CIVIL ACTION<br>NO. 3:01 CV-1838 (MRK)<br><br><br><br><br><br>APRIL 20, 2004 |

**DEFENDANT'S MOTION TO ENFORCE SETTLEMENT AGREEMENT OR, IN THE ALTERNATIVE, FOR RULING ON MOTION FOR SUMMARY JUDGMENT**

Defendant Central Connecticut Coast YMCA ("YMCA") hereby moves this Court to enforce the settlement agreement entered by the parties in February of this year in communications conducted through the Honorable United States Magistrate Judge Holly B. Fitzsimmons at the request of the Plaintiff. Defense counsel reduced the terms of the agreement to writing and sent that document to Plaintiff's counsel, who has not succeeded in securing Plaintiff's signature, nor in learning of any objection she has to providing same. The events surrounding the agreement to settlement terms and the subsequent communications of counsel are set forth in detail in the supporting memorandum and attached documents filed herewith.

In the alternative, if this Court does not enforce the parties' settlement agreement, then Defendant moves that its Motion for Summary Judgment be decided without delay. The

age of this case is remarkable as is its lack of merit. Defendant is entitled to repose and the recalcitrance of Plaintiff should not be rewarded nor permitted to further deprive Defendant of a resolution of this matter.

In the interests of judicial economy and fairness to the Defendant, as set forth more fully in the supporting Memorandum of Law filed herewith, the parties' settlement agreement should be enforced, or in the alternative, the pending Motion for Summary Judgment should be decided forthwith.

Done at Bridgeport Connecticut this 20th day of April, 2004.

THE DEFENDANT
Central Connecticut Coast YMCA

By: /s/ Margaret M. Sheahan
Margaret M. Sheahan
Federal Bar No. ct05862
For: Pullman & Comley, LLC
    850 Main Street, P.O. Box 7006
    Bridgeport, CT  06601-7006
    (203) 330-2000
    Facsimile (203) 576-8888
Its Attorneys

## CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5(b), I hereby certify that a copy of the above was mailed, certified, return receipt requested, on April 20, 2004 to all counsel and pro se parties of record.

For the plaintiff LILLIE WASHINGTON:

    Caleb M. Pilgrim
    1404 Whalley Avenue
    Second Floor
    New Haven, CT 06515
    (203)387-2524

 

_____
Margaret M. Sheahan
Commissioner of the Superior Court

BPRT/67123.2/MMS/513927v1