# United States District Court
# District of Connecticut

| | |
|---|---|
| LILLE WASHINGTON,<br>　*Plaintiff*<br>v.<br><br>CENTRAL CONNECTICUT COAST<br>YMCA,<br>　*Defendant* : : : : : : : : : | Case No. 3:01 CV 1838 (MRK) |

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

____  All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

____  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

____  To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

__X__  A ruling on the following motion which is currently pending: (orefm.)
**Doc# 65**, Defendant's Motion To Enforce Settlement Agreement Or, In The Alternative, For Ruling On Motion For Summary Judgment, dated April 20, 2004

____  A settlement conference (orefmisc./cnf.)

____  A conference to discuss the following: (orefmisc./cnf.)

____  Other: (orefmisc./misc)


SO ORDERED this __26th__ day of __April__, __2004__ at New Haven, Connecticut.


　　　　　　　　　　　/s/　　　　　　　　　Mark R. Kravitz　　　　　
　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE