UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LILLIE WASHINGTON,<br><br>PLAINTIFF<br><br>VS.<br><br>CENTRAL CONNECTICUT COAST YMCA,<br><br>DEFENDANT | CIVIL ACTION<br>NO. 3:01 CV-1838 (MRK)<br><br><br><br><br><br>APRIL 26, 2004 |

**DEFENDANT'S WITHDRAWAL OF
MOTION TO ENFORCE SETTLEMENT AGREEMENT OR, IN THE
ALTERNATIVE, FOR RULING ON MOTION FOR SUMMARY JUDGMENT**

Defendant Central Connecticut Coast YMCA ("YMCA") hereby withdraws its Motion to Enforce Settlement or, in the Alternative, For Ruling on Motion for Summary Judgment, dated April 20, 2004.

After the filing of Defendant's motion, defense counsel received by facsimile a copy of the Settlement Agreement apparently signed by Ms. Washington on April 13, 2004.

                        THE DEFENDANT
                        Central Connecticut Coast YMCA


                        By:  \s\ Margaret M. Sheahan
                        Margaret M. Sheahan
                        Federal Bar No. ct05862
                        For:  Pullman & Comley, LLC
                               850 Main Street, P.O. Box 7006
                               Bridgeport, CT  06601-7006
                               (203) 330-2000/Facsimile (203) 576-8888
                        Its Attorneys

## CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5(b), I hereby certify that a copy of the above was mailed, certified, return receipt requested, on April 26, 2004 to all counsel and pro se parties of record.

For the plaintiff LILLIE WASHINGTON:

>Caleb M. Pilgrim
>1404 Whalley Avenue
>Second Floor
>New Haven, CT 06515
>(203)387-2524

>\s\ Margaret M. Sheahan
>Margaret M. Sheahan
>Commissioner of the Superior Court

BPRT/67123.2/EMP/514697v1