UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LILLIE WASHINGTON, <br> Plaintiff, <br><br> v. <br><br> CENTRAL CONNECTICUT COAST YMCA, <br> Defendant | CIVIL ACTION <br> NO. 3:01cv-1838 (MRK) <br><br><br><br> April 21, 2004 |

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO ENFORCE SETTLEMENT AGREEMENT OR, IN THE ALTERNATIVE, FOR RULING ON MOTION FOR SUMMARY JUDGMENT

Plaintiff, through counsel undersigned, hereby objects to the above Motion and moves this Court to deny the Defendant's Motion dated April 19, 2004. In support of this Motion, Plaintiff's counsel represents that Plaintiff executed the Settlement Agreement on or about April 13, 2004, and the original signed copy of the Agreement was received in counsel's office today, April 21, 2004. The relevant copies were immediately faxed and forwarded to the Defendant's counsel. The Defendant's motion is thus moot

THE PLAINTIFF
LILLIE WASHINGTON,

By: _____
Caleb M. Pilgrim
Law Offices of Caleb M. Pilgrim, LLC
1404 Whalley Avenue - 2nd Floor
New Haven, CT 06510
Tel: 203-387-2524
Federal Bar No. ct 14857

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 21st. day of April, 2004 to Attorney Margaret N. Sheahan, Pullman & Comley, LLC., 850 Main Street, P.O. Box 7007, Bridgeport, CT 06601-7006

_____
Caleb M. Pilgrim