UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Lillie Washington, | : | |
| | : | |
| Plaintiff, | : | NO.   3:01cv1838 (MRK) |
| | : | |
| v. | : | |
| | : | |
| Central Connecticut Coast YMCA, | : | |
| | : | |
| Defendant. | : | |

## ORDER

Having received Defendant's representation that the settlement agreement has been signed by Plaintiff [doc. #68], this case is dismissed under Rule 41(b). Defendant's Motion for Summary Judgment [doc. #55] is DENIED as moot. Defendant's Motion to Withdraw Motion to Enforce Settlement Agreement or, in the Alternative, for Ruling on Motion for Summary Judgment [doc. #68] is GRANTED and Defendant's Motion to Enforce Settlement Agreement or, in the Alternative, for Ruling on Motion for Summary Judgment [doc. #65] is DENIED as moot. The Clerk is directed to close the file.

IT IS SO ORDERED.

/s/      Mark R. Kravitz

U.S.D.J.

Dated at New Haven, Connecticut: April 28, 2004

1